# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-8009
Owner: Rolando A. Ramirez
Acres: 3.819

**Being** a 3.819 acre (166,377 square feet) parcel of land, more or less, being out of the Nicolas Vela Survey, Abstract No. 179, Porción 82, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 70-B as described in the Certified Copy of Final Judgement recorded and Volume 133, Page 1, Deed Records of Starr County, Texas and being out of a called 9.81 acre tract conveyed to Rolando A. Ramirez by Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 2), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8009-1" for the northeast corner of Tract RGV-RGC-8009, said point being in the east line of the 9.81 acre Rolando A. Ramirez tract, the east line of Porción 82, the west line of Porción 83 and the west line of a called 11.13 acre tract conveyed to Ryan Guillen by Special Warranty Deed recorded in Instrument No. 2018-346725, Official Records of Starr County, Texas, said point having the coordinates of N=16647540.562, E=892900.598, said point bears N 70°27'53" W, a distance of 920.62' from United States Army Corps of Engineers Control Point No. SS14-2019;

**Thence:** S 09°22'57" W (S 09°49'06" W, Record), with the east line of the 9.81 acre Rolando A. Ramirez tract, the east line of Porción 82, the west line of Porción 83 and the west line of the 11.13 acre tract, passing at 15.45' a found 5/8" rebar at the southwest corner of the 11.13 acre tract and the northwest corner of a called 127.941 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 709, Page 477, Official Records of Starr County, Texas "Tract (626)", continuing for a total distance of 223.61' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8009-2=8011-8" for the southeast corner of Tract RGV-RGC-8009, said point being in the east line of the 9.81 acre Rolando A. Ramirez tract, the east line of Porción 82, the west line of Porción 83 and the west line of the 127.941 acre tract;

**Thence:** departing the west line of the 127.941 acre tract and the west line of Porción 83, over and across the 9.81 acre Rolando A. Ramirez tract, the following courses and distances:

## SCHEDULE C(Cont)

- N 73°01'27" W, for a distance of 25.84' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8009-3" for an angle point in the southwest line of Tract RGV-RGC-8009;
- N 48°25'55" W, for a distance of 848.65' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8004-2-3=8009-4" for the southwest corner of Tract RGV-RGC-8009, said point being in the west line of the 9.81 acre Rolando A. Ramirez tract and the east line of a called 9.81 acre tract conveyed to Tiburcia G. Ramirez by Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 1);

**Thence:** N 08°47'28" E (N 09°06'51" E, Record), with the west line of the 9.81 acre Rolando A. Ramirez tract and the east line of the 9.81 acre Tiburcia G. Ramirez tract, for a distance of 130.27' to a point for the northwest corner of Tract RGV-RGC-8009, said point being at the northwest corner of the 9.81 acre Rolando A. Ramirez tract and a northeasterly exterior corner of the 9.81 acre Tiburcia G. Ramirez tract, said point being in the south line of a called 7.000 acre tract recorded in Volume 133, Page 1, Deed Records of Starr County, Texas (Share 118-B) and being the same tract of land conveyed to Carmen S. Gonzalez by Special Warranty Deed recorded in Volume 1083, Page 784, Official Records of Starr County, Texas;

**Thence:** with the north line of the 9.81 acre Rolando A. Ramirez tract and the south line of the 7.000 acre tract, the following courses and distances:

- S 79°02'46" E (S 78°43'23" E, Record), for a distance of 143.25' to an angle point in the north line of Tract RGV-RGC-8009;
- S 80°47'50" E (S 80°28'27" E, Record), for a distance of 32.72' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8006-1-3=8009-7" for a northerly corner of Tract RGV-RGC-8009, said point being in the north line of the 9.81 acre Rolando A. Ramirez tract and the south line of the 7.000 acre tract;

**Thence:** S 48°25'55" E, departing the south line of the 7.000 acre tract, over and across the 9.81 acre Rolando A. Ramirez tract, for a distance of 672.64' to the **Point of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**



## SCHEDULE D(Cont)



**SCHEDULE D(Cont)**



| LINE | BEARING | DISTANCE | REC—BEARING | REC—DISTANCE |
|---|---|---|---|---|
| L1 | S 09°22'57" W | 223.61' | S 09°49'06" W | N/A |
| L2 | N 73°01'27" W | 25.84' | N/A | N/A |
| L3 | N 48°25'55" W | 848.65' | N/A | N/A |
| L4 | N 08°47'28" E | 130.27' | N 09°06'51" E | N/A |
| L5 | S 79°02'46" E | 143.25' | S 78°43'23" E | 143.25' |
| L6 | S 80°47'50" E | 32.72' | S 80°28'27" E | N/A |
| L7 | S 48°25'55" E | 672.64' | N/A | N/A |
| L8 | N 70°27'53" W | 920.62' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16647540.562 | 892900.598 | RGV—RGC—8009—1 |
| 2 | 16647319.946 | 892864.145 | RGV—RGC—8009—2≡8011—8 |
| 3 | 16647327.491 | 892839.428 | RGV—RGC—8009—3 |
| 4 | 16647890.577 | 892204.497 | RGV—RGC—8004—2—3≡8009—4 |
| 5 | 16648019.321 | 892224.407 | RGV—RGC—8004—2—2≡8009—5 |
| 6 | 16647992.101 | 892365.047 | RGV—RGC—8006—1—4≡8009—6 |
| 7 | 16647986.868 | 892397.347 | RGV—RGC—8006—1—3≡8009—7 |

LEGEND

| | | | |
|---|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | ——————— | ACQUISITION BOUNDARY |
| ○ | CALCULATED POINT | —·—··—··—··—·— | ADJOINING ACQUISITION BOUNDARY |
| △ | CONTROL POINT | —○————○— | CHAIN LINK FENCE |
| ⊙ | FOUND MONUMENT | — — — — | MATCH LINE |
| —○— | UTILITY POLE | ——HE—— | OVERHEAD ELECTRIC |
| —┬— | GAS LINE SIGN | —·L·— | PROPERTY LINE |
| CP | COVERED PARKING | —x——x——x— | WIRE FENCE |
| DRSC | DEED RECORDS OF STARR COUNTY | ——UGL—— | UNDERGROUND GAS LINE |
| IRF | IRON ROD FOUND | ⬡ | SEE SHEET 6 |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY | | |
| PG | PAGE | | |
| POB | POINT OF BEGINNING | | |
| VOL | VOLUME | | |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE COPS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886—1143.
8. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.



**MDS** LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION NO. 10074600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1858



| | | |
|---|---|---|
| **METES & BOUNDS SURVEY** | | |
| **ROLANDO A RAMIREZ** | | |
| **TRACT No. RGV-RGC-8009** | | |
| **STARR COUNTY** | **TEXAS** | |

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-8009    DATE: 7/29/2020





## SCHEDULE D(Cont)



## SCHEDULE D(Cont)



## SCHEDULE D(Cont)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:　RGV-RGC-8009

　　　The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

　　　Reserving to the owner of a parcel of land, more or less, being out of the Nicolas Vela Survey, Abstract No. 179, Porción 82, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of Share 70-B as described in the Certified Copy of Final Judgement recorded and Volume 133, Page 1, Deed Records of Starr County, Texas and being out of a called 9.81 acre tract conveyed in Partition Deed recorded in Volume 843, Page 622, Official Records of Starr County, Texas (Tract No. 2), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

　　　Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E(Cont)**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is ONE HUNDRED

THIRTY THOUSAND DOLLARS AND NO/100 ($130,000.00), to be deposited herewith

in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Rolando A. Ramirez**<br>█████████████<br>Rio Grande City, TX █████ | Deed of Gift, Document No. 1999-204596, recorded on August 19, 1999, in the Official Public Records of Starr County, Texas.<br><br>Partition Deed, Document No. 1999-204987, recorded on September 14, 1999, in the Official Public Records of Starr County.<br><br>Final Judgment, Document No. 2001-218324, recorded on October 9, 2001, in the Official Public Records of Starr County, Texas. |
| **Unknown Heirs of David H. Guerra**<br>█████████████<br>McAllen, TX █████ | Certified Copy of Final Judjment (sic), Cause No. 2082, Document No. 1944-21237, recorded on May 17, 1944, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1945-23499, recorded on October 2, 1945, in the Official Public Records of Starr County.<br><br>Warranty Deed, Document No. 1950-31211, recorded May 1, 1950, in the Official Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1952-35280, recorded on April 3, 1952, in the Official Records of Starr County, Texas. |

|  | Warranty Deed, Document No. 1955-42494, recorded on October 11, 1955, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Cause No. 1027, recorded on January 16, 1964, in the Official Public Records of Starr County, Texas.<br><br>Last Will and Testament of Louise Thompson Guerra, Cause No. 1785, recorded on October 18, 1983, in the Official Public Records of Starr County, Texas. |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Property Ids.: 12717, 77869, 83479. |