Por82.   1

"133"

FILE NO. 21,237

CERTIFIED COPY OF FINAL
JUDGMENT
OF W.S. PARKS, ET. AL
VS
HOWARD. L. BASS, ET AL.

------------------------------------

NO. 2082

W. S. PARKS, ET AL.

VS

HOWARD L. BASS, ET AL.

IN THE DISTRICT COURT OF STARR COUNTY IN

AND FOR THE 79TH JUDICIAL DISTRICT OF TEXAS.

BE IT REMEMBERED that on the 22nd day of March, A. D. 1944, the same being a regular day of the March, A. D. 1944 term of the 79th District Court in and for Starr County, Texas, the above entitled and numbered cause came on to be considered by the Court; and the trial of this cause proceedes through the 8th day of April, 1944, such day being the last day of this regular term of court, the court finding it expedient and necessary to extend this regular term of court for the purpose of completing the trial of this cause and entering all necessary and proper orders and decree herein, did, on the 8th day of April, 1944, and before the end of the said last day of this regular term of this court, enter an order extending the said regular term up to and including the 8th day of May 1944, and said order was duly filed in this cause on the said 8th day of April, 1944.

The following appearances were made in the manner indicated:

(1)  The plaintiffs, W. S. Parks and Martimiano Cantu; appeared by their attorneys of record H. P. Guerra, Jr., and S. L. Will.

(2) a.  The intervenors Francisca Vela Falcon, Maximo Vela Falcon, Celestina Vela Falcon and D. B. Chapin, leave to intervence in this cause having first been obtained, appeared by their attorney of record, D. B. Chapin.

b.  The intervenors Eliza W. Hinojosa, a widow and Juan Hinojosa, Jr., leave to intervene in this cause having first been obtained, appeared by their attorney of record, Oscar T. Vale.

c.  The intervenors Juana T. Garza and Milton J. Baird, leave to intervene in this cause having first been obtained, appeared by their attorney of record, Milton J. Baird.

(3) a.  The defendants Bernardo Alvarado; Maria Cruz de Alvarado and husband, Ignacio Alvarado; Jose Corona; Antonia Mendez de Cruz, a widow; Dionicio Cruz; Julio Cruz; Fernando Fuentes and wife, Marcela V. de Fuentes; Cruz de Garcia and husband, Andres Garcia; Enrique Garza; Eugenia Garza de Garza and husband, Roman Garza; Hermenegilda Lopez de Garza and husband, Hernan R. Garza; Aurora Gonzalez de Gonzalez and husband, Ernesto Gonzalez; Ventura Gonzalez; Santos Morado de Guajardo and husband, Juan Guajardo; Maria Lopez de Laurel and husband, Alfredo Laurel; Elias Lopez; Arnesto Lopez; Lino Lopez; Enrique Lopez; Luciano Lopez; Marcos Lopez; Ramon Lopez; Reynaldo Lopez; Leopoldo Muniz, Sr.; Leopoldo Muniz, Jr.; Aurora Cruz de Sotuyo and husband, Ramon Sotuyo; Calixto Valle; Yndelecio Vela; Rita Muniz Mitchell and husband, R. A. Mitchell; Jose Villarreal; Leonel Villarreal; Porfirio Villarreal; Salvador Villarreal; Francisca Cruz de Moya and husband, Eustaquio Moya; Edelmira Muniz Poggett and husband, Roy Hoggett; Lucas Barboza; Aurelio Barboza; Manuel Barboza; Maria Olivarez de Flores, a widow; Herminia Gonzalez de Pena and husband, Silvestre Pena; Olympia Muniz Jones, single; Elvira Cruz de Acevedo, a widow; Emilia Perez de Rinke and husband, Willie Rinke, Frank Zarsky, appeared by their attorney of record, John A. Pope, Jr.

b.  The defendants Ascencion Flores de Lewis, a widow; S. E. Garcia; Petra Valadez de Cortez, a widow; Alonso Flores; appeared by their attorney of record, S. E. Garcia.

c.  The defendants Mary Headley Edgerton; Elias Guerrero; Joel Guerrero; Margarita

GOVERNMENT
EXHIBIT
1

2

M. Guerrero, appeared by their attorney of record, J. T. Canales.

d. The defendant Block Realty Company, a corporation, appeared by its attorneys of record Kelley and Looney.

e. The defendants Rebecca Garza de Castro and husband, Henry Castro, appeared by their attorney of record, E. W. Hasbardier.

f. The defendant Isabel S. Lopez; appeared by her answer fuly on file herein.

g. The defendant Emilio Longoria, appeared by his attorney of record Frank Alvarado.

h. The defendant Wenceslada Vela de Vela, a widow, appeared by her attorney or record, M. F. Armstrong.

i. The defendant Conen T. Wood, Trustee, appeared by his answer duly on file herein.

j. The defendant Benjamin Zamora, appeared by his attorney Wesley Zarsky.

k. The defendant Federico Martinez, appeared by his answer duly on file herein.

l. The defendants Carlos Garza; Eugenio Garza; Guadalupe Garza; Jacinto Garza; Lazaro Garza; Maria Santos Garza de Garcia and husband, Refugio Garcia; Norberto Garza; Ana Garza de Morales and husband, Federico Morales; Romulo Rodriguez; Ruben Rodriguez; Zulema Garza de Perez and husband, Enrique Perez; Virginia Garza de Salinas, a widow; B. M. Baird, appeared by their attorney of record, Milton J. Baird.

m. The defendants Americo Olivarez; a minor; Guadalupe Olivarez, a minor; Jose Maria Olivarez; Juan Olivarez; Paulina Lopez de Olivarez, a widow; Manuela Olivarez Landon and husband, F. J. Landon; Aurelio Barboza; Manuel Barboza; Maria Olivarez de Flores, a widow; Maria de Jesus Barbosa de Zamora; Paula Olivarez de Fernandez and husband, Albidio Hernandez; Gundalupe Olivarez; Jose Olivarez; Manuel Olivarez; Salome Buentello de Olivarez, a widow, appeared by their attorney of record, Joe V. Alamia.

n. The defendants Eudaldo Hinojosa; Josefa L. de Hinojosa; Josefina Hinojosa, a single women; Medardo Hinojosa and wife, Josefa M. de Hinojosa; Felicites Hinojosa de Pena and husband, Samuel Pena; Maria Hinojosa de Arevino and husband, Abundio Arevino; anna M. Kelsey. appeared by their attorneys of record, L. R. Brooks and R.M. Bounds.

o. The defendants J. L. Collins and Company, a partinership, composed of J. L. Collins, R. L. Wheelock and J. N. Wheelock appeared by their attorney of record, Lawrence Treadwell.

p. The defendants Antonio Coronado, a minor; Avelina Coronado; a minor; Guadalupe Coronado, a minor; Francisca Rivera de Molina and husband, Federico Molina; Aniceta Quintanilla, a minor; Antonio Quintanilla, a minor; Carlos Quintanilla; Esteban Quintanilla, a minor; Felipe Quintanilla, a minor; Manuel Quintanilla, a minor; Pablo Quintanilla, a minor; Zenaida Quintanilla; a minor; Bernardo Rivera; Martin Rivera; Miguel Rivera; Rodolfo Rivera; Santos Rivera; Transito Rivera; Pantaleon Rivera; Maria Solis de Rodriguez, wife of Inocencio Rodriguez; Benito Solis, Leon Solis, Mauro Solis; Pedro Solis; Santos Solis de Sosa and husband, Felix Sosa; Cornelia Rivera de Villarreal and husband, Arcadio Villarreal; Juliana Garza de Guzman, a widow; Angela Coronado, a minor; Arcadio Coronado; Juan Coronado, a minor; Roman Coronado , a minor; Tomasa Coronado, a minor; Teodoso Vela; Viviana Vela, appeared by their attorney of record J. J. Henry.

q. The defendants W. B. Osborn; T. M. West and D. A. McAskill appeared by disclaimer duly on file herein.

r. The defendant S. Finley Ewing appeared by his attorney of record Tabor Stone.

s. The defendants E. L. Smith; Fred J. Adams; Winnie Lee Adams; Geo. W. Lyles and Lora Lyles appeared by their attorney of record Lawrence Treadwell.

t. The defedant Lester Whipple appeared by his attorneys Lester Whipple and Tabor Stone.

u. The defendant L. A. Grelling appeared by his attorneys Ramey, Calhoun and Marsh. Eulalio Perales, Sabas Rodriguez Galvan, Madelena Perales, Irinidad Perales,

v. The defendants Cruz Rodriguez Perales, Guadalupe Rodriguez, Petra Rodriguez Aris-

3

mendez, Ysidoro Arisemedez, Clemente Rodriguez, Alfonso Rodriguez, Margerito Rodriguez, Eugenia Rodriguez Rincones and Jesus Rincones, appeared by their attorneys Aldrich and McDonald.

w. The defendants L. F. Hickock; C. W. Rzeppa; Eugene McElvaney, Trustee; First National Bank in Dallas; Nelson P. Wimberly, Trustee; Victoriana Torres de Longoria and husband, Cristobal Longoria; E. P. Ruhman; Haliburton Oil Well Cementing Company, a corporation; L. J. Broussard; Central Power & Light Company, a corporation; Valley Pipe Line Company, a corporation; General Board of Missions of the Methodist Episcopal Church South, a corporation; Guy A. Thompson, Trustee; Rio Grande City Railway Company, a corporation; Tom Vessels, Sr.; Tom Vessels, Jr.; George H. Coates; Fanal Oil Company, a corporation and J. O. Moss appeared by their attorneys of record Strickland, Ewers and Wilkins.

x. The defendants Evelina G. de la Garza wife of Don de la Garza; B. C. Bourland; Dolores G. de Espinosa, wife of Margerito Espinosa appeared by their attorney of record Milton J. Baird.

y. The defendants Josefa Rivera de Fuentes, a widow, Antonia Fuentes, a single woman, Fernando Fuentes and wife Marcela V. de Fuentes, Benita Fuentes de Gonzalez and husband Jose Gonzalez, Juana Fuentes de Morin and husband Pedro Morin, Anastacia Fuentes de Salinas and husband Luis E. Salinas, Herlinda Fuentes de Leon and husband, Andres de Leon appeared by their attorneys of record Carter and Stiernberg.

(4) The defendants Howard L. Bass; Francisca Garza de Acevedo and husband, Homobono Acevedo; Juana Aguilar de Pena, a widow; Ignacia Suarez de Ahearn, a widow; Alfredo Salinas Alaniz; Cristina Alvarado, single; Rogerib Alvarado; Andrea Vela de Arevalo and husband, Nieves Arevalo; Maria Pena de Bernal, a widow; Rosalia Salmon de Castaneda and husband, Octavio Castaneda; Virginia Saenz de Castro, a widow; Dominga Delia Corona, single; Guadalupe Ramon de Corona, a widow, individually and as Guardian of the estates of San Juana Corona, Manuela Corona, Noe Corona and Ramon Corona, minors; The County School Trustees of Starr County, Texas, composed of the following persons; Andres G. Garza, Romualdo Garza, Juan Hinojosa, Isabel Montalvo and R.R. Guerra; Arcadio de la Cruz, individually and as Guardian of the persons and estates of Flora de la Cruz and Guadalupe de la Cruz, minors; Carlos Cruz; Eduardo Curz; Fernando Cruz; Raul Cruz; single; Viviana Rivera de la Cruz, a widow; George E. Decker, Individually and as Guardian of the person and estate of George E. Decker, Jr., a minor; Aida Pena de Escamilla and husband, Raymundo Escamilla; Antonia Fuentes, single;

Angela Gutierrez Garcia, single; Balbina Rivas de Garcia and husband, Bertolome Garcia; Carlota Alvarado Garcia and husband, Juan Garcia Lopez; Josefina Garcia Tijerina de Garcia and husband, Jose de la Paz Garcia; San Juana Pena de Garcia and husband, Manuel G. Garcia; Petra Gonzalez de Garcia and husband Pedro Garcia; Arturo Garza; Daniel P. Garza; Francisca Garza, single; Francisco Garza; Juana Tijerina de Garza, a widow; Manuel Villarreal de la Garza, a widow; Petra Garza de Garza and husband, Leocadio Garza; Ponciano Garza; Ventura Garza; L.H. Goff; Adelaida Lopez de Gonzalez; and husband, Manuel Gonzalez; Benita Fuentes de Gonzalez and husband Jose Gonzalez; Enrique G. Gonzalez, administrator of the Estate of Cruz Tijerina, deceased; Francisca Garza de Gonzalez, and husband Eulalio Gonzalez; Felipa Pena de Gonzalez and husband, Manuel F. Gonzalez; Pedro Gonzalez, a person of unsound mind; Rosalia Lopez de Gonzalez and husband, Manuel Gonzalez; Maria B. de Gonzalez, wife of Ventura Gonzalez Magana; Jose Gonzalez Guajardo and wife Isabel Baaoke de Gonzalez; Juan Guajardo, guardian of the person and estate of Pedro Gonzalez, a person of unsound mind; Emilio J. Guerra; Fred D. Guerra; Gustavo A. Guerra and wife Hortensia L. de Guerra; Horace P. Guerra, individually and as independent executor of the estate of Virginia C. Guerra, deceased; James H. Guerra; Juan B. Guerra; Julio J. Guerra; Manuel Guerra, Jr. individually and as Independent Executor of the Estate of Virginia C. Guerra, Deceased; Fabiana Vela de Gustos and husband Camilo Gustos, Domingo Gutierrez; Encarnacion Gutierrez and wife

4

Olivaia Lopez de Gutierrez; Ignacio Gutierrez and wife, Ignacia Guerra de Gutierrez; Dionicio Guzman; Juan Guzman; Tomas Guzman; Ramon Guzman; Ramon Guzman, Jr.; Natalia Longoria de Hinojosa and husband Lucas Hinojosa; Herlinda Fuentes de De Leon and husband Andres de Leon; Andres Longoria; Antonia Longoria, single; Arnoldo Longoria; David Longoria; Enrique Longoria; Guadalupe Caballero de Longoria, a widow; Jose Maria Longoria; Pedro Longoria; Roberto Longoria; Tristan Longoria; Apanito Lopez; Andrea Saenz de Lopez, a widow; Bonifacio Lopez; Brigido Lopez; Encarnacion Lopez; Gregorio Lopez Jose Lopez; Jose Maria Lopez; Julian Lopez; Maria Ramirez de Lopez and Husband Agapito Lopez; Preciliano de Jesus Lopez; Rafaela Garza de Lopez, a widow; Toribio Lopez; Ventura Gonzalez Angeña; A. V. Morgo; Sofia C. Morgo, a widow; Hermenegilda Pena de Martinez and husband Federico Martinez; Maria Salmon de Martinez and husband Rogelio Martinez; Filomena Vela de Mierhoff and husband Willie Mierhoff; Alverto Morin; Juana Fuentes de Morin and husband Pedro Morin; Leonardo Morin; Calixta Salinas de Muniz and husband Ipoldo Muniz, Sr.; Micaela Rodriguez de Ortiz and husband Apolonio Ortiz; Sabas Ozuna; Sabas Ozuna, Jr.; Albino Pena; Andrea Rodriguez de Pena and husband, Tomas Pena; Arturo Pena; Delfina Saenz de Pena, a widow; Esteban Pena; Eugenio Pena; Felicitas Ramirez de Pena, a widow; Hilario Pena; Inez Carrera de Pena, a widow; Jose Angel Pena; Jose Pena; Lucia Pena, single; Marta Pena, single; Maximo Pena; Pedro Pena; Rosa Vela de Pena; and husband, Jose Pena; Santos Pena; Esteban Perez; Leonor Pena de Perez and husband, Ventura Perez; Lino Perez, Jr.; Yldefonso P. Perez; Eliboria Rivera de Ramirez and husband, Amadeo Ramirez; Federico Ramirez; Jose Garza Ramirez; Juan Ramirez; Maria Martinez de Ramirez, a widow; Narciso D. Ramirez; Noe Garza Ramirez; Pedro Ramirez; Rosendo Ramirez; Santiago Ramirez; Luciano Rivas; Anastacia Rivera, single; Francisco Rivera; Guadalupe Rivera, single; Jose Maria Rivera; Lucia Alaniz de Rivera, a widow; Maria Guzman de Rivera and husband, Pablo Rivera; Alfredo Rodriguez; Antonia Pena de Rodriguez and husband, Cecilio Rodriguez; Cesarea Morales de Rodriguez and husband, Ruben Rodriguez; Eulogio Rodriguez; Felix Rodriguez; Gregorio Rodriguez; Guadalupe Corona de Rodriguez and husband, Alfredo Rodriguez; Jose Rodriguez; Juan Rodriguez; Leonor Lopez de Rodriguez and husband, Felipe Rodriguez; Manuela Pena de Rodriguez and husband, Santos Rodriguez; Pilar Rodriguez; Rosa Rodriguez, single; Rosalio Rodriguez; Salome Rodriguez; Santiago Rodriguez; Severiano Rodriguez; Simon Rodriguez; Trinidad Rodriguez; Valentin Rodriguez; Manuel Lopez Rostro; Marcos Lopez Rostro; Roy Sadler; W. D. Sadler; Agapito Saenz; Antonia Saenz, single; Felix Saenz; Francisca Saenz, single; Gregorio Saenz; Juan Saenz; Lucia Saenz de Guevara and husband, Secundo Guevara; Luis Saenz; Manuel Lopez Maria Huerta de Saenz, a widow; Rosa Saenz, a single; Trinidad Rodriguez de Saenz and husband, Gregorio Saenz; Anastacia Fuentez de Salinas and husband, Luis Salinas; Canute Alaniz de Salinas, a widow; Fidel Salinas; Pedro Salinas; Apolonia Salgon, single; Bruno Silvas; Sirinio Silves; Jose Silves; Maximo Silvas; Melquiades Silves; Elodia Cruz de Solis, a widow; Howard L. Staggs; Alfredo Simon Tijerina; Cruz Melecio Garza Tijerina; Gonzalo Garza Tijerina and wife, Ana Garcia de Tijerina; Gonzalo G. Tijerina, guardian of the estates of Fidel Ozuna, Oscar Ozuna, Oralia Ozuna, Horacio Ozuna, Celia Ozuna and Olivia Ozuna, minors; Roberto Tijerina; Aniceta Corona de Trevino and husband, Antonio Trevino, Manuela Diaz de Trillayes, a widow; Martin Trillayes; A. J. Vale, Trustee, for the benefit of First State Bank & Trust Company of Rio Grande City, Texas; Cecilio Vela; Cruz Vela, single; Delfina Vela, single; Estaniolado Vela, single; Eutiquio Vela; Facundo Vela; Felix Vela; Francisca Guzman de Vela and husband, Salvador Vela; Justo Vela; Jose Garza Vela; Juan Sanchez Vela; Lorenzo Vela; Nicasio Villareal Vela; Petra Vela, single; Quirino Vela; Santos Alvarado de Vela and husband, Margarito Vela; Tomas Vela; Maria Trillayes de Venacia, a widow, Manuel Villarreal; San Juana Ramirez de Villareal and husband, Amado Villareal; Prajedis Zarate; C. G. Zarate;

Maria Garcia de Vela, a widow, Angel Vela, a minor without a guardian; Manuela Vela de de Barrera and husband, Enrique Barrera; Rene Garza Gains and husband, Ike Gains; Tomasa Pena de Garza and husband, Eulogio Garza; Manuel Pena; A. J. Rabel; Rosabel Garza Rodriguez and husband Bonifacio Rodriguez, Cipriano Saenz; Nicolas Saenz; Pablo Vela; Lester Whipple;

Albertano Ansaldua; Brigido Ansaldua; Florentino Ansaldua; Maria Ansaldua; Miguel Ansaldua; Roman Ansaldua; Rosa Rodriguez de Ansaldua, a widow; Severo Ansaldua; Transito Ansaldua; Valdemar Ansaldua; Maria Villareal de Cantu and Husband, Domingo Cantu; Patrocina Ramirez de ....Cantu and husband, Nicolas Cantu; Gustavo Duverney; Oswaldo Duverney; Antonio Gonzalez Franco, husband of Sara Gonzalez, deceased; Rosaura Lopez de Garcia and husband, Adolfo Garcia; Curz Garza, single; Ramon Garza; Raul Garza; Simon Garza; Zeferino Garza; Eleazar Guerra; Ramon Gutierrez; Eva Villarreal de Guzman and husband, Samuel Guzman; Manuel Guzman; Alejandro Lopez; Amelia Olivarez de Lopez, a widow; Crisofono Lopez; Cruz Lopez; Guadalupe Gomez de Lopez, a widow; Jose Angel Lopez; Lazaro Lopez; Susana Lopez, single; Trinidad Lopez; Virginia Lopez, single; Trinidad Gonzales de Longoria and husband, Julian Longoria; Luciana Gonzalez de Moya and husband, Zenon Moya; Jose Perez; Marta Duverney de Perez; Micaela Duverney de Perez; Amado Ramirez; Brigido Ramirez; Juan Ramirez; Lucas Ramirez; Macario Ramirez; Florencio Rodriguez; Lucia Ansaldua de Lopez wife of Marcos Lopez Rostro; D. A. Salinas; Maria de la Paz Diaz de Solis, a widow; Elvira Ansaldua de Trevino and husband, Florencio Trevino; Andres Vasquez; Santiago Vela; Adan Villarreal; Jorge Villarreal; Onesimo Villarreal; Viviana Ramirez de Villarreal and husband Natividad Villarreal; Aniceta Cantu de Zarate and husband, Antonio Zarate;

Fred J. Adams; Winnie Lee Adams; Geo. W. Lyles; Lora Lyles; Hermenegilda Pena de Alardin, a widow; M. U. Caul, Trustee; Carlos Pena; Marta Pena, Single; Cruz Rodriguez de Perales and husband, Eulalio Perales; Madalena Perales, single; Trinidad Perales, single; Zulema Garza de Perez and husband, Enrique Perez; Clayton Pritchard; Maria Romana Rodriguez; Apolonia Garza de Rodriguez, a widow, Guadalupe Rodriguez;

Cruz Ibarra de Garza, a widow; Romana Vela de Salas and husband, Isabel Salas; Gertudis Vela de Salaiz, a widow, Eugenio Vela;

Justo Corona; Tomasa Pena de Garza and husband, Isaac Garza; Domingo Rodriguez; Francisca Rodriguez, single; Gorgonio Rodriguez, Guadalupe Rodriguez;

Teodora Reyes de Alaniz and husband, Amado Alaniz; Dionicia Guevara de Barrientos and husband, Juan Barrientos; Antonia Longoria de Codina and husband; Joaquin Codina; Francisca Reyna de Cortez and husband, Emeterio Cortez; Maria Marez de Davila and husband, Lazaro Davila; Domingo Diaz; Francisco Diaz; Urbano Diaz; Juana Flores de Espericueta, a widow; Margarito Espinosa and wife, Dolores G. de Espinosa; Fabian C. Hinojosa; Maria Corona de Garcia and husband, Jorge Garcia; Gregoria Lopez de Garza and husband, David Garza; Juliana G. Garza; Lucia Ochoa de Guzman and husband, Pablo Guzman; Josefa Noyola de Leal and husband, Victoriano Leal; Ernesto Longoria; Francisca Longoria de Lopez and husband, Ignacio Lopez; Sofia Longoria de Lopez and husband, Agustin Lopez; Francisco Marez; Geronimo Noyola; Alberto Ochoa; Aniceto Ochoa; Encarnacion Ochoa; Jose Ochoa, Jr.; Manuel Ochoa; Sofia Pena de Pena and husband, Antonio L. Pena; Gregoria Pena de Peneff and husband, Dutch Peneff; Ramona Ochoa de Ramirez and husband, Pablo Ramirez; Albino Reyna; Bernardino Reyna; Esteban Reyna; Paula Reyna de Reyna and husband, Antonio Reyna; Avelina Reyna de Rivera, a widow; Doroteo Rodriguez; Eliberto Solis de Rodriguez and husband, Jose Rodriguez; Maria de Jesus Pena Rodriguez and husband, Jose Rodriguez; Simon Rodriguez; Frank Mothert; Fidela Ochoa de Vazquez and husband, Oliverio Vasquez; Francisco Vela; Isabel Vela; Juan Vela; Juan Pablo Vela; Maria Ochoa de Vela and husband, Jose Vela; Mateo Vela; Reyes Vela;

Leonor Vela de Acevedo and husband, Simon Acevedo; Dolfina Castro, single; Felipa Castro, Single; Onesimo Castro; Segunda Perez de Castro, a widow; Genoveva Rodriguez de Garza and husband, Jose Garza; Francisco Lopez; Prajedis Villarreal;

Julia Vela de Garcia and husband, Alfredo Garcia; Matilde Arena; Pablo Arena; Doroteo Diaz; Zacarias Diaz; L. F. Hickock; Victorina Torres de Longoria and husband, Cristobal Longoria; Anastacio Vela; Josefa Salaiz de Vela, a widow, Pedro Vela;

Guadalupe Longoria de Alvarez and husband, Arturo Alvarez; Ramon Vela;

6

E. L. Smith; Maria Rita Solis de Espinosa and husband, Francisco Espinosa; Guadalupe Garza; Luciano Garza; Maria Charles de Valdez and husband, Cruz Valdez; Louisa A. Grelling;

B. M. Alexander, Trustee, for the benefit of Laredo National Bank of Laredo, Texas; Lucila Lozano de Apel and husband, C. Richard Apel; Manuel Vela; H. B. Zachry; Marcelo Saenz; Guadalupe Garza Aijarina; Domitila Pena de Gutierrez and husband, Gerardo Gutierrez;

The First State Bank and Trust Company of Rio Grande City, Texas a corporation; Lynch Davidson Lumber Company, a corporation; First National Bank of Falfurrias, Texas; Laredo National Bank, a corporation, although each and everyone of the afore named defendants were duly and personally served with citation in the manner and form, and for the length of time to require their appearance and answer herein, came not and filed no answer herein and wholly made default.

(5) The Starr County Water Control and Improvement District Number One, a public corporation, appeared by waiver of issuance of service and return of citation upon it, which waiver is duly on file herein.

(6) The following described defendants who were duly and legally served with citation by publication in the manner and form and for the length of time to require their appearance and answer at the present term of this Court, came not by attorneys of their own selection, but the Court having heretofore appointed E. N. Gatlett as attorney ad litem, for said defendants cited by publication, appeared by their said attorney, by answer duly on file herein for said defendants named as follows, to-wit:

a. The following named defendants, non-residents of the State of Texas, and if any of said defendants be dead, then the unknown heirs and legal representatives of such deceased person or persons, to-wit:

Elvira Cruz de Acevedo, a widow; Guadalupe Salmon de Anda and husband, Juan Anda; Hilaria Lopez de Acevedo, a widow; Sabas Diaz de Acevedo and husband, Doroteo Acevedo; Santos Gutierrez de Acevedo and husband, Ignacio L. Acevedo; Santos Rivera Bazaldua and husband, Tomas Bazaldua; Victoria Garza de Casso and husband, Indalecio R. Casso; Hector Cepeda; _____ Cepeda; husband of Maria Salmon de Cepeda; Micaela Pena de Contreras and husband, Francisco Contreras; Francisco Diaz; Juana Diaz, single; Petra Gutierrez de Diaz and husband, Jose Angel Diaz; Alfredo Duverney; Emilio Duverney; Albertina Duverney de Elizondo, a widow, Ascencion Falcon; Lazaro Falcon; Harry F. Finks, Trustee; Julia Gutierrez de Fonseca and husband, Agustin Fonseca; Antonia Olivarez de Guerrero and husband, Severo Guerrero Galvan; Eusebia Ramirez de Garcia and husband Refugio Garcia; Roberto Garza; Teresa Rivas de Garza, a widow; Alejandro Guerra; Paula Vasquez de Guerra and husband, Feliciano Guerra; Andres Gutierrez, single; Andres Gutierrez; Bernarda Gutierrez, single; Jose Gutierrez; Lorenzo Gutierrez; Maria Gutierrez, single; Salome Gutierrez; Marcela Gutierrez de Guerrero and husband, Matilde Guerrero; Petra Ramirez de Hernandez, a widow; Wenceslada Falcon de Herrera and husband, Joaquin Herrera; Guadalupe Jaramillo; Julia Salmon de Jaramillo and husband, Guadalupe Jaramillo; Constancia Olivarez Kalapodis and husband, Nick Kalapodis; William C. Lucas, Administrator of the estate of Herman F. Faris, deceased; Victoria Hernandez de Maldonado and husband, Daniel Maldonado; Vicenta Rivera de Mata and husband, Simon Mata; Refugio Ortiz; Rosa Ramirez de Ostos and husband, Manuel Ostos; Gerardo Perea; Santos Elizondo de Perez, a widow; Vicente Pruneda; Barbara Ramirez, single; Catarina Ibarra de Ramirez and husband, Apolinar Ramirez; Edelmira Barrera de Ramirez, a widow, Gerturdis Ramirez, single; Victoria Ramirez, single; Aparicio Requenez; Medardo Requenez; Maximiano Requenez; Pablo Reyes; Calixto Rivas; Dario Rivas; Federico Rivas; Francisco Rivas; Bartolo Rodriguez; Valentin Saenz; Esperanza Vela de Salazar, a widow, Jose Salmon; Juan Salmon; Alicia Rivera de Sanchez and husband, Lucio Sanchez; Martina Ibarra de Solis, a widow; Nicolas Solis; Rosa Jaramillo de Torres and husband, Guadalupe Torres; Donaciana Olivarez de Garcia and husband, Santos Garcia Valverde; Felipe Vazquez; Teodoro Vazquez; Arcadio Mendon; Gonzalo G. Tijerina, Jr.; Cesareo Vela

7

b. The following named defendants whose residences are unknown and if any of said defendants be dead, the unknown heirs and legal representatives of such deceased person or persons:

D. E. Borah; _____ Beauler; husband of Marina Ramirez de Beauler, deceased; Rosa Garza de Casares, a widow; E. F. Creckmur; Jesus Diaz; Juan B. Diaz; Prajedis Diaz; Aurelio Duran; Julieta Duverney; Catalina Diaz de Estrada and husband, Y. P. Estrada; Sabas Rodriguez de Galvan and husband, Manuel Galvan; Feliciana Ramirez de Garza, a widow; Donaciana Hernandez de Hernandez, a widow; Hilario Hernandez; Maria Orta, wife of _____, deceased; Otila Orta, wife of ____, Deceased; Maria Hernandez de Ortiz and husband, Alberto Ortiz; Santos Diaz de Perez and husband, J. Perez; Inocencio Rodriguez; Marcial Rodriguez; Cipriana Trevino; Esteban Trevino; Antonio Valadez; Epifania Coronado de Vasquez, a widow; Magdalena Vazquez; Antonio Vela; Jose Vela; Lucia Vela, single, howard C. warren; Tomasa Diaz de Zulaica and husband, Jesus Zulaica; Eliza Garza de Arredondo and husband, Inez Arredondo; Cayetano Garza; Guadalupe Garza; Domingo Garza; Luis Garza; Dolores Perez de Hernandez, a widow; Aden Lopez; Victoria Garza de Munoz and husband, Santiago Munoz; Sofia Garza de la Paz and husband, Pablo de la Paz; Cosme Perez; Santos Perez; Wenceslada Olivarez de Ramirez and husband, Jose D. Ramirez; Virginia Rodriguez de Rodriguez and husband, Antonio Rodriguez; Monica Espargsa de Solis a widow; Demetrio Vela; Patricio Vela; Pedro Vela; Maria Pena de Zapata and husband, Doroteo Zapata; Santos Ramirez de Trevino and husband, Tomas Trevino; Mariano Zamora, also sometimes known as Mariano Vasquez.

c. The unknown heirs and legal representatives of the following named deceased persons: Andrew A. Daacke; Luisa Rodriguez de Chirino and husband, Diego Chirino; Tomasa Rodriguez Rodriguez de Coronado and husband, Gabriel Coronado; Pedro Falcon; Nestor Falcon; Felix Garza and wife, Guadalupe Villarreal de Garza; Marcelo Rodriguez de Garza and husband, Ancelmo Garza; Francisco Gonzalez; Onofre Gonzalez; Gertrudis Villarreal de Mejias and husband, Tomas Mejias; Sixta Rodriguez de Olivares and husband, Alejandro Olivarez; Buena Venture Vela de Perez and husband, Antonio Perez; Francisca Olivarez de Perez and Husband, Onofre Perez; Paula Rendon; Benita Hinojosa de Rodriguez and husband, Benito Rodriguez; Rosalia Rodriguez; Vicente Rodriguez; Concepcion Rodriguez de Sanchez and husband, Jose Cruz Sanchez; Josefa Ansaldua de Trevino and husband, Rosendo Trevino; Marta Ansaldua de Trevino and husband, Dionicio Trevino; Antonio Vela and wife, Maria Rita Longoria de Vela; Concepcion Vela; Deciderio Vela; Enedina Lopez de Vela; Eusebio Vela; Jose Maria Vela; Juan Vela; Macedonio Vela; Nicolas Vela and wife Maria Antonia de la Garza de Vela; Placido Vela; Policarpo Vela; Victoria Vela; Juana Vela de Villarreal and husband, Marcos Villarreal; Margarita Guadalupe Vela de Villarreal and husband, Bernardo Villarreal; Jacinto Zamora; Cruz Ibarra de Garza; Guadalupe Garza; Arturo Pena; Maria de la Encarnacion Vela de Torres and husband, Martin Torres; Juan Jose Torres Vela; Nicolas Vela and wife, Regina Garcia de Vela.

17. The following described defendants, who are minors without guardians, and who were duly and personally served with citation in the manner and form and for the length of time to require their appearance and answer at the present term of this court, came not by attorneys of their own selection, but appeared by Vernon B. Hill, a member of the bar of this court, who was heretofore appointed by this Court to represent said minor defendants and appeared as their guardian and litem by answer duly on file herein, which said named defendants are as follows:

Alice Ahearn; Aurora Ahearn; Celia Ahearn; Dan Ahearn; Delia Ahearn; Ignacia Ahearn; Raquel Ahearn; Rosa Ahearn; Bernardo Alvarado, Jr.; Octavio Castaneda; Manuel Corona; Noe Corona; Ramon Corona; Roberto Corona; San Juana Corona; Flora de la Cruz; Guadalupe de la Cruz; George E. Docker, Jr.; Ercila Garza; Leonal Garza; Ramiro Garza; Celia Guerrero; Hector Guerrero; Maria Rosaura Guerrero; Raul Guerrero; Raul Guerrero; Benita Longoria; Dolores Longoria; Ramon Longoria; Raul Longoria; Sylvia Longoria; Alonso Lopez; Cecilia Lopez; Gabriel Lopez; Margil Lopez; Miguel Lopez; Tomas Lopez; Guadalupe Morin; Hermenegilda Morin; Celia Ozuna; Fidel Ozuna; Horacio

8

Ozuna; Olivia Ozuna; Oralia Ozuna; Oscar Ozuna; Adela Pena; Angela Pena; Clara Pena; Gonzalo Pena, Jr.; Alberto Ramirez; Teofilo Ramirez; Encarnacacion Rodriguez; Martina Saenz; Celia Silvas; Miguel Silvas; Ernesto Solis; Nestor Solis; Aurora Villarreal; Trejedis Villarreal; Teofilo Villarreal; Guadalupe Zamora; Angela Vela;

Enrique Gutierrez; Josefina Gutierrez; Luis Gutierrez; Fidencio Perez; Otila Perez; Alma Merza; Petra Garza;

Delia Castro; Luciano Castro; Margarita Castro; Rosenda Dicnicia Castro; Anselmo Villarreal; Medardo Villarreal; Nicasio Villarreal; Oswaldo Guadalupe Cleveland;

Maria Oralia Morin; Eulogio Ortiz; Ramon Ortiz; Cruz Perez; Dolores Perez; Emilia Perez; Anna Perez;; Pedro Perez; Rodolfo Perez; Santos Perez; Federico Ramirez; Ofelia Ramirez; Yolanda Ramirez; Guadalupe Rendon;

(8) The following described defendants who were duly and personally served with citation in the manner and form and for the length of time to require their appearance and answer at the present term of this court, came not by attorneys of their own selection, but the Court having heretofore appointed Chas. E. Thompson as attorney ad litem, for said defendants, appeared by their said attorney, by answer duly on file herein and for said defendants named as follows: to-wit:

Narciso L. Ramirez ; Pedro Pena; Brigido Lopez; Alfredo Salinas Alaniz; C. G. Zarate; Geo. W. Postes; Raul Longoria; Miguel Lopez; Hector Guerrero; Americo Olivarez; and other defendants unknown to this attorney, or who, being known to him whose military status is unknown, who have been cited either by personal service of process within the State of Texas, or who have been served by publication of notice agreeable to the laws of the State of Texas, or by service upon them of non-resident notice outside of the State of Texas.

(9) And came also J. H. May, Demetrio Garcia and Geo. B. Maran, Commissioners of Partition appointed as such by the Court in and by the preliminary decree of partition entered in this cause on the 28th day of October, A. D. 1943, to make partition of the land involved in this suit, by their report in writing duly subscribed, verified and filed herein on the 9th day of March, A. D. 1943.

The report of the Commissioners of Partition set out the real estate divided as being all of Porcion 82 or the Ancient Jurisdiction of Camargo, Mexico, now situated in Starr County, Texas, originally granted by the Spanish Government in America in the year 1767 to Nicolas Vela, and subsequently confirmed to the said Nicolas Vela, his heirs and assigns by the State of Texas, as Confirmation No. 109, for the County of Starr, in and by an act of the legislature of the State of Texas, approved February 10, 1852, entitled, "An Act to Relinquish the Right of the State of Certain Lands Therein Named". Said porcion was also described by metes and bounds according to the field notes of a resurvey thereof made by the said J. H. May as Surveyor acting under order and authority of this Court, as directed in the preliminary decree, and which field notes are set out below in this decree.

Said report also sets out the several shares of parcels into which the land was divided by the Commissioners of Partition with a particular description of each of such shares or parcels, the number thereof, and the land which constitutes each share or parcel, the estimated value of the land, and the allottment of each share to the person or persons entitled thereto. The Commissioners also recommended in their report that Shares No. 18, 31, 48, 8d, 81, 90, 148, 153, 158, 154 and 155,

be sold for the purpose of partition. The report was accompanied by detailed field notes of the whole of Porcion 82, and of the shares or tracts into which was divided, and by map prepared by J. H. May showing the whole the whole of said porcion and said shares, and making the action of the Commissioners of Partition in the premises intelligible.

9

And thereupon, the parties so appearing as hereinbefore recited, announced themselves ready for trial and waiving a jury, submitted the cause to the Court upon the law and the facts. The Court, having been advised by the attorneys for the plaintiffs that all the other attorneys in the case were promptly notified of the filing of the Report of the Commissioners of Partition, is of the opinion that all parties in this cause have been given a reasonable length of time within which to consider the same. And then came one Agustin V. Vela, by and through his attorney, E. A. McDaniel, and filed his motion to set aside the preliminary decree entered in this cause and for a rehearing, and also came Manuel Lopez Rostro, Adan Lopez Rostro, Francisco Lopez Rostro, Tomas Lopez Rostro, Guadalupe Zamora, Margil Lopez Rodriguez, Gabriel Lopez Rodriguez, Alfonso Lopez Rodriguez, Cecilia Lopez Rodriguez, Maria Ventura Valadez, Juan Ramirez, Juan R. Ramirez, Quirino Vela and Fernando Fuentes, who are parties defendant to the suit, and they, through their attorney, E. A. McDaniel, filed their respective motions to set aside the preliminary decree entered in this cause and for a rehearing, and the Court having considered said motions and also the motion of plaintiffs to strike said motions and the argument of counsel, and pursuant to request, having granted leave to amend all of said motions to the persons hereinabove named, and thereafter the said Agustin V. Vela, having declined to amend his motion, the Court was of the opinion that same should be struck and it was so ordered, and the other persons having amended their motions and the Court having considered the said amendments and the arguments of counsel, the Court was of the opinion that all of said amended motions should be struck and it was so ordered, to which ruling of the Court the said defendants in open court excepted and gave notice of appeal to the Court of Civil Appeals for the Fourth Supreme Judicial District, sitting at San Antonio, Texas. After hearing and considering the pleadings, process, evidence and argument of counsel, and having fully examined and considered the report of the Commissioners of Partition, and all objections at any time made or filed thereto by any of the parties to this suit, the Court was of the opinion that the objections of Frank Zarsky and Mary Headley Edgerton should be sustained, and the said report was ordered amended accordingly, as fully appears by the respective orders of the Court entered pursuant to such filing and filed among the papers in this cause, and the Court further considering said report is of the opinion that said report is not erroneous in any material respect, unequal or unjust; but that the plan of partition therein outlined and made, is practicable, just and fair to all the parties entitled to shares, that the recommendations therein made should be adopted and that said report, subject to the amendments hereinabove mentioned, should be in all things confirmed, and Final Decree of Partition entered accordingly, on the 27th day of March 1944.

IT IS, THEREFORE, now on the 27th day of March A. D. 1944, by the Court CONSIDERED, FOUND, ADJUDGED AND DECREED as follows:

ONE: The description of the land involved herein at the time of the division thereof into shares is as follows:

All of Porcion 82, of the Ancient Jurisdiction of Camargo, Mexico now situated in Starr County, Texas, originally granted by the Spanish Government in America in the year 1767 to Nicolas Vela, and subsequently confirmed to the said Nicolas Vela, his heirs and assigns by the State of Texas, as Confirmation No. 149, for the County of Starr in and by an Act of the Legislature of the State of Texas, approved February 20, 1852, entitled "An Act to Relinquish the Right of the State to certain Lands Therein Named", and said porcion is also described by metes and bounds according to the field notes of a resurvey thereof made by the said J. H. May, Surveyor, as follows; to-wit:

Beginning at a stake on the North Bank of the Rio Grande for the southeast corner of Porcion 81 and the Southwest corner of Porcion 82;

Thence N. 9-15' E. with the East line of Porcion 81, at 1944.4 vrs. cross the old

10

Military road from Rio Grande City to Brownsville , at a point in the Los Olmos Arroyo, at 2005 vrs. cross present Highway at 2310.2 vrs. cross St. L. B. & M. railroad, at 7203 vrs. cross present road from Rio Grande City to Sta. Elena, and at 13,559.4 vrs. a 3/4 inch iron road for the Northwest corner of Porcion 82 on the East line of Porcion 81;

Thence S. 80-45' E. 1300 vrs. to a point for the Northeast corner of Porcion 82 on the West line of Porcion 83;

Thence S. 8-59'W. with the west line of Porcion 83, at 21,769 vrs. cross St. L.B.& M. railroad, at 31,953 vrs. cross Old Military road and present Highway, at 22,049.5 vrs. a large old planted rock in fence corner;

Thence S. 9-15' W. with west line of Porcion 83, 3705.5 vrs. to a stake on the North bank of the Rio Grande for the Southeast corner of Porcion and the Southwest corner of Porcion 83;

Thence up the Rio Grande with the meanders of the North Bank, as follows:

N. 68-40' W. 284.1 varas;
N. 66-40' W. 200 varas;
N. 61-31' W. 195 varas;
N. 70-24' W. 240 varas;
N. 65-41' W. 140 varas;
N. 19-39' W. 145 varas;
N. 3-39' W. 120 varas;
N. 10-14' W. 100 varas;
N. 1-40' E. 150 varas;
N. 10-41' W. 65 varas;
N. 7-06' E. 85 varas;
N. 14-12' E. 195 varas;
N. 21-22' E. 110 varas;
N. 3-02' E. 130 varas;
N. 18-41' E. 125 varas;
N. 33-12' E. 130 varas;
N. 4-42' E. 80 varas;
N. 9-00' W. 175 varas;
N. 28-18' W. 50 varas;
N. 14-53' W. 200 varas;
N. 18-30' W. 265.6 varas to the place of beginning and containing Six Thousand Eighty (6080) acres of land.

Excluded from the land divided into shares, however, are Tracts numbers One and Two, hereinafter described.

SECOND: That the Report of the Commissioners of Partition be and the same is hereby in all things approved, confirmed and made the basis of the final division and partition of said Porcion 82.

THIRD: That Porcion 82 as hereinbefore described, excluding said Tracts numbers One and Two, be and the same is hereby divided and partitioned into the following described shares, each of which is now here set apart in severalty to the allottee or allottees thereof subject to such life estates, oil and gas leases, royalty deeds, mineral deeds, and liens indicated, to-wit:

NAME                                                                           ACRES

SHARE ONE

W. S. Parks                                                                    1850.236

11

The acreage herein alloted in Share No. 1 is subject to the oil, gas and mineral lease to Sun Oil Company recorded in Volume 93, Pages 404-408, of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 1 is subject to the terms of the mineral deed to J. L. Collins, recorded in Volume 96, at pages 55-57 of the Deed Records of Starr County, Texas, and to the terms of the mineral deed from the said J. L. Collins to Geo. W. Lyles, Lora Lyles, Fred J. Adams, Winnie Lee Adams, E. L. Smith, L. A. Grelling and J. L. Collins and Company, recorded in Volume 97 at pages 201-202 of the Deed Records of Starr County, Texas.

### SHARE TWO-A

Mary Headley Edgerton                                                          779.000

The acreage herein alloted in Share No. 2-A is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 84, at pages 84-89, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE TWO-B

Mary Headley Edgerton                                                          21.000

The acreage herein alloted in Share No. 2-3 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-406, of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 2-B is subject to a mineral reservation equal to Ten-nineteenths of the minerals in and under said Share No. 2-B as retained and reserved in and by a cerain Warranty Deed from W. S. Parks to the allotee herein dated March 7, 1944.

The acreage herein alloted in Share No. 2-A and Share No. 2-B is subject to the Right of Way Deed to Valley Pipe Line Company, recorded in Volume 113, at pages 46-48 of the Deed Records of Starr County, Texas.

NAME                                                                          ACRES

### SHARE THREE

George E. Decker, Jr.,                                                        121.916

The acreage herein alloted in Share No. 3 is subject to the oil, gas and mineral lease to John A. Pope Jr., dated June 12, 1939, recorded in Volume 110, pages 431-434, of the Deed Records of Starr County, Texas which lease is now owned and held by Panal Oil Company.

### SHARE FOUR-A

Lillie May Baird, assignee of B. M. Baird, separate property                   50.000

The acreage herein alloted in Share No. 4-A is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 128-133 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 4-A is subject to the oil, gas and mineral lease to Howard L. Bass and L. J. Broussard, recorded in Volume 110, pages 285-289 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 4-A is subject to the oil, gas and mineral lease to Howard L. Bass, et al., recorded in Volume 110, pages 285/90 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

**12**

SHARE FOUR-B

Lillie May Baird, assignee of B. M. Baird, seperate property                    77.469

SHARE FIVE-A

J. O. Moss                                                                      16.850

The acreage herein alloted in Share No. 5-A is subject to the oil, gas
and mineral lease to Homer P. Lee, recorded in Volume 87, pages 128-133 of the Deed
Records of Starr County, Texas, which lease is now owned and held by Penal Oil
Company.

The acreage herein alloted in Share 5-A is subject to the oil, gas and
mineral lease to Howard L. Bass and L. J. Broussard, recorded in Volume 110, pages 285-289
of the Deed Records of Starr County, Texas, which lease is now held by Penal Oil Company.

The acreage herein alloted in Share No. 5-A is subject to the oil, gas and
mineral lease to Howard L. Bass, et al., recorded in Volume 110, pages 285-289, of the
Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil
Company.

SHARE FIVE-B

J. O. Moss                                                                     107.713

SHARE FIVE-C

The acreage herein alloted in Share No. 5-C, is subject to the Mineral
Deed to Tom Vessels, Jr., recorded in Volume 97, pages 502-504, of the Deed Records
of Starr County, Texas, and to the deed from Tom Vessels, Jr., to George M.
Coates, dated June 28, 1937, recorded in Volume 97, pages 504-505 of the Deed
Records of Starr County, Texas.

SHARE FIVE-D

J. O. Moss                                                                      10.944

SHARE FIVE-E

J. O. Moss                                                                       3.614

SHARE FIVE-F

J. O. Moss                                                                      49.195

The acreage herein alloted in Share No. 5-F is subject to the Mineral
Deed to Tom Vessels, Jr., recorded in Volume 97, pages 488-490, of the Deed
Records of Starr County, Texas, and to the deed from Tom Vessels, Jr., to George H.
Coates, recorded in Volume 97, pages 490-491 of the Deed Records of Starr County,
Texas.

SHARE SIX-A

Jose S. Garza Ramirez, assignee of Ramon Longoria                               3.743
Jose S. Garza Ramirez, assignee of A. V. Margo                                  3.837
Jose S. Garza Ramirez                                                           6.589
                         Total acreage in Share Six-A                          14.169

SHARE SIX-B

Jose S. Garza Ramirez                                                          30.314

Jose S. Garza Ramirez, assignee of A. V. Margo, assignee of
Micaela Rodriguez de Ortiz, wife of Apolonio Ortiz, Eulogio
Rodriguez, Simon Rodriguez, Doroteo Rodriguez                                  10.517

13

Total acreage in Share Six-B — 40.831

The acreage herein alloted in Share No. 6-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 495-500, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 6-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 98, pages 107-111 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 6-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 97, pages 406-409, Deed Records of Starr County, Texas, which said lease is now owned and held by Panal Oil Company.

## SHARE SEVEN

Ramon L. Lopez — 1.343

The acreage herein alloted in Share No. 7, is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 98, pages 107-111, of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 7, is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 598-605 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

Ramon L. Lopez and wife Aurora Laurel de Lopez — 43.029
Ramon L. Lopez and wife Aurora Laurel de Lopez, assignee of Hermenegilda Lopez de Garza, wife of Hernan R. Garza and Elias Lopez — 9.397

Total acreage in Share Seven — 53.759

## SHARE EIGHT

| | |
|---|---|
| Maria Lopez de Laurel, wife of Alfredo Laurel | 1.343 |
| Enrique Lopez | 1.342 |
| Ernesto Lopez | 1.342 |
| Lino Lopez | 1.342 |
| Luciano Lopez | 1.342 |
| Marcos Lopez | 1.342 |
| Reynaldo Lopez | 1.342 |
| Total acreage in Share Eight | 9.595 |

The acreage herein alloted in Share No. 8 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 598-605 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

## SHARE NINE

A. V. Margo, assignee of Juana Flores de Esperiqueta — 45.000

The acreage herein alloted in Share No. 9, is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 98, pages 511-513, of the Deed Records of Starr County, Texas, and to the mineral deed from Tom

## 14

Vernels, Jr.; to George H. Coates, recorded in Volume 98, pages 513-514 of the Deed Records of Starr County Texas.

### SHARE TEN

C. G. Zarate                                                                      12.411

The acreage herein alloted in Share No. 10 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 98, pages 248-251, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE ELEVEN

Francisco Diaz                                                                   7.387
Urbano Diaz                                                                      2.463

Total Acreage in Share Eleven                      9.850

### SHARE TWELVE

Victoriana Torres de Longoria, wife of Cristobal Longoria                        24.621

The acreage herein alloted in Share No. 12 is subject to the oil, gas and mineral lease, recorded in Volume 90, pages 231-233, Deed Records of Starr County, Texas, and is further subject to a royalty deed to C. W. Rzenna and L.F. Hickock, recorded in Volume 90, pages 235-236, Deed Records of Starr County, Texas, and the title to such royalty is hereby awarded to the said C. W. Rzenna and L. F. Hickock.; the said oil, gas and mineral lease is now owned and held by Panal Oil Company

### SHARE THIRTEEN

Fernardino Reyna                                                                 1.628
Gregoria Reyna de Peneff, wife of Butch Peneff                                   1.628
Francisca Reyna de Corter, wife of Emeterio Cortez                               1.627
Ulrino Reyna                                                                     1.627
Esteban Reyna                                                                    1.627

Total Acreage in Share Thirteen                    8.137

The acreage herein alloted in Share No. 13 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 511-516 of the Deed Records of Starr County Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FOURTEEN

Oswaldo Guadalupe Cleveland                                                      7.228

The acreage herein alloted to Oswaldo Guadalupe Cleveland is subject to a life estate in Maria Charles Cleveland.

The acreage herein alloted in Share No. 14 is subject to the oil, gas, and mineral lease to Sun Oil Company, recorded in Volume 99, pages 169-172, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTEEN

SA 15

| | |
|---|---|
| Juliana Garza de Guzman | 4.925 |
| Josefa Salais de Vela, a widow | 3.287 |
| Lucia Vela, a single woman | 3.505 |

Total Acreage in Share Fifteen    11.717

The acreage herein alloted in Share No. 15, to Juliana Garza de Guzman is subject to the oil gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 577-580, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 15 to Josefa Salais de Vela, a widow is subject to the oil, gas and mineral lease to Sun Oil Company recorded in Volume 98, pages 107-111, Deed Records of Starr County Texas, which lease is now owned and held by Panal Oil Company.

### SHARE SIXTEEN

| | |
|---|---|
| Bricido Ramirez | 4.314 |
| Juan Ramirez | 6.780 |
| Aden Villarreal | — .160 |
| Porfirio Villarreal | — .159 |

To'al

Total acreage in Share Sixteen    11,413

The acreage herein alloted in Share No. 16, is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 97, pages 402-405, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE SEVENTEEN

| | |
|---|---|
| Zacarias Diaz | 4.052 |
| Doroteo Diaz | 4.052 |
| Pedro Vela | 2.026 |

Total Acreage in Share Seventeen    10.130

The acreage herein alloted in Share No. 17 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 98, pages 115-119, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted to Doroteo Diaz in Share No. 17 is subject to a royalty deed recorded in Volume 97, pages 523-524 of the Deed Records of Starr County, Texas, and the title of such royalty is hereby quieted in and awarded to E. P. Ruhman.

### SHARE EIGHTEEN

| | |
|---|---|
| Juan Coronado, a minor | .671 |
| Angela Coronado, a minor | .670 |
| Tomasa Coronado, a minor | .670 |
| Roman Coronado, a minor | .670 |
| Avelina Coronado, a minor | .670 |
| Antonio Coronado, a minor | .670 |
| Guadalupe Coronado, a minor | .670 |

1.563 acres of the above allotment to Juan Coronado, a minor, et al, is

# 16

subject to to a life estate in Arcadio Coronado.

| | |
|---|---|
| Manuel Quintanilla, a minor | .671 |
| Felipe Quintanilla, a minor | ..670 |
| Zenaida Quintanilla, a minor | .670 |
| Aniceta Quintanilla, a minor | .670 |
| Esteban Quintanilla, a minor | .670 |
| Pablo Quintanilla, a minor | .670 |
| Antonio Quintanilla, a minor | .670 |

1.563 acres of the above allotment to Manuel Quintanilla, a minor et al, is subject to a live estate in Carlos Quintanilla.

The acreage herein alloted in Share No. 18 is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 492-493 of the Deed Records of Starr County, Texas, and to the mineral deed from Tom Vessels, Jr., to George H. Coates, recorded in Volume 97, pages 493-494 of the Deed Records of Starr County, Texas.

| Total Acreage in Snare Eighteen | 9.35? |
|---|---|

### SHARE NINETEEN

| Ascencion Flores de Lewis, a widow | 7.009 |
|---|---|

### SHARE TWENTY

| Alonzo Flores | 7.008 |
|---|---|

2.536 acres of the acreage herein alloted to Alonzo Flores is subject to a life estate in Lucila Loreno Apel

### SHARE TWENTY-ONE

| | |
|---|---|
| Francisca Rivera de Molina | 4.685 |
| Santos Rivera | 4.686 |
| Martin Rivera | 4.686 |
| Transito Rivera | 4.686 |
| Miguel Rivera | 4.686 |
| Pantaleon Rivera | 4.686 |
| Fernando Rivera | 4.686 |
| Vicenta Rivera de Mata, wife of Simon Mata | 4.685 |
| Cornelia Rivera de Villarreal, wife of Arcadio Villarreal | 4.685 |
| Santos Rivera de Basaldua, wife of Tomas Basaldua | 4.685 |

1.562 acres of each of the above allotments is subject to a life estate in Avelina Vela de Rivera, a widow.

The acreage herein alloted in Share No. 21 is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 492-493 of the Deed Records of Starr County, Texas, and to the mineral deed from Tom Vessels Jr. to George H. Coates, recorded in Volume 97, pages 493-493 of the Deed Records of Starr County, Texas.

| Total Acreage in Share Twenty -one | 46.856 |
|---|---|

### SHARE TWENTY-TWO

| | |
|---|---|
| Margarita Marzo de Guerrero, a widow | 16.002 |
| Joffel Guerrero | 2.667 |

| | |
|---|---|
| Elias Guerrero | |
| Celia Guerrero, a minor | 2.667 |
| Hector Guerrero, a minor | 2.667 |
| Raul Guerrero, a minor | 2.667 |
| Maria Rosaura Guerrero, a minor | 2.667 |
| | 2.667 |
| Total Acreage in Share Twenty-two | 32,004 |

.889 acres of each of the acreage herein alloted to Joel Guerrero, et al is subject to a life estate in Margarita Margo de Guerrero.

The acreage herein alloted in Share No. 22 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 97, pages 276-280 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

## SHARE TWENTY-THREE

| | |
|---|---|
| Lino Perez, Jr. | 4.069 |
| Dora Garza de Perez, wife of Lino Perez Jr., assignee of Fabian Hinojosa, separate property | 5,207 |
| Romeo Perez, assignee of Lino Perez, Jr. | 4.069 |
| Julieta Perez, assignee of Lino Perez, Jr | 4.069 |
| Total acreage in Share Twenty-three | 17,414 |

The acreage herein alloted in Share No. 23 is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 95-99, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 23 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 432-436, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted to Lino Perez, Jr., Romeo Perez, and Julieta Perez, in Share No. 23 is subject to a judgment lien in favor of Sofia C. Margo, which judgment is abstracted in Volume C, at page 233 of the Judgment Records of Starr County, Texas.

## SHARE TWENTY-FOUR

| | |
|---|---|
| Unknown heirs of Vicente Rodriguez | 220.802 |

## SHARE TWENTY-FIVE-A

| | |
|---|---|
| Yndalecio Vela, | 25.016 |
| Yndalecio Vela, assignee of Pedro Salinas | 2.065 |
| Total Acreage in Share Twenty-five-A | 27,081 |

The acreage herein alloted in Share No. 25-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 99, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 25-A is subject to the oil, gas

18

and mineral lease to Homer P. Lee, recorded in Volume 87, pages 52-56 of the Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

The acreage herein alloted in Share No. 25-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 92, pages 101-105, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

## SHARE TWENTY-FIVE-B

Yndalecio Vela, a signee of C. G. Zarate, A. V. Margo, Jose S. Garza Ramirez          9.832

The acreage herein alloted in Share No. 25-B is subject to the oil, gas and mineral lease to Penal Oil Company, recorded in Volume 118, pages 552-554 of the Deed Records of Starr County, Texas.

The acreage herein alloted in Share No. 25-B is subject to the mineral deed to Tom Vessels, Jr. recorded in Volume 97, pages 495-497 of the Deed Records of Starr County, Texas, and the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 498-500, of the Deed Records of Starr County, Texas, and to the respective mineral deeds to George H. Coates, recorded in Volume 97, pages 500-502 and in Volume 97, pages 497-498, of the Deed Records of Starr County, Texas.

## SHARE TWENTY-SIX

| | |
|---|---|
| Jesus Diaz | 1.476 |
| Juan D. Diaz | 1.476 |
| Catalina Diaz, wife of Y. P. Estrada | 1.478 |
| Santos Diaz de Perez, wife of J. Perez | 1.478 |
| Tomasa Diaz de Zulaica, wife of Jesus Zulaica | 1.478 |
| Francisco Diaz | 2.463 |
| Juana Diaz, a single woman | 2.463 |
| Total Acreage in Share Twenty-Six | 12.316 |

The acreage herein alloted in Share No. 26 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 547-549, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

## SHARE TWENTY-SEVEN

Aurelio Duran          7.357

The acreage herein alloted in Share No. 27 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 547-549, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

## SHARE TWENTY-EIGHT

| | |
|---|---|
| Emilia Perez de Rinke, wife of Willie Rinke | 2.892 |
| Petra Gonzales de Garcia, wife of Pedro Garcia | 2.892 |
| Total Acreage in Share Twenty-eight | 5.784 |

The acreage herein alloted in Share No. 28 is subject to the oil, gas and mineral lease from Emilia Perez de Rinke, et vir, to Sun Oil Company recorded in Volume 106, pages 343-347, Deed Records of Starr County, Texas, which

lease is now owned and held by Panel Oil Company.

The acreage herein alloted in Share No. 28 to Petra Gonzalez de Garcia, wife of Pedro Garcia is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 105, pages 403-409, Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

## SHARE TWENTY-NINE

Isabel S. Lopez                                                              15.772

The acreage herein alloted in Share No. 29, is subject to the oil, gas and mineral lease to Homer P. Lee recorded in Volume 87, pages 182-186 of the Deed Records of Starr County, Texas which lease is now owned and held by Panel Oil Company.

## SHARE THIRTY-A

Alfredo Salinas Alanis                                                        7.085

The acreage herein alloted in Share No. 30-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 97, pages 320-324, Deed Records of Starr County, Texas.

## SHARE THIRTY-B

Alfredo Salinas Alaniz                                                        9.079

The acreage herein alloted in Share No. 30-B is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 551-552, Deed Records of Starr County, Texas, and to the mineral deed to Geo. H. Coates, recorded in Volume 97, pages 549- 551, Deed Records of Starr County, Texas.

## SHARE THIRTY-ONE

| | |
|---|---|
| Felix Garza, a minor | 1.914 |
| Mateo Vela | .290 |
| Isabel Vela | .290 |
| Cesarea Morales de Rodriguez, wife of Ruben Rodriguez | .134 |
| Filomena Vela de Mierhoff, wife of Willie Mierhoff | .290 |
| Martin Trilleyes | .820 |
| Maria Trilleyes de Venecia, a Widow | .820 |
| Arcadio Mendon | .313 |
| Tomas Guzman | .118 |
| Dionicio Guzman | .118 |
| Francisca Guzman de Vela, wife of Salvador Vela | .118 |
| Ramon Guzman, Jr | .118 |
| Manuel Guzman | .118 |
| Juan Guzman | .118 |
| Maria Guzman de Rivera, wife of Pablo Rivera | .118 |
| Francisca Longoria de Lopez, wife of Ignacio Lopez | .521 |
| Sofia Longoria de Lopez, wife of Agustin Lopez | .521 |

**20**

| | |
|---|---|
| Ernesto Longoria | .521 |
| Eduardo Cruz | .073 |
| Raul Cruz | .073 |
| Reyes Cruz, a single woman | .073 |
| Carlos Cruz | .072 |
| Merardo Perez | .369 |
| Dolores Perez de Hernandez, a widow | .369 |

Total Acreage in Share Thirty-one    11.619

.039 acres of the allotment herein made in Share No. 31 to Tomas Guzman, Dionicio Guzman, Francisca Guzman de Vela, wife of Salvador Vela, Ramon Guzman,Jr., Manuel Guzman, Juan Guzman, Maria Guzman de Rivera, wife of Pablo Rivera, is subject to a life estate in Ramon Guzman.

The acreage herein alloted in Share No. 31 to Martin Trilleyes, is subject to the Judgment Lien in favor of Lynch Davidson Lumber Company, abstracted in Volume B, page 99 of the Judgment Records of Starr County, Texas.

### SHARE THIRTY-TWO-A

Frank Zarsky    21.790

The acreage herein alloted in Share No. 32-A is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 498-500 of the Deed Records of Starr County, Texas, and the mineral deed from Tom Vessels, Jr., to George L. Coates, recorded in Volume 97, pages 500-502, of the Deed Records of Starr County, Texas.

### SHARE THIRTY-TWO-B

Frank Zarsky    10.000

The acreage herein alloted in Share No. 32-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 98, pages 248-251, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE THIRTY-THREE

| | |
|---|---|
| Manuel Guerra, Jr. | 4.507 |
| Horace P. Guerra | 4.507 |
| Fred D.Guerra | 4.507 |
| Gustavo A. Guerra | 4.506 |
| Emilio J. Guerra | 4.506 |
| Julio J. Guerra | 4.506 |
| James H. Guerra | 4.506 |

Total Acreage in Share Thirty-three    31.545

### SHARE THIRTY-FOUR

Ventura Gonzalez Marene    3.386

21

### SHARE THIRTY-FIVE

| | |
|---|---|
| Antonio Gonzalez Franco | 1.977 |
| Luciana Gonzalez de Moya, wife of Zenon Moya | .706 |
| Total Acreage in Share Thirty-five | 2.683 |

The acreage herein alloted in Share No. 35 is subject to the terms the oil, gas and mineral lease to Lloyd Stiernberg, recorded in Volume 96, pages 263-267, Deed Records of Starr County, Texas, and to all assignments of any portion of said lease to M. U. Caul, Trustee, S. Finley Ewing, Clayton Pritchard, Lester Whipple and A. J. Rabel.

### SHARE THIRTY-SIX

Petra Valadez de Cortez, a widow                                    13.019

### SHARE THIRTY-SEVEN

Calixto Valle                                                        9.814

### SHARE THIRTY-EIGHT

Federico Martines                                                   13.417

The acreage herein alloted in Share No.38 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 193-197 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE THIRTY-NINE

Irene Gonzalez Manautou                                              6.389

The acreage herein alloted in Share No. 39 is subject to the oil, gas and mineral lease to Panal Oil Company, recorded in Volume 117, at pages 673-675 of the Deed Records of Starr County Texas.

### SHARE FORTY-A

Angela Gutierrez Garcia                                             14.814

### SHARE FORTY-B

Angela Gutierrez Garcia                                              3.724

The acreage herein alloted in Share No. 40-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 99, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FORTY-ONE-A

Frank Rothert                                                       14.815

### SHARE FORTY-ONE-B

Frank Rothert                                                        3.124

**22**

The acreage herein alloted in Share No. 41-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 99, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FORTY-TWO-A

H. M. Wood, Trustee                                                          42.786

The acreage herein alloted in Share No. 42-A is subject to the oil, gas and mineral lease to T. E. Stephens, recorded in Volume 129, pages 123-127, Deed Records of Starr County, Texas.

The acreage herein alloted in Share No. 42-A is subject to a judgment lien in favor of Halliburton Oil Well Cementing Company, a corporation, abstracted in Volume C, page 12 of the Judgment Records of Starr County, Texas.

### SHARE FORTY-TWO-B

H. M. Wood, Trustee                                                          30.000

The acreage herein alloted in Share No. 42-B is subject to the oil, gas and mineral lease to T. E. Stephens, recorded in Volume 129, pages 123-127, Deed Records of Starr County, Texas.

The acreage herein alloted in Share No. 42-B is subject to a judgment lien in favor of Halliburton Oil Well Cementing Company, a corporation, abstracted in Volume C, page 12, of the Judgment Records of Starr County, Texas.

### SHARE FORTY-THREE

Unknown Heirs of Roselia Rodriguez                                          220.802

### SHARE FORTY-FOUR

| | |
|---|---|
| Juan Rodriguez, assignee of Felicitas Ramirez de Pena | 5.619 |
| Juan Rodriguez | 2.065 |
| Total Acreage in Share Forty-four | 7.684 |

The acreage herein alloted in Share No. 44 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 94, pages 483-487, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 44 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 92, pages 101-105, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FORTY-FIVE-A

Esteban Pena, assignee of W. S. Parks                                        25.000

The acreage herein alloted in Share No. 45-A is subject to the

oil, gas and mineral lease to Sun Oil Company, recorded in Volume, 93, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share 45-A is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 45-A as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottes herein dated March 7, 1944.

### SHARE FORTY-FIVE-B

| | |
|---|---|
| Esteban Pena | 13.465 |

### SHARE FORTY-SIX

| | |
|---|---|
| Martimiano Cantu | 6.709 |
| Aniceta Cantu de Zarate, wife of Antonio Zarate | 6.709 |
| Total Acreage in Share Forty-six | 13.419 |

### SHARE FORTY-SEVEN

| | |
|---|---|
| Frank Zarsky, assignee of Trinidad Sanchez | 220.802 |

### SHARE FORTY-EIGHT

| | |
|---|---|
| Balbina Rivas de Garcia, wife of Bartolome Garcia | .620 |
| Teresa Rivas de Garza, a widow | .620 |
| Francisco Rivas | .620 |
| Calixto Rivas | .620 |
| Federico Rivas | .620 |
| Dario Rivas | .620 |
| Paula Reyna de Reyna, wife of Antonio Reyna | .625 |
| Armando Longoria | .480 |
| David Longoria | .480 |
| Natalia Longoria de Hinojosa, wife of Lucas Hinojosa | .480 |
| Enrique Longoria | .480 |
| Raul Longoria, a minor | .480 |
| Silvia Longoria, a minor | .479 |
| Antonia Longoria de Codina, wife of Joaquin Codina | .479 |
| Tristan Longoria | .616 |
| Jose Maria Longoria | .616 |
| Guadalupe Longoria de Alvarez, wife of Arturo Alvarez | .616 |
| Antonia Longoria, a single woman | .616 |
| Roberto Longoria | .616 |
| _____ Beaular, husband of Marina Ramirez, deceased | .333 |
| Total Acreage in Share Forty-eight | 11.116 |

.160 acres of each of the above allotments in Share No. 48 to Armando Longoria, David Longoria, Natalia Longoria de Hinojosa, Enrique Longoria, Raul Longoria and Silvia Longoria, is subject to a life

**24**

estate in Andres Longoria.

.205 acres of each of the above allotment made in Share No. 48, to Tristan Longoria, Jose Maria Longoria, Guadalupe Longoria de Alvarez, Antonia Longoria and Roberto Longoria, is subject to a life estate in Guadalupe Caballero de Longoria.

### SHARE FORTY-EIGHT-A

| | |
|---|---|
| Juan B. Guerra, assignee of W. S. Parks | 5.396 |

The acreage herein alloted in Share No. 49-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

The acreage herein alloted in Share No. 49-A is subject to a mineral reservation equal to Three-fourths of the minerals in and under sic Share 49-A as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allotes herein, dated March 7, 1944.

### SHARE FORTY-NINE-B

| | |
|---|---|
| Juan B. Guerra, assignee of W. S. Parks | 4.614 |

The acreage herein alloted in Share No. 49-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

The acreage herein alloted in Share No. 49-B is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share 49-B as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, dated March 7, 1944.

### SHARE FIFTY-A

| | |
|---|---|
| Jose Garza Vela | 10.189 |
| Jose Garza Vela, assignee of Antonia Mendes de Cruz, a widow | .811 |
| Total acreage in Share Fifty-A | 11.000 |

The acreage herein alloted in Share No. 50-A is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 88, pages 908-910, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

The acreage herein alloted in Share No. 50-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104, pages 542-568, Deed Records of Starr County, Texas, which lease is now owned and held by Penal Oil Company.

### SHARE FIFTY-B

| | |
|---|---|
| Jose Garza Vela, assignee of Antonia Mendez de Cruz, a widow | 1.051 |

25

### SHARE FIFTY-C

| | |
|---|---|
| Jose Garza Vela, assignee of Antonia Mendez de Cruz, a widow | 2.476 |
| Jose Garza Vela, assignee of Maria Cruz de Alvarado, wife of Ignacio Alvarado, Cruz Cruz de Garcia, wife of Andres Garcia, Elvira Cruz de Acevedo, a widow, Aurora Cruz de Sotuyo, wife of Ramon Sotuyo, Julio Cruz, | 3.098 |
| Jose Garza Vela, assignee of Ventura Garza, Feliciana Garza de Gonzalez, wife of Eulalio Gonzales | 6.651 |
| Jose Garza Vela, assignee of Jose Silvas, Higinio Silvas, Maximo Silvas, Bruno Silvas, Miguel Silvas, Celia Silvas | 5.751 |
| Total Acreage in Share Fifty-C | 17.976 |

### SHARE FIFTY-ONE

| | |
|---|---|
| Angela Saenz de Lopez | 8.000 |

The acreage herein alloted in Share No. 51, is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTY-TWO

| | |
|---|---|
| B. C. Bourland | 143.333 |

### SHARE FIFTY-THREE-A

| | |
|---|---|
| Luis Saenz | 7.000 |

The acreage herein alloted in Share No. 53-A is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83 pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTY-THREE-B

| | |
|---|---|
| Luis Saenz | 1.343 |
| Luis Saenz, assignee of Ceilio Rodriguez | 1.146 |
| Luis Saenz, assignee of Valentin Rodriguez | 1.146 |
| Luis Saenz, assignee of Andrea Rodriguez de Pena, wife of Tomas Pena | 1.146 |
| Luis Saenz, assignee of Santos Pena | .324 |
| Total Acreage in Share Fifty-three-B | 5.105 |

The acreage herein alloted in Share No. 53-B is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTY-FOUR

## 26

SHARE 54

| | |
|---|---|
| Gonzalo Pena, Jr., a minor | 1.969 |
| Manuela Pena de Rodriguez, wife of Santos Rodriguez | 1.969 |
| hermenegilda Pena de Martinez, wife of Federico Martinez | 1.969 |
| San Juana Pena de Garcia, wife of Manuel C. Garcia | 1.968 |
| Sofia Pena de Pena, wife of Antonio L. Pena | 1.968 |
| Leonor Pena de Perez, wife of Ventura Perez | 1.968 |
| Aida Pena de Encamilla, wife of Raymundo Encamilla | 1.968 |
| Antonia Pena de Rodriguez, wife of Cecilio Rodriguez | 1.968 |
| Hilario Pena | 1.968 |
| Marta Pena, a single woman | 1.968 |
| Lucia Pena, a single woman | 1.968 |

Total Acreage in Share Fifty-four      21.651

.656 acres of the above allotment to Gonzalo Pena, Jr., a minor is subject to a life estate of Ines Carrera de Pena, a widow.

The acreage herein alloted in Share No. 54 is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 84-89, Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

The acreage herein alloted in Share No. 54, is subject to the terms of the easement and Right of Way instrument to Central Power and Light Company, recorded in Volume 59, page 165 of the Deed Records of Starr County, Texas.

### SHARE FIFTY-FIVE-A

Francisca Saenz de Martinez      .785

The acreage herein alloted in Share No. 55-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 163-167, Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

### SHARE FIFTY-FIVE-B

Francisca Saenz de Martinez, assignee of W. S. Parks      1.000

The acreage herein alloted in Share No. 55-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-402, Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

The acreage herein alloted in Share No. 55-B is subject to a mineral reservation equal to three-fourths of the minerals in and under said Share No. 55-B as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the grantee herein, dated March 7, 1944.

### SHARE FIFTY-SIX

Ines Contreras, assignee of W. S. Parks      1.000

27

The acreage herein alloted in Share No. 56 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 56 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 56, as retained and reserved in and by certain Warranty Deed from W. S, Parks to the allottee herein, dated March 7, 1944

### SHARE FIFTY-SEVEN A

Juan Saenz

1.???

The acreage herein alloted in Share No. Fifty-seven-A is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 84-87 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTY-SEVEN-B

Juan Saenz

11.933

The acreage herein alloted in Share No. Fifty-seven B is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 84-87 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE FIFTY-EIGHT-A

| | |
|---|---|
| Angela Saenz de Lopez | 3.122 |
| Manuel Lopez | 1.135 |
| Adelaida Lopez de Gonzalez, wife of Manuel Gonzalez | 1.135 |
| Leonor Lopez de Rodriguez, wife of Felipe Rodriguez | 1.135 |
| Jose Lopez | 1.135 |
| Julian Lopez | 1.135 |
| Gregorio Lopez | .546 |
| Total acreage in Share 58-A | 9.343 |

The acreage herein alloted in Share Fifty-eight-A is subject to the oil, gas and mineral lease to T. R. Vessels, recorded in Volume 83, pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company

### SHARE FIFTY-EIGHT-B

| | |
|---|---|
| Gregorio Lopez | .589 |
| Encarnacion Lopez | 11.135 |
| Rosalia Lopez de Gonzalez, wife of Manuel Gonzalez | 1.135 |
| Brigido Lopez | 1.135 |
| Miguel Lopez | 1.134 |
| Total acreage in Share 58-B | 5.178 |

**28**

.196 acres of the allotment herein made to Gregorio Lopez in Share No. 58-B, and .378 acres of each of the allotments herein made to the other allottees in Share No. 58-B is subject to a life estate in Angela Saenz de Lopez.

### SHARE FIFTY-NINE

General Board of Missions of the Methodist Episcopal Church South, a foreign corporation                                                .927

### SHARE SIXTY

Felipe Rodriguez, assignee of W. S. Parks                                                1.726

The acreage herein alloted in Share No. 60 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 60 as retained and reserved in and by a certain warranty deed from W. S. Parks to the allottee herein, dated March 7, 1944, and to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 83, pages 404-408 Deed Records of Starr County, Texas, now owned and held by Penal Oil Company.

### SHARE SIXTY-ONE

Guadelupe Lopez, assignee of W. S. Parks                                                1.726

The acreage herein alloted in Share No. 61, is subject to a mineral reservation equal to three-fourths of the minerals in and under said Share No. 61 as retained and reserved in and by a certain warranty deed from W. S. Parks to the allottee herein, dated March 7, 1944,: and to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 83, pages 404-408, Deed Records of Starr County, Texas, now owned and held by Penal Oil Company

### SHARE SIXTY-TWO

Delfina Saenz de Pena                                                .879

### SHARE SIXTY-THREE

Juana Fuentes de Morin, assignee of W. S. Parks,                                                .919

The acreage herein alloted in Share No. 63 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

The acreage herein alloted in Share No. 63 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 63, as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, which deed is dated March 7, 1944.

### SHARE SIXTY-FOUR-A

Eulogio Garza, assignee of W. S. Parks                                                1.003

29

The acreage herein alloted in Share No: 64-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 64-A is subject to a mineral equal to Three-fourths of the minerals in and under said Shore No. 04-A, as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, which deed is dated March 7, 1944.

### SHARE SIXTY-FOUR-B

Eulogio Garza, assignee of W. S. Parks                                  5,997

the acreage herein alloted in Share No. 64-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company

The acreage herein alloted in Share No. 64-B is subject to a mineral reservation equal to Three-fourths of the Minerals in and under said Share No. 64-B, as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, which deed is dated March 7, 1944.

### SHARE SIXTY-FIVE

Guy A. Thompson, Trustee for Rio Grande City Railway Company            9,750

### SHARE SIXTY-SIX-A

Felix Saenz                                                            18.073

The acreage herein alloted in Share No. 66-A is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 66-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 88, pages 122-232, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE SIXTY-SIX-B

Felix Saenz                                                            43.002
Felix Saenz, assignee of Delfina Saenz de Pena                          1.548
                                                                      _____
                        Total Acreage in Share No. 66-B                44.510

The acreage herein alloted in Share No. 66-B is subject to the oil gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 66-B is subject to the oil

**30**

gas and mineral lease to Sun Oil Company, recorded in Volume 88, pages 122-132 of Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

### SHARE SIXTY-SIX-C

| | |
|---|---|
| Felix Saenz, assignee of W. S. Parks | 10.000 |

The acreage herein alloted in Share No. 66-C is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-406 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 66-C is subject to a mineral reservation equal to Three-Fourth of the minerals in and under said Share No. 66-C, as retained and reserved in and by a certain Warranty Deed from W. S., Parks to the allotee herein, which deed is dated March 7, 1944.

### SHARE SIXTY-SEVEN

| | |
|---|---|
| Lorenzo Gutierrez | 1.221 |
| Jose Gutierrez | 1.221 |
| Salome Gutierrez | 1.221 |
| Andres Gutierrez | 1.221 |
| Bernarda Gutierrez, a single woman | 1.221 |
| Andrea Gutierrez, a single woman | 1.220 |
| Maria Gutierrez, a single woman | 1.220 |
| Marcela Gutierrez de Guerrero, wife of Matilde Guerrero | 1.220 |
| Petra Gutierrez de Diaz, wife of Jose Angel Diaz | 1.220 |
| Sartor Gutierrez de Acevedo, wife of Ignacio L. Acevedo | 1.220 |
| Julia Gutierrez de Fonseca, wife of Agustin Fonseca | 1.220 |
| | ———— |
| Total Acreage in Share 67 | 13.425 |

### SHARE SIXTY - EIGHT

| | |
|---|---|
| Manuel Lopez, a minor, | .287 |
| Gabriel Lopez, a minor | .286 |
| Alonzo Lopez, a minor | .286 |
| Cecilia Lopez, a minor | .286 |
| | ———— |
| Total acreage in Share 68 | 1.145 |

### SHARE SIXTY-NINE

| | |
|---|---|
| Juan Sanchez Vela | 10.514 |

The acreage herein alloted in Share No. 69, is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 69, is subject to the terms of the Easement and Right of Way instrument to Central Power & Light

Company, recorded in Volume 59, page 220 of the Deed Records of Starr County, Texas.

SHARE SEVENTY-A

| | |
|---|---|
| Nicasio Villareal, assignee of Jose Gonzalez Guajardo | .550 |

SHARE SEVENTY-B

| | |
|---|---|
| Nicasio Villareal, assignee of Jose Gonzalez Guajardo | 26.754 |

SHARE SEVENTY-ONE-A

| | |
|---|---|
| Manuel Gonzalez, assignee of W. S. Parks | 1.720 |

The acreage herein alloted in Share No. 71-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 71-A is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 71-A, as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, which deed is dated March 7, 1944.

SHARE SEVENTY-ONE-B

| | |
|---|---|
| Manuel Gonzalez, assignee of W. S. Parks | 8.280 |

The acreage herein alloted in Share No. 71-B is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, and which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 71-B is subject to a mineral reservation equal to Three-Fourths of the minerals in and under said Share No. 71-B, as retained and reserved in and by a certain Warranty Deed from W. S , Parks to the allottee herein, which deed is dated March 7, 1944.

SHARE SEVENTY-TWO

| | |
|---|---|
| Severiano Sanchez, assignee of Antonio Pena Vela | .620 |

SHARE SEVENTY-THREE

| | |
|---|---|
| Guadalupe Rodriguez | 5.272 |
| Clemente Rodriguez | 1.082 |
| Alfonzo Rodriguez | 1.082 |
| Petra Rodriguez de Arismendez, wife of Ysidro Arismendez, | 1.082 |
| Eugenia Rodriguez, wife of Jesus Rincones | .529 |
| Sabas Rodriguez | 5.271 |
| Magdalena Perales, a single woman | 2.636 |
| Trinidad Perales, a single woman | 2.636 |
| Total acreage in Share Seventy-three | 19.590 |

The acreage herein alloted in Share No. 73 to Eugenia Rodriguez, wife of Jesus Rincones is subject to a life estate equal to .235 acres in Mauro Rodriguez.

The acreage herein alloted in Share No. 73 is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 502-504 of the Deed Records of Starr County, Texas, and to a mineral deed to George H. Coates recorded in Volume 97, pages 504-505, Deed Records of Starr County, Texas.

### SHARE SEVENTY-FOUR

| | |
|---|---|
| Oliver C. Aldrick, assignee of Guadalupe Rodriguez, Clemente Rodriguez, Alfonzo Rodriguez, Petra Rodriguez de Arismendez, wife of Ysidoro Arismendez, Eugenia Rodriguez, wife of Jesus Rincones, Sabas Rodriguez, Magdalena Perales, a single woman, Trinidad Peralesm a single woman. | 3.265 |
| Felix L. McDonald, assignee of Guadalupe Rodriguez, Clemente Rodriguez, Alfonzo Rodriguez, Petra Rodriguez de Arismendez, wife of Ysidoro Arismendez, Eugenia Rodriguez, wife of Jesus Rincones, Sabas Rodriguez, Magdalena Perales, a single woman, Trinidad Perales, a single woman | 3.265 |
| Total Acreage in Share Seventy-four | 6.530 |

The acreage herein alloted in Share No. 73 is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 502-504 of the Deed Records of Starr County, Texas, and to a mineral deed to George H. Coates, recorded in Volume 97, pages 504-505, Deed Records of Starr County, Texas.

### SHARE SEVENTY-FIVE

| | |
|---|---|
| Unknown heirs of Benita Hinojosa de Rodriguez | 18.964 |

### SHARE SEVENTY-SIX

| | |
|---|---|
| Unknown heirs of Placido Vela | 8.665 |

### SHARE SEVENTY-SEVEN

| | |
|---|---|
| Narciso D. Ramirez, assignee of W. S. Parks | 1.000 |

The acreage herein alloted in Share No. 77 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pa pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 77 is subject to a mineral reservation equal to Three Fourths of the minerals in and under said Share No. 77 as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein dated March 7, 1944.

<u>SHARE SEVENTY-EIGHT</u>

Trinidad Rodriguez de Saenz, wife of Gregorio Saenz                    1.146

   The acreage herein alloted in Share No. 78 is subject to the
oil, gas and mineral lease to Tom Vessels, recorded in Volume 83,
pages 65-76 Deed Records of Starr County, Texas, which lease is now
owned and held by Panal Oil Company.

<u>SHARE SEVENTY-NINE</u>

Virginia Saenz de Castro, a widow                                       .729

   The acreage herein alloted in Share No. 78 is subject to
the oil, gas and mineral lease to Tom Vessels, recorded in Volume 83,
pages 65-76 Deed Records of Starr County, Texas, which lease is now
owned and held by Panal Oil Company.

<u>SHARE EIGHTY</u>

Guadalupe Rivera, a single woman                                       7.029

   2.343 acres of the above allotment to Guadalupe Rivera,
is subject to a life estate in Lucia Alaniz de Rivera.

   The acreage herein alloted in Share No. 80 is subject to the
mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 488-490,
Deed Records of Starr County, Texas, and to the mineral deed to George
H. Coates, recorded in Volume 97, pages 490-491, Deed Records of Starr
County, Texas.

<u>SHARE EIGHTY-ONE</u>

| | |
|---|---|
| Sofia Garza de la Paz, wife of Pablo de la Paz | 1.151 |
| Domingo Garza | 1.151 |
| Luis Garza | 1.151 |
| Guadalupe Garza | 1.150 |
| Eulogio Garza | 1.150 |
| Gertrudis Ramirez, a single woman | 2.190 |
| Barbara Ramirez, a single woman | 2.190 |
| Total Acreage in Share Eighty-one | 10.019 |

   The acreage herein alloted in Share No. 81 is subject to the
oil, gas and mineral lease to Sun Oil Company, recorded in Volume 104,
pages 542-548, Deed Records of Starr County, Texas, which lease is now
owned and held by Panal Oil Company.

<u>SHARE EIGHTY-TWO</u>

Luis Saenz, assignee of Francisca Garza de Acevedo, wife of Homobono
Acevedo, Arturo Garza, Prajedis Zarate, Daniel P. Garza, Julian Garza     5.020

<u>SHARE EIGHTY-THREE</u>

Luis Saenz, assignee of Santos Pena                                       .173

'34

| | |
|---|---|
| Luis Saenz, assignee of Jose Angel Pena | .497 |
| Luis Saenz, assignee of Maria de Jesus Tena, wife of Jose Rodriguez | .497 |
| Antonia Saenz, a single woman | 3.341 |
| Francisca Saenz de Martinez | 2.556 |
| Lucia Saenz de Guevara, wife of Secundo Guevara | 3.341 |
| Marcelo Saenz | 3.341 |
| Total Acreage in Share Eighty-three | 13.740 |

## SHARE EIGHTY-FOUR

| | |
|---|---|
| Unknown heirs of Onofre Gonzalez | 8.703 |

## SHARE EIGHTY-FIVE

| | |
|---|---|
| Unknown heirs of Desiderio Vela | 8.680 |

## SHARE EIGHTY-SIX

| | |
|---|---|
| Santiago Ramirez | .048 |
| Rosendo Ramirez | .048 |
| Jose Ramirez, a minor | .048 |
| Rodolfo Ramirez, a minor | .048 |
| Daniel Ramirez, a minor | .048 |
| Teofilo Ramirez, a minor | .048 |
| Alberto Ramirez, a minor | .048 |
| Santos Ramirez de Trevino, wife of Tomas Trevino | .048 |
| Amelia Ramirez, a minor | .048 |
| Josefa Ramirez, a minor | .048 |
| Felipe Vasquez | 1.660 |
| Magdalena Vasquez | 3.390 |
| Jose Vela | .135 |
| Total Acreage in Share Eighty-six | 5.595 |

.048 acres of the allotments herein made in Share No. 86, to Santiago Ramirez, Rosendo Ramirez, Jose Ramirez, Rodolfo Ramirez, Daniel Ramirez, Teofilo Ramirez, Alberto Ramirez, Santos Ramirez de Trevino, Amelia Ramirez and Josefa Ramirez is subject to a life estate in Maria Martinez de Ramirez.

## SHARE EIGHTY-SEVEN

| | |
|---|---|
| Block Realty Company, a corporation | 82.446 |

The acreage herein alloted in Share No. 87 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 87, pages 591-596 of the Deed Records of Starr County, Texas, which lease is owned and held by Penal Oil Company.

The acreage herein alloted in Share No. 87 is subject to a Deed of Trust Lien in favor of E. A. Luton, Trustee, for the benefit of Laredo National Bank of Laredo, Texas, which lien is recorded in Volume R at pages 399-404 of the Deed of Trust Records of Starr County, Texas.

35

### SHARE EIGHTY-EIGHT

Unknown heirs of Juan Vela — 8.686

### SHARE EIGHTY-NINE

Unknown heirs of Concepcion Vela — 18.619

### SHARE NINETY

| | |
|---|---|
| Nicolas Solis | 2.589 |
| Maria Rita Solis de Espinoza, wife of Francisco Espinoza | .788 |
| Leon Solis | .425 |
| Benito Solis | .425 |
| Mauro Solis | .424 |
| Pedro Solis | .424 |
| Maria Solis de Rodriguez, wife of Inocencio Rodriguez | .424 |
| Eliberta Solis de Rodriguez, wife of Jose Rodriguez | .424 |
| Santos Solis de Sosa, wife of Felix Sosa | .424 |
| Ernesto Solis | .162 |
| Sabas Diaz de Acevedo, wife of Doroteo Acevedo | .356 |
| Nestor Solis | .162 |

Total Acreage in Share Ninety — 6.528

.054 acres of the allotments herein made in Share No. 90 to Ernesto Solis and Nestor Solis is subject to a life estate in Elodia Cruz de Solis.

### SHARE NINETY-ONE

Benjamin Zamora — 12.778

### SHARE NINETY-TWO

Unknown heirs of Macedonio Vela — 18.621

### SHARE NINETY-THREE

Unknown heirs of Antonio Vela — 18.621

### SHARE NINETY-FOUR

Unknown heirs of Policarpo Vela — 18.620

### SHARE NINETY-FIVE

Unknown heirs of Jose Maria Vela — 18.620

### SHARE NINETY-SIX

Eliza H. Hinojosa, a widow — 13.698

The acreage herein alloted in Share No. 96 is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 95-99, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

36

### SHARE NINETY-SEVEN

| | |
|---|---:|
| Juan Hinojosa, Jr | 13.698 |
| Juan Hinojosa, Jr | 12.207 |
| **Total Acreage in Share Ninety-seven** | **25.905** |

4.069 acres of the allotment made herein in Share No. 97 is subject to a life estate in Eliza H. Hinojosa, a widow.

The acreage herein alloted in Share No. 97 is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 95-99, Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

### SHARE NINETY-EIGHT

| | |
|---|---:|
| Unknown heirs of Marcela Rodriguez de Garza, wife of Anselmo Garza | 7.028 |

### SHARE NINETY-NINE

| | |
|---|---:|
| Oliver C. Aldrich, assignee of Cruz Rodriguez de Perales, wife of Eulalio Perales | .879 |
| Felix R. McDonald, assignee of Cruz Rodriguez de Perales, wife of Eulalio Perales | .879 |
| **Total Acreage in Share Ninety-nine** | **1.758** |

The acreage herein alloted in Share No. 99 is subject to a mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 502-504, Deed Records of Starr County, Texas, and to the mineral deed to George H. Coates, recorded in Volume 97, pages 504-505, Deed Records of Starr County.

### SHARE ONE HUNDRED

| | |
|---|---:|
| Cruz Rodriguez de Perales, wife of Eulalio Perales | 5.271 |

The acreage herein alloted in Share No. 100 is subject to a mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 502-504, Dead Records of Starr County, Texas, and to the mineral deed to George H. Coates, recorded in Volume 97, pages 504-505, Deed Records of Starr County, Texas.

### SHARE ONE HUNDRED-ONE

| | |
|---|---:|
| Marcial Rodriguez | 1.982 |
| Juan Rodriguez | 1.982 |
| Virginia Rodriguez de Rodriguez, wife of Antonio Rodriguez | 1.982 |
| Rosalio Rodriguez | 1.982 |
| Narciso L. Ramirez | 1.982 |
| **Total Acreage in Share One Hundred-one** | **9.910** |

The acreage herein alloted in Share No. 101 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 94, pages 483-487 Deed Records of Starr County, Texas, which lease is now owned and held by Panel Oil Company.

### SHARE ONE HUNDRED-TWO

37

Esteban Perez .370

### SHARE ONE HUNDRED-THREE

Unknown heirs of Buena Ventura Vela de Perez, wife of Antonio Perez 18.620

### SHARE ONE HUNDRED-FOUR

Agustin V. Vela 5.111

### SHARE ONE HUNDRED-FIVE

Unknown heirs of Nestor Flores 6.572

### SHARE ONE HUNDRED-SIX

Unknown heirs of Cruz Ibarra de Garza 7.741

Lucia Ansaldua de Lopez, wife of Marcos Lopez 3.740

Eloisa Rodriguez, a minor .706

Total Acreage in Share One Hundred-Six 7.187

.235 acres of the allotment herein made to Eloisa Rodriguez is subject to a life estate in Mauro Rodriguez.

### SHARE ONE HUNDRED-SEVEN-A

Juan Ramirez, assignee of W. S. Parks 2.000

The acreage herein alloted in Share No. 107-A is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 107-A is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 107-A as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allotee herein, dated March 7, 1944.

### SHARE ONE HUNDRED-SEVEN-B

Pedro Ramirez .480

Federico Ramirez .480

Eusebia Ramirez de Garcia, wife of Refugio Garcia .480

Maria Ramirez de Lopez, wife of Asapito Lopez .480

Juan Ramirez Vela 7.264

Juan Ramirez Vela .480

Total Acreage in Share One Hundred-seven-B 11.664

The acreage herein alloted in Share No. 107-B to Juan Benavidez Vela is subject to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 498-500, Deed Records of Starr County, Texas, and to the mineral deed to Tom Vessels, Jr., recorded in Volume 97, pages 495-497, Deed Records of Starr County, Texas, and to the respective mineral deeds to George H. Coates, recorded in Volume 97, pages 500-502, Deed Records of Starr County, Texas, and Volume 97, pages 497-498, Deed Records of Starr County, Texas.

·38

SHARE ONE HUNDRED-EIGHT

Manuel Villarreal, assignee of W. S. Parks                                    1.000

       The acreage herein alloted in Share No. 108 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

       The acreage herein alloted in Share No. 108 is subject to the mineral reservation equal to Three-Fourths of the minerals in and under said Share No. 108 as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, dated March 7, 1944.

SHARE ONE HUNDRED-NINE

| | |
|---|---:|
| Josefina Gutierrez, a minor | 1.247 |
| Luis Gutierrez, a minor | 1.247 |
| Enrique Gutierrez, a minor | 1.247 |
| Otila Perez, a minor | 1.871 |
| Fidencio Perez, a minor | 1.870 |
| Unknown heirs of Marta Ansaldua de Trevino, wife of Dionicio Trevino | .302 |
| Total Acreage in Share One Hundred-nine | 7.784 |

       .415 acres of each of the allotments made herein in Share No. 109 to Josefina Gutierrez, Luis Gutierrez and Enrique Gutierrez is subject to a life estate in Ramon Gutierrez.

       .623 acres of each of the allotments made herein in Share No. 109 to Otila Perez and Fidencio Perez is subject to a life estate in Jose Perez.

       .100 acres of the allotment herein made to Unknown heirs of Marta Ansaldua de Trevino in Share 109, is subject to a life estate in Rosa Rodriguez de Ansaldua.

SHARE ONE HUNDRED-TEN

Unknown heirs of Andrew A. Baacke                                              40.533

SHARE ONE HUNDRED-ELEVEN

Unknown heirs of Tomasa Rodriguez de Coronado and husband, Gabriel Coronado    73.600

SHARE ONE HUNDRED-TWELVE

Maximo Pena                                                                    2.928

       The acreage herein alloted in Share No. 112 is subject to the oil, gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

       The acreage herein alloted in Share No. 112 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 88, pages 122-132, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

SHARE ONE HUNDRED-THIRTEEN

Eugenio Pena                                                                    8.928

SHARE ONE HUNDRED-FOURTEEN

Rosa Vela de Pena, wife of Jose Pena                                            .717

Jose Pena, assignee of Felicitas Ramirez de Pena                               5.620

Jose Pena and wife, Rosa Vela de Pena                                          5.448

Total Acreage in Share One Hundred-Fourteen       12.283

The acreage herein alloted in Share No. 114 is subject to the oil, gas and mineral lease to T, E. Vessels, recorded in Volume 83, pages 65-70, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 114 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 212-216 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company

The acreage herein alloted in Share No. 114 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 94, pages 483-487, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

SHARE ONE HUNDRED-FIFTEEN

Amado Villarreal, assignee of W. S. Parks                                       2,000

The acreage herein alloted in Share No. 115 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 115 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said share No. 115 as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, dated March 7, 1944.

SHARE ONE HUNDRED-SIXTEEN

Cecilio Vela, assignee of W. S. Parks                                           2.000

The acreage herein alloted in Share No. 116, is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 116 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 116 as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allotee herein, dated March 7, 1944.

SHARE ONE HUNDRED-SEVENTEEN-A

Higinio Vela                                                                    1.000

**Deed Record 133 Page 39**

40

SHARE ONE HUNDRED-SEVENTEEN-B

Higinio Vela                                                                                    9.767

SHARE ONE HUNDRED-SEVENTEEN-C

Higinio Vela, assignee of W. S. Parks                                                           5.000

      The acreage herein alloted in Share No. 117-C is subject to the
oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages
404-408, Deed Records of Starr County, which lease is now owned and held by
Panal Oil Company.

      The acreage herein alloted in Share No. 117-C is subject to a mineral
reservation equal to Three-fourths of the minerals in and under said Share No. 117-C
as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the
allottee herein, dated March 7, 1944.

SHARE ONE HUNDRED-EIGHTEEN-A

| | |
|---|---|
| Onesimo Castro | .982 |
| Margarita Castro, a minor | .246 |
| Luciano Castro, a minor | .246 |
| Rosenda Dionicia Castro, a minor | .245 |
| Delia Castro, a minor | .245 |
| Delfina Castro, a sigle woman | .982 |
| Sofia Castro, a signle woman | .982 |
| Felipa Castro, a single woman | .981 |

      Total Acreage in Share One Hundred-eighteen-A                              4.909

      .082 acres of each of the allotments herein made in Share No. 118-A
to Margarita Castro, Luciano Castro, Rosenda Dionicia Castro and Delia Castro
is subject to a life estate in Segunda Perez.

      The acreage herein alloted in Share No. 118-A is subject to the oil,
gas and mineral lease to T. E. Vessels, recorded in Volume 83, pages 65-76, Deed
Records of Starr County, Texas, which lease is now owned and held by Panal Oil
Company.

SHARE ONE HUNDRED-EIGHTEEN-B

Faustino Vela, assignee of W. S. Parks                                                          7.000

      The acreage herein alloted in Share No. 118-B is subject to the
oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages
404-408, Deed Records of Starr County, Texas, which lease is now owned and held by
Panal Oil Company.

      The acreage herein alloted in Share No. 118-B is subject to a mineral
reservation equal to Three-fourths to the minerals in and under said Share No.
118-B as retained and reserved in and by a certain Warranty Deed from W. S. Parks
to the allottee herein, dated March 7, 1944

SHARE ONE HUNDRED-NINETEEN

Otila Orta, wife of _____, Deceased                                                  9.513

SHARE ONE HUNDRED-TWENTY

| | |
|---|---|
| Maria Orta, wife of _____, deceased | 9.513 |

SHARE ONE HUNDRED-TWENTY-ONE

| | |
|---|---|
| Leonardo Morin, assignee of W. S. Parks | 2.129 |

The acreage herein alloted in Share No. 121 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 93, pages 404-408 Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company.

The acreage herein alloted in Share No. 121 is subject to a mineral reservation equal to Three-fourths of the minerals in and under said Share No. 121 as retained and reserved in and by a certain Warranty Deed from W. S. Parks to the allottee herein, which deed is dated March 7, 1944.

SHARE ONE HUNDRED-TWENTY-TWO

| | |
|---|---|
| Eliza Garza de Arredondo | 2.233 |
| Unkown heirs of Paula Rendon | 4.924 |
| Prajedis Diaz | 1.562 |
| Alicia Ramirez de Sanchez, wife of Lucio Sanchez | 1.981 |
| Teofilo Villareal, a minor | .160 |
| Prajedis Villareal, a minor | .160 |
| Aurora Villareal, a minor | .160 |
| Prajedis Villareal | .060 |
| Nicasio Villareal, a minor | .140 |
| Medardo Villareal, a minor | .140 |
| Ancelimo Villareal, a minor | .140 |
| Hermenejilda Morin, a minor | .160 |
| Naria Oralia Morin, a minor | .160 |
| Guadalupe Morin, a minor | .160 |
| Andres Vasquez | 1.660 |
| Carlos Pena | .830 |
| Hermenejilda Pena de Alardin | .830 |
| Maria Pena, a single woman, | .830 |
| Albino Pena | .208 |
| Felipa Pena de Gonzalez, wife of Manuel Gonzalez | .207 |
| Maria Pena de Bernal | ..207 |
| Pedro Pena | .207 |
| Rodolfo Perez, a minor | .047 |
| Santos Perez, a minor | .047 |
| Cruz Perez, a minor | .046 |
| Emilia Perez, a minor | .046 |
| Emma Perez, a minor | .046 |
| Dolores Perez, a minor | .046 |
| Pedro Perez, a minor | .046 |
| Pedro Perez, a minor | .046 |
| Aparicio Requenez | .093 |
| Guadalupe Rendon, a minor | .069 |

**Deed Record 133 Page 41**

42

| Total Acreage in Share One Hundred-twenty-two | 17.651 |
| --- | --- |

.365 acres of the allotment herein made in Share No. 122 to Eliza Marza de Arredondo is subject to a life estate in Escolastica Hurtado de Garza.

.053 acres of the allotment herein made in Share No. 122 to Teofilo Villareal, Frajedis Villareal, and Aurora Villareal, is subject to a life estate in Manuel Villareal.

.047 acres of the allotment herein made in Share No. 122 to Nicasio Villareal, Medardo Villareal, and Ancelmo Villareal, is subject to a life estate in Frajedis Villareal.

.053 acres of the allotment herein made in Share No. 122 to Hermenejilda Morin, Maria Emilia Morin and Guadalupe Morin is subject to a life estate in Leonardo Morin.

.015 acres of the allotment herein made in Share No. 22 to Rodolfo Perez, Santos Perez, Cruz Perez, Emilia Perez, Emma Perez, Dolores Perez, Pedro Perez and Pedro Perez, is subject to a life estate in Santos Elizondo de Perez.

### SHARE ONE HUNDRED-TWENTY-THREE

| | |
| --- | --- |
| Constancia Olivarez de Kalenodis, wife of Nick Kalenodis | .081 |
| Manuela Olivarez de Landon, wife of J. L. Landon | .080 |
| Jose Maria Olivarez | .080 |
| Juan Olivarez | .080 |
| Celia Olivarez de Ponce, a widow | .080 |
| Americo Olivarez, a minor | .080 |
| Guadalupe Olivarez, a minor | .080 |
| Paula Olivarez de Hernandez, wife of Elpidio Hernandez | .140 |
| Manuel Olivarez | .140 |
| Guadalupe Olivarez | .140 |
| Jose Olivarez | .140 |
| Manuel Barbosa | .057 |
| Wenceslaca Olivarez de Ramirez, wife of Jose D. Ramirez | 3.286 |
| Unknown heirs of Francisca Olivarez de Perez | 3.286 |
| Ramon Vela | 3.505 |

| Total Acreage in Share One Hundred-Twenty-three | 11.255 |
| --- | --- |

.027 acres of each of the allotments herein made in Share No. 123 to Constancia Olivarez de Kalenodis, Manuela Olivarez de Landon, Jose Maria Olivarez, Juan Olivarez, Celia Olivarez de Ponce, Americo Olivarez, and Guadalupe Olivarez is subject to a life estate in Paulina Lopez de Olivarez.

.047 acres of each of the allotments herein made in Share No. 123 to Paula Olivarez de Hernandez, Manuel Olivarez, Guadalupe Olivarez, Jose Olivarez is subject to a life estate in Salome Buentello de Olivarez.

## SHARE ONE HUNDRED-TWENTY-FOUR

| | |
|---|---:|
| Federico Ramirez, a minor | .249 |
| Ofelia Ramirez, a minor | .249 |
| Yolanda Ramirez, a minor | .249 |
| Victoria Ramirez, a single woman | .748 |
| Petra Ramirez Hernandez, a widow | .748 |
| Rosa Ramirez de Ostos, wife of Manuel Ostos | .748 |
| Vicente Pruneda | .024 |
| Maximo Requenez | .093 |
| Medardo Requenez | .092 |
| Maria Hernandez de Ortiz, wife of Alberto Ortiz | .369 |
| Dionicia Hernandez de Hernandez, a widow | .369 |
| Victoria Hernandez de Maldonado, wife of Manuel Maldonado | .369 |
| Hilario Hernandez | .369 |
| Teodoro Vasquez | 1.660 |
| Paula Vasquez de Guerra, wife of Feliciano Guerra | 1.660 |
| Julia Vela de Garcia, wife of Alfredo Garcia | .068 |
| Manuel Vela | .068 |
| Juan Pablo Vela | .135 |
| Teodoso Vela | .068 |
| Vivian Vela | .068 |
| Maria Olivarez de Flores, a widow | .453 |
| Paulina Lopez de Olivarez | .027 |
| Lucas Barbosa | .132 |
| Aurelio Barbosa | .132 |
| Maria Jesus Barbosa de Zamora, a widow | .132 |
| Roberto Garza | 1.095 |
| Victoria Garza de Casso, wife of Indalecio R. Casso | 1.095 |
| Rosa Rodriguez de Ansaldua, a widow | .145 |
| Brigido Ansaldua | .302 |
| Florentino Ansaldua | .302 |
| Severo Ansaldua | .302 |
| Roman Ansaldua | .302 |
| Miguel Ansaldua | .302 |
| Valdemar Ansaldua | .302 |
| Alberta Ansaldua | .302 |
| Elvira Ansaldua de Trevino, wife of Florencio Trevino | .302 |
| Maria Ansaldua, a single woman | .302 |
| Unknown heirs of Josefa Ansaldua de Trevino, wife of Rosendo Trevino | .302 |
| Unknown heirs of Gerardo Vela | 4.343 |
| Tomasa Pena de Garza, wife of Isaac Garza | .371 |
| Micaela Pena de Contreras, wife of Francisco Contreras | .370 |
| Guadalupe Garza | .370 |
| Petra Garza de Garza, wife of Leocadio Garza | .370 |
| Luciano Garza | .370 |
| Justo Corona | .370 |
| Martina Saenz, a minor | .370 |

44

| | |
|---|---|
| Doroteo Acevedo | .048 |
| Ignacio L. Acevedo | .114 |
| Miguel E. Acevedo | .114 |

Total Acreage in Share One Hundred-Twenty-four     21.848

.053 acres of each of the allotments herein made in Share No. 124, to Federico Ramirez, a minor, Ofelia Ramirez and Yolanda Ramirez, is subject to a life estate of Edelmira Barrera de Ramirez.

.151 acres of the allotment herein made in Share No. 124 to Maria Olivares de Flores, is subject to a life estate in Constancia Sanchez de Olivares.

.044 acres of each of the allotments herein made in Share No. 124 to Lucas Barbosa, Aurelio Barbosa and Maria Jesus Barbosa de Zamora, is subject to a life estate in Manuel Barosa.

.101 acres of each of the allotments herein made in Share No. 124 to Brigido Ansaldua, Florentino Ansaldua, Severo Ansaldua, Ramon Ansaldua, Miguel Ansaldua, Valdemar Ansaldua, Alberano Ansaldua, Elvira Ansaldua de Trevino and Maria Ansaldua is subject to a life estate in Rosa Rodriguez de Ansaldua.

.100 acres of the allotment herein made in Share No. 124 to Josefa Ansaldua de Trevino is subject to a life estate in Rosa Rodriguez de Ansaldua.

.113 acres of each of the allotments herein made in Share No. 124 to Guadalupe Garza, Petra Garza de Garza, Luciano Garza, Justo Corona and Martina Saenz is subject to a life estate in Amanito Saenz.

.058 acres of each of the allotments herein made in Share No. 124 to Ignacio L. Acevedo and Miguel E. Acevedo is subject to a life estate in Doroteo Acevedo.

## Share 125

| | |
|---|---|
| Hilaria Lopez de Acevedo, a widow | .307 |
| Juana Flores de Manriquezte, a widow | 1.000 |
| Pedro Longoria | .118 |
| Salomon Longoria, a minor | 3.745 |
| Gustavo Duverney | 1.435 |
| Albertina Duverney de Elizondo, a widow | .840 |
| Emilio Duverney | .840 |
| Alfredo Duverney | .839 |
| Micaela Duverney de Perez, wife of Cosme Perez | .839 |
| Marta Duverney de Perez, wife of Santos Perez | .839 |
| Oswaldo Duverney | .839 |
| Julieta Duverney | 1.435 |
| Angel Vela, a minor | 2.026 |
| Unknown heirs of Sixta Rodriguez de Olivares and husband Alejandro Olivarez | 4.305 |
| Severiano Rodriguez | .588 |
| Elias Rodriguez | .588 |
| Unknown heirs of Pedro Falcon | .751 |

| | |
|---|---|
| Eulogio Ortiz, a minor | .814 |
| Ramon Ortiz, a minor | .814 |
| Florencio Rodriguez | .528 |
| Leopoldo Muniz, Jr | .517 |
| Edelmira Muniz Hoggett, wife of Roy Hoggett | .517 |
| Facundo Vela | .129 |
| Quirino Vela | .129 |
| Santiago Vela | .129 |
| Lorenzo Vela | .129 |
| Marcela Vela de Fuentes, wife of Fernando Fuentes | .129 |
| Tomas Vela | .129 |
| Guadalupe Rodriguez | .382 |
| Francisca Rodriguez | .382 |
| Domingo Rodriguez | .381 |
| Gregorio Rodriguez | 1.146 |
| Clara Pena, a minor | .497 |
| Adela Pena, a minor | .497 |
| Angela Pena, a minor | .497 |
| Mariano Zamora, sometimes also known as Mariano Vasquez | .221 |
| Octavio Castaneda, a minor | .758 |
| Apolonia Salmon, a single woman | .084 |
| Rosalia Salmon de Castaneda, wife of Octavio Castaneda | .084 |
| Maria Salmon de Martinez, wife of Rogelio Martinez | .084 |
| Zenon Salmon Jr. | .757 |
| Manuela Villareal de la Garza, a widow | .457 |
| Trinidad Gonzales de Longoria, wife of Julian Longoria | .705 |
| Francisca Cruz de Moya, wife of Eustaquio Moya | .620 |
| Carlota Alvarado de Garcia, wife of Juan Garcia Lopez | .124 |
| Santos Alvarado de Vela, wife of Margarito Vela | .124 |
| Rogerio Alvarado | .124 |
| Cristina Alvarado, a single woman | .124 |
| Bernardo Alvarado, Jr., a minor | .123 |
| Maria Romana Garza | 1.441 |
| Hortensia Sanchez de Olivarez | .151 |
| Guadalupe Caballero de Longoria | .280 |
| Rita Muniz Mitchell, wife of R. A. Mitchell | .516 |
| Olympia Muniz Jones, a single woman | .516 |
| Unknown heirs of Enedina Lopez de Vela | 6.573 |
| Pedro Gonzales ✗ | 2.891 + |
| | |
| Total Acreage in Share One Hundred-Twenty-five | 42.140 |

.675 acres of the allotment herein made in Share No. 125 to Angel Vela is subject to a life estate in Maria Garcia de Vela.

.271 acres of the allotment herein made in Share No. 125 to Eulogio Ortiz is subject to a life estate in Refugio Ortiz.

.271 acres of the allotment herein made in Share No. 125 to Ramon Ortiz is subject to a life estate in Refugio Ortiz.

46

.172 acres of each of the allotments herein made in Share No. 125 to Leopoldo Muniz Jr., Edelmira Muniz Hoggett, Rita Muniz Mitchell and Olympia Muniz Jones is subject to a life estate in Leopoldo Muniz, Sr.,

.127 acres of each of the allotments herein made in Share No. 125 to Guadalupe Rodriguez, Francisca Rodriguez and Domingo Rodriguez is subject to a life estate in Gorronio Rodriguez.

.016 acres of each of the allotments herein made in Share No. 125 to Clara Pena, Adela Pena and Angela Pena is subject to a life estate in Juana Aguilar de Pena.

.052 acres of the allotment herein made in Share No. 125 to Octavio Castaneda is subject to a life estate in Octavio Castaneda.

.041 acres of each of the allotments herein made in Share No. 125 to Carlota Alvarado de Garcia, Santos Alvarado de Vela, Romerio Alvarado, Cristina Alvarado and Bernardo Alvarado, Jr., is subject to a life estate in Bernardo Alvarado.

### SHARE ONE HUNDRED-TWENTY-SIX

| | |
|---|---|
| Maria Pena de Zarata, wife of Doroteo Zarata | 4.010 |
| Domitila Pena de Gutierrez, wife of Bernardo Gutierrez | 4.010 |
| Total Acreage in Share One Hundred-Twenty-six | 8.020 |

1.336 acres of each of the allotments herein made in Share No. 126 to Maria Pena de Zarata and Domitila Pena de Gutierrez is subject to a life estate in Genoveva Rodriguez de Pena.

The acreage herein alloted in Share No. 126 is subject to the oil, gas and mineral lease to Sun Oil Company, recorded in Volume 97, pages 398-402, Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company

### SHARE ONE HUNDRED-TWENTY-SEVEN

| | |
|---|---|
| Luciano Vela | 10.953 |

### SHARE ONE HUNDRED-TWENTY-EIGHT

| | |
|---|---|
| Antonio Valadez | 13.019 |

FOURTH: The description by metes and bounds of each of the above shares as prepared by J. H. May by actual survey upon the grounds is as follows:

SHARE NO.1, containing 1850.238 acres.

BEGINNING at an iron pipe, the N.E. corner of Porcion 82, for the N.E. corner of this share; THENCE S. 8-59'W, with the East line of Porcion 82, 30893.9 feet to an iron pipe, the N.E. corner of Share 3, for the S. E. corner of this Share; THENCE N. 8-45' W.2723.0 feet to an iron pipe, for an inner corner of this share; THENCE S. 9-15'W.1820 feet to an iron pipe, for a corner of this share; THENCE S. 9-15' W. 1820.0 feet to an iron pipe, for a corner fo this share;

THENCE S. 44-49' W. 396.0 feet to a point;

THENCE 45-26' W. 1013-4 feet to a point, for a corner of this share;

THENCE N. 45-10' E. 1421.7 feet to an iron pipe, for a corner of this share;

THENCE N. 80-45' W. 1499.2 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. with the West line of Porcion 82, 9421.0 feet to the S.W. corner of share 2-3, for a corner of this share;

THENCE S. 80-45' E. 7119.9 feet to an iron pipe, the S. E. corner of Share 2-3, for an inner corner of this share;

THENCE N. 9-15' E. 565.0 feet to an iron pipe, for an inner corner of this share;

THENCE S. 80-45' E. 1196.5 feet to an iron pipe, for a corner of this Share;

THENCE N. 3-59' W. 1950.8 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 9678.2 feet to an iron pipe, for the N. E. corner of Share 2-A, for a corner of this share;

THENCE N. 80-45' W. 2870.0 feet to an iron pipe on the West line of Porcion 82, the

N. W. corner of Share 2-A, for a corner of this share;

THENCE N. 9-15' E. with porcion line 12238.6 feet to an iron pipe, the S. W. corner of Share 126, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 1949.5 feet to an iron pipe, the S. E. corner of Share 128, for an inner corner of this share;

THENCE N. 9-15' E. 700.0 feet to an iron pipe on the North line of Porcion 82, the N. E. corner of Share 128, for the upper N. W. corner of this Share;

THENCE S. 80-45' E. with Porcion line, 1621.6 feet to the place of BEGINNING.

SHARE NO. 2-A, containing 779.000 acres.

BEGINNING at an iron pipe, on the West line of Porcion 82, a corner of Share 1, for the N. W. corner of this share;

THENCE S. 80-45' E. 2870.0 feet to an iron pipe, an inner corner of Share 1, for the N. E. corner of this share;

THENCE S. 9-15' W. 9678.2 feet to an iron pipe for a corner of this share;

THENCE S. 3-59' E. 1950.8 feet to an iron pipe for a corner of this share;

THENCE N. 80-45' W. 1196.5 feet to an iron pipe for a corner of this share;

THENCE S. 9-15' W. 133.5 feet to the N. E. corner of Share 2-B, for a corner of this share;

THENCE N. 80-45' W. 2119.9 feet to an iron pipe to a point on the West line of Porcion 82, the N. W. corner of Share 2-B, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 11710.7 feet to the place of BEGINNING.

SHARE No. 2-B, containing 21.000 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, a corner of Share 1, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 431.5 feet to a point for the S. W. corner of Share 2-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 2119.9 feet to a point a S.E. corner of Share 2-A for the N. E. corner of this share;

THENCE S. 9-15' W. 431.5 feet to an iron pipe, an inner corner of Share 1, for the S. E. corner of this share;

THENCE S. 80-45' W. 2119.9 feet to the place of BEGINNING.

SHARE No. 3, containing 121.016 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. E. corner of Share 1, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 1952.9 feet to an iron pipe, for a corner of this share;

THENCE S. 39-40' W. 335.0 feet to an iron pipe for a corner of this share;

THENCE N. 39-12' W. 329.0 feet to an iron pipe for a corner of this share;

THENCE N. 76-13' W. 1225.0 feet to a point;

THENCE N. 77-04' W. 800.0 feet; N. 75-43' W. 83.5 feet; N. 82-27' W. 80.0 feet; N. 71-04' W. 136.5 feet to an iron pipe, for the S.W. corner of this share;

THENCE N. 9-15' E. 1820.0 feet to an iron pipe, an inner corner of Share 1, for the N. W. corner of this share;

THENCE S. 80-45' E. 2723.0 feet to the place of BEGINNING.

48

SHARE No. 4-A, containing 50,000 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 1, for the N. W. corner of this share;

THENCE S. 8 -45' E. 838.4 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 2595.7 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 593.9 feet to a point, a corner of Share 5-B for a corner of this share;

THENCE N. 84-25' W. 145.0 feet to an iron pipe on the West line of Porcion for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 2611.4 feet to the place of BEGINNING.

SHARE No. 4-B containing 72.469 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 4-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 2970.0 feet to an iron pipe, the S. E. corner of Share 33, for the N. E. corner of this share;

THENCE S. 9-15' W. 1136.2 feet to an iron pipe, the N. E. corner of Share 43, for the S. E. corner of this share;

THENCE N. 80-45' W. 2970.0 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 1136.2 feet to the place of BEGINNING.

SHARE No. 5-A, containing 16.850 acres

BEGINNING at an iron pipe on the East line of Porcion 82, a corner of Share 3, for the North corner of this share;

THENCE S. 8-59' W. with Porcion line 1557.4 feet to an iron pipe, for a corner of this share;

THENCE N. 8 -43' W. 931.7 feet to an iron pipe, a corner of Tract No. 1, for a corner of this share;

THENCE N. 39-40' E. 1806.0 feet to the place of BEGINNING.

SHARE No. 5-B, containing 107.713 acres

BEGINNING at an iron pipe on the East line of Porcion 82, the N. E. corner of Share 7, for the S. E. corner of this share;

THENCE N. 80-45' W. 3794.8 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 2260.9 feet to an iron pipe the S. W. corner of Share 4-A, for the N. W. corner of this share;

THENCE N. 84-25' E. 145.0 feet to a point for a corner of this share;

THENCE N. 7-48' W. 1100.0 feet to a point for a corner of this share;

THENCE S. 62-08' E. 1308.0 feet to a point for a corner of this share;

THENCE S. 80-47' E. 405.0 feet to a point for a corner of this share;

THENCE N. 71-25' W. 198.0 feet to a point for a corner of this share;

THENCE N. 74-25' E. 1837.0 feet to a point for a corner of this share;

THENCE S. 75-10' E. 305.5 feet to an iron pipe on the East line of Porcion 82, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 1562.7 feet to the place of BEGINNING.

SHARE No. 5-C, containing 14.056 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the N. E. corner of Share 29, for the S. E. corner of this share;

THENCE N. 80-45' W. 682.5 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 899.9 feet to a point for the N. W. corner of this share;

THENCE S. 80-45' E. 678.4 feet to an iron pipe, the S. E. corner of Share 28, for the N. E. corner of this share;

THENCE S. 8-59' W. 899.9 feet to the place of BEGINNING.

SHARE NO. 5-D, containing 10.944 acres

BEGINNING at a point on the North line of Share 29, the S. W. corner of Share 5-C, for the S. E. corner of this share;

THENCE N. 80-45' W. 615.9 feet to an iron pipe, an inner corner of Share 24, for the S. W. corner of this share;

THENCE N. 9-15' E. 724.0 feet to an iron pipe, an inner corner of Share 24, for the West N. W. corner of this share;

THENCE S. 80-45' E. 440.6 feet to an iron pipe for a corner of this share;

THENCE N. 9-15' E. 175.9 feet to an iron pipe, the S. W. corner of Share 28, for the upper N. W. corner of this share;

THENCE S. 80-45' E. 175.3 feet to the N. W. corner of Share 5-C for the N. E. corner of this share;

THENCE S. 9-15' W. 899.9 feet to the place of BEGINNING.

SHARE No. 5-E, containing 3.614 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 39, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 179.2 feet to a point, the N. E. corner of Share 5-F, for the S. E. corner of this share;

THENCE N. 80-45' W. 879.1 feet to a point, the N. W. corner of Share 5-F, for the S. W. corner of this share;

THENCE N. 9-15' E. 179.2 feet to an iron pipe, the S. W. corner of Share 39, for the N. W. corner of this share;

THENCE S. 80-45' E. 878.3 feet to the place of BEGINNING.

SHARE No. 5-F, containing 49.193 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the N. E. corner of Share 45-A, for the S. E. corner of this share;

THENCE N. 80-45' W. 890.3 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 2422.2 feet to the S. W. corner of Share 5-E, for the N. W. corner of this share;

THENCE S. 80-45' E. 979.1 feet to a point on the East line of Porcion 82, the S. E. corner of Share 5-E, for the N. E. corner of this share;

THENCE S. 8-59' W. 2422.2 feet to the place of BEGINNING.

SHARE No. 6-A, containing 14.169 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 9, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 1327.5 feet to an iron pipe, the S. W. corner

50

of Share 5-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 502.8 feet to a point for the N. E. corner of this share;

THENCE S. 9-15' W. 1227.5 feet to a point for the S. E. corner of this share;

THENCE N. 80-45' W. 502.8 feet to the place of BEGINNING.

SHARE No. 6-B, containing 40.831 acres.

BEGINNING at an iron pipe on the South line of Share 5-B, the N. W. corner of Share 9, for the N. E. corner of this share;

THENCE S. 9-15' W. 1927.5 feet to an iron pipe, the N. E. corner of Share 9, for the S. E. corner of this share;

THENCE N. 9-45' W. 1442.9 feet to the S. E. corner of share 6-A, for the S. W. corner of this share;

THENCE N. 9-15' E. 1927.5 feet to the N. E. corner of Share 6-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 1442.9 feet to the place of BEGINNING.

Share No. 7, containing 63.759 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. E. corner of Share 5-B, for the N. W. corner of this share;

THENCE S. 9-50' W. with Porcion line 1490.0 feet to an iron pipe, the N. E. corner of share 11 for the S. E. corner of this share;

THENCE N. 80-45' W. 1850.0 feet to an iron pipe, the N. W. corner of Share 11, for the S. W. corner of this share;

THENCE N. 9-15' E. 850.0 feet to the S. W. corner of Share 8, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 639.4 feet to a point, the S. E. corner of Share 8, for an inner corner of this share;

THENCE N. 9-15' E. 640.0 feet to a point, the N. E. corner of Share 8, for the upper N. W. corner of this share;

THENCE S. 80-45' E. 1703.7 feet to the place of BEGINNING.

SHARE No. 8, containing 9.379 acres.

BEGINNING at an iron pipe on the South line of Share 5-B, the N. E. corner of Share 6-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 639.4 feet to a point, the upper N. W. corner of Share 7, for the N. E. corner of this share;

THENCE S. 9-15' W. 640.0 feet to a point, an inner corner of Share 7 for the S. E. corner of this share;

THENCE N. 80-45' W. 639.4 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' 640.0 feet to the place of BEGINNING.

SHARE No. 9, containing 44.000 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 6-A for the N. W. corner of this share;

THENCE S. 80-45' E. 1951.7 feet, to an iron pipe, the S. E. corner of Share 6-B, for the N. E. corner of this share;

THENCE S. 9-15' W.1004.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1951.7 feet to an iron pipe on the West line of Porcion, for the

S. W. corner of this share;

THENCE N. 9-15' with Porcion line 1004.4 feet to the place of BEGINNING.

SHARE No. 10, containing 12.411 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 9, for the N. W. corner of this share;

THENCE S. 80-45' E. 1951.7 feet to an iron pipe, the S. E. corner of Share 9, for the N. E. corner of this share;

THENCE S. 9-15' W. 277.0 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' E. 1951.7 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 277.0 feet to the place of BEGINNING.

SHARE No. 11, containing 9.950 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 7, for the N. W. corner of this share;

THENCE S. 80-45' E. 530.4 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 808.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 530.4 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 808.9 feet to the place of BEGINNING.

SHARE No. 12, containing 24.621 acres.

BEGINNING at an iron pipe on the South line of Share 7, the N. E. corner of Share 11, for the N. W. corner of this share;

THENCE S. 80-45' E. 1319.6 feet to an iron pipe on the East line of Porcion 82, the S. E. corner of Share 7, for the N. E. corner of this share;

THENCE S. 8-59' W. 808.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1323.4 feet to the S. E. corner of Share 11, for the S. W. corner of this share;

THENCE N. 9-15' E. 808.9 feet to the place of BEGINNING.

SHARE No. 13, containing 8.137 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 11, for the N. W. corner of this share;

THENCE S. 80-45' E. 673.6 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 526.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 673.6 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 526.5 feet to the place of BEGINNING.

SHARE No. 14, containing 7.298 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 13, for the N. W. corner of this share;

THENCE S. 80-45' E. 673.6 feet to an iron pipe, the S. E. corner of Share 13, for the N. E. corner of this share;

THENCE S. 9-15' W. 467.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 673.6 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 467.4 feet to the place of BEGINNING.

SHARE No. 15, containing 11.717 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 13, for the N. W. corner of this

52

share;

THENCE S. 80-45' E. 429.5 feet to an iron pice, for the N. E. corner of this share;

THENCE S. 9-15' W. 992.7 feet to a point in center of County Road, for the S. E. corner of this share;

THENCE S. 57-19' W. 576.0 feet to a point in center of County Road, for the S. W. corner of this share;

THENCE N. 9-15' E. 1383.6 feet to the place of BEGINNING.

SHARE No. 16, containing 11.415 acres.

BEGINNING at an iron pipe on the South line of Share 12, the N. E. corner of Share 15, for the N. W. corner of this share;

THENCE S. 8-45' E. 752.7 feet to an iron pipe on the East line of Porcion 82, the S. E. corner of Share 15, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 860.1 feet to a point in center of County Road, for the S. E. corner of this share;

THENCE S. 57-19' W. 1015.5 feet to a point in center of County Road for the S. E. corner of this share;

THENCE N. 9-15' E. 969.7 feet to the place of BEGINNING.

SHARE No. 17, containing 10.130 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 14, for the N. W. corner of this share;

THENCE S. 8-45' E. 673.0 feet to the S. E. corner of Share 14, for the N. E. corner of this share;

THENCE S. 9-15' W. 389.7 feet to a point in center of County Road for the S. E. corner of this share;

THENCE S. 57-19' W. 586.9 feet to a point in center of County Road for a corner of this share;

THENCE N. 80-45' W. 237.5 feet to an iron pipe, the S. E. corner of Share 20, for the S. W. corner of this share;

THENCE N. 9-15' W. 791.6 feet to the place of BEGINNING.

SHARE No. 18, containing 9.892 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 21, for the N. W. corner of this share;

THENCE S. 80-45' E. 651.0 feet to an iron pipe, the S. E. corner of Share 10, for the N. E. corner of this share;

THENCE S. 9-15' W. 627.6 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 651.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 627.6 feet to the place of BEGINNING.

SHARE No. 19, containing 7.009 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 18, for the N. W. corner of this share;

THENCE S. 80-45' E. 651.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 469.0 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 651.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 469.0 feet to the place of BEGINNING.

53

SHARE No. 20, containing 7.008 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 19, for the N. W. corner of this share;

THENCE S. 80-45' E. 651.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 468.9 feet to the S. W. corner of Share 17, for the S. E. corner of this share;

THENCE N. 80-45' W. 651.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 468.9 feet to the place of BEGINNING.

SHARE No. 21, containing 46.956 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 10, for the N. W. corner of this share;

THENCE S. 80-45' E. 1300.7 feet to the N. W. corner of Share 18, for the N. E. corner of this share;

THENCE S. 9-15' W. 1565.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1300.7 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 1565.5 feet to the place of BEGINNING.

SHARE No. 22, containing 32.004 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 21, for the N. W. corner of this share;

THENCE S. 80-45' E. 889.7 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 1167.3 feet to a point in center of County Road for the S. E. corner of this share;

THENCE S. 57-19' W. 1196.0 feet to a point in center of County Road and on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 1966.6 feet to the place of BEGINNING.

SHARE No. 23, containing 17.414 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 22, for a corner of this share;

THENCE S. 80-45' E. 1299.5 feet to a point in center of County Road, a corner of Share 17, for a corner of this share;

THENCE S. 57-19' W. 1746.8 feet to a point in center of County Road, the S. E. corner of Share 22, for a corner of this share;

THENCE N. 9-15' E. 1167.3 feet to the place of BEGINNING.

SHARE No. 24, containing 220.802 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 32-A, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 2011.9 feet to a point in center of County Road, the S. W. corner of Share 22, for the N. W. corner of this share;

THENCE N. 57-19' E. 3992.4 feet to a point in center of County Road, the N. W. corner of Share 25-A, for the N. E. corner of this share;

THENCE S. 9-15' W. 3011.1 feet to an iron pipe, an inner corner of Share 5-D, for a corner of this share;

THENCE N. 80-45' W. 440.6 feet to an iron pipe for an inner corner of this share;

THENCE S. 9-15' W. 724.0 feet to the S. W. corner of Share 5-D, for an inner corner of this share;

54

THENCE S. 80-45' E. 440.6 feet to an iron pipe, the N. W. corner of Share 29, for a corner of this share;

THENCE S. 9-15' W. 944.9 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 2970.0 feet to the place of BEGINNING.

SHARE No. 25-A, containing 27.081 acres.

BEGINNING at a point in the center of County highway and on the East line of porcion 82, the S. E. corner of Share 16, for the N. E. corner of this share;

THENCE S. 8-59' with Porcion line 1776.0 feet to a point the N. E. corner of Share 25-B, for the S. E. corner of this share;

THENCE N. 80-45' W. 845.2 feet to a point, the N. W. corner of Share 25-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 1824.1 feet to a point in center of County Road, the N. E. corner of Share 24, for the N. W. Corner of this share;

THENCE N. 87-19' E. 1125.1 feet to the place of BEGINNING.

SHARE No. 25-B, containing 9.832 acres.

BEGINNING at an iron pipe on an East line of Share 24, the N. W. corner of Share 27, for the S. W. corner of this share;

THENCE N. 9-15' E. 506.0 feet to the S. W. corner of Share 25-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 845.2 feet to the S. E. corner of Share 25-A, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 506.0 feet to an iron pipe for S. E. corner of this share;

THENCE N. 80-45' W. 847.6 feet to the place of BEGINNING.

SHARE No. 26, containing 18.616 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 25-B, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 631.8 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 850.5 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 631.8 feet to an iron pipe, the N. W. corner of Share 25-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 847.6 feet to the place of BEGINNING.

SHARE No. 27, containing 7.387 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 26, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 377.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 852.3 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 377.9 feet to an iron pipe, the S. W. corner of Share 26, for the N. W. corner of this share;

THENCE S. 80-45' E. 850.5 feet to the place of BEGINNING.

SHARE No. 28, containing 5.784 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 27, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 295.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 853.7 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 295.4 feet to an iron pipe, the S. W. corner of Share 27, for the N. W. corner of this share;

THENCE S. 89-45' E. 852.3 feet to the place of BEGINNING.

SHARE No. 29, containing 15.772 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 5-C, for the N. E. corner of this share;

THENCE S. 8-49' W. with Porcion line 799.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 861.6 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 799.1 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 857.8 feet to the place of BEGINNING.

SHARE No. 30-A, containing 2.185 acres.

BEGINNING at an iron pipe the S. W. corner of Share 29, for the N. W. corner of this share;

THENCE S. 89-45' E. 161.1 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 563.6 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 161.1 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 563.6 feet to the place of BEGINNING.

SHARE No. 30-B, containing 9.079 acres.

BEGINNING at an iron pipe on East line of Porcion 82, the S. E. corner of Share 29, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 563.6 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 703.1 feet to an iron pipe, the S. E. corner of Share 30-A, for the S. W. corner of this share;

THENCE N. 9-15' E. 563.6 feet to the N. E. corner of Share 30-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 700.5 feet to the place of BEGINNING.

SHARE No. 31, containing 11.619 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 30-B, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 584.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 867.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 584.9 feet to an iron pipe, the S. W. corner of Share 30-A, for the N. W. corner of this share;

THENCE S. 89-45' E. 864.2 feet to the place of BEGINNING.

SHARE No. 31-A, containing 21.790 acres

56

BEGINNING at an iron pine on the West line of Porcion 82, the N. W. corner of Share 4-B, for the S. W. corner of this share;

THENCE N. 0-15' E. with Porcion line, 928.9 feet to an iron pipe the S. W. corner of Share 24, for the N. W. corner of this share;

THENCE S. 80-45' E. 1021.9 feet to a point, the N. W. corner of Share 32-B, for the N. E. corner of this share;

THENCE S. 0-15' W. 928.9 feet to a point, the S. W. corner of Share 32-B for the S. W. corner of this share;

THENCE N. 80-45' W. 1021.9 feet to the place of BEGINNING.

SHARE No. 32-B, containing 10.000 acres.

BEGINNING at an iron pine on the South line of Share 24, the N. W. corner of Share 33 for the N. E. corner of this share;

THENCE S. 9-15' W. 928.9 feet to an iron pine for the S. E. corner of this share;

THENCE No. 80-45' W. 405.9 feet to the S. E. corner of Share 32-A, for the S. W. corner of this share;

THENCE N. 9-15' E. 928.9 feet to the N. E. corner of Share 32-A for the N. W. corner of this share;

THENCE S. 80-45' E. 468.9 feet to the place of BEGINNING.

SHARE No. 33, containing 41.543 acres.

BEGINNING at an iron pine on the North line of Share 4-B, the S. E. corner of Share 32-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 928.9 feet to an iron pine, the N. E. corner of Share 32-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 1470.0 feet to an iron pine, the S. E. corner of Share 24, for the N. W. corner of this share;

THENCE S. 9-15' W. 928.9 feet to an iron pine, the N. E. corner of Share 4-B, for the S. W. corner of this share;

THENCE N. 80-45' W. 1470.0 feet to the place of BEGINNING.

SHARE No. 34, containing 3.388 acres.

BEGINNING at an iron pine the S. W. corner of Share 31, for the N. W. corner of this share;

THENCE S. 80-45' E. 485.1 feet to an iron pine for the N. E. corner of this share;

THENCE S. 9-15' W. 304.2 feet to an iron pine for the S.E. corner of this share;

THENCE N. 80-45' W. 485.1 feet to an iron pine for the S. W. corner of this share;

THENCE S. 9-15' E 304.2 feet to the place of BEGINNING.

SHARE No. 35, containing 5.683 acres.

BEGINNING at an iron pine on the East line of Porcion 82, the S. E. corner of Share 31, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 304.2 feet to an iron pine for the S. E. corner of this share;

THENCE N. 80-45' W. 333.3 feet to an iron pine, the S. E. corner of Share 34, for the S. W. corner of this share;

THENCE N. 9-15' E. 304.2 feet to an iron pine for the N. W. corner of this share;

THENCE S. 80-45' E. 331.9 feet to the place of BEGINNING.

SHARE No. 36, containing 13.019 acres.

BEGINNING at an iron pipe, on the E. line of Porcion 82, the S. E. corner of Share 35, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 651.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 871.4 feet to an iron pipe for the S. W. corner of this share; THENCE N. 9-15' E. 651.9 feet to an iron pipe for the N. W. corner of this share; THENCE S. 80-45' E. 868.4 feet to the place of BEGINNING.

SHARE No. 37, containing 9.814 acres.

BEGINNING at an iron pipe on the E. Line of Porcion 82, the S. E. corner of Share 36, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 490.0 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 8-45' W. 873.7 feet to an iron pipe for the S. W. corner of this share; THENCE N. 9-15' E. 490.0 feet to an iron pipe for the N. W. corner of this share; THENCE S. 80-45' E. 871.4 feet to the place of BEGINNING.

SHARE No. 38, containing 13.417 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 37, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 667.7 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 876.8 feet to an iron pipe for the S. W. corner of this share; THENCE N. 9-15' E. 667.7 feet to an iron pipe for the N. W. corner of this share; THENCE S. 80-45' E. 873.7 feet to the place of BEGINNING.

SHARE No. 39, containing 6.389 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 38, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line 317.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 878.3 feet to an iron pipe for the S. W. corner of this share; THENCE N. 9-15' E. 317.1 feet to an iron pipe for the N. W. corner of this share; THENCE S. 80-45' E. 876.8 feet to the place of BEGINNING.

SHARE No. 40-A, containing 14.814 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 4-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 697.3 feet to an iron pipe, for the N. E. corner of this share; THENCE S. 9-15' W. 925.6 feet to a point for the S. E. corner of this share; THENCE N. 80-45' W. 697.3 feet to a point on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 925.6 feet to the place of BEGINNING.

SHARE No. 40-B, containing 3.124 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 42-A, for the S. W. corner of this share;

58

for the ... THENCE N. 9-15t E. with Porcion line 195.1 feet to the S. W. corner of Share 40-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 697.3 feet to the S. E. corner of Share 40-A, for the N. E. corner of this share;

THENCE S. 9-15 W. 195.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 86-45' W. 697.3 feet to the place of BEGINNING.

SHARE No. 40-A, containing 14.815 acres.

BEGINNING at an iron pipe on the South line of Share 4-B, the N. E. corner of Share 40-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 697.3 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 925.6 feet to the N. E. corner of Share 41-B, for a corner of this share;

THENCE N. 80-45' W. 697.3 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 925.6 feet to the place of BEGINNING.

SHARE No. 41-B, containing 3.124 acres.

BEGINNING at an iron pipe on the North line of Share 42-A, the S. E. corner of Share 40-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 195.1 feet to the S. W. corner of Share 41-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 697.3 feet to a point for the N. E. corner of this share;

THENCE S. 9-15' W. 195.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 697.3 feet to the place of BEGINNING.

SHARE No. 42-A, containing 40.786 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 40-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 1394.6 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 1336.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1394.6 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 1336.4 feet to the place of BEGINNING.

SHARE No. 42-B, containing 30.000 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 54, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 1306.8 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 1000.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 1306.8 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1000.C feet to the place of BEGINNING.

SHARE No. 43, containing 220.802 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 47, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 2236.7 feet to an iron pipe, the S. W. corner of Share 42-A, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 1394.6 feet to an iron pipe, the S. E. corner of Share 42-A, for an inner corner of this share;

THENCE N. 9-15' E. 2457.1 feet to an iron pipe, the N. E. corner of Share 41-A, for the upper, N. W. corner of this share;

THENCE S. 80-45' E. 1575.4 feet to an iron pipe, the S. E. corner of Share 4-B, for the N. E. corner of this share;

THENCE S. 9-15' W. 3681.8 feet to an iron pipe, the N. E. corner of Share 46, for a corner of this share;

THENCE N. 80-45' W. 1109.0 feet to an iron pipe, the N. W. corner of Share 44, for an inner corner of this share;

THENCE S. 9-15' W. 603.6 feet to an iron pipe, the S. W. corner of Share 44, for an inner corner of this share;

THENCE S. 80-45' E. 554.5 feet to an iron pipe, for a corner of this share;

THENCE S. 9-15' W. 408.4 feet to an iron pipe for the lower S. E. corner of this share;

THENCE N. 8--45' W. 2415.5 feet to the place of BEGINNING.

SHARE No. 44, containing 7.684 acres.

BEGINNING at an iron pipe, the N. W. corner of Share 46, for the N. E. corner of this share;

THENCE S. 9-15' W. 603.6 feet to an iron pipe, a corner of Share 43, for the S.E. corner of this share;

THENCE N. 80-45' W. 554.5 feet to an iron pipe, an inner corner of Share 43, for the S. W. corner of this share;

THENCE N. 9-15' E. 603.6 feet to an iron pipe, an inner corner of Share 43, for the N. W. corner of this share;

THENCE S. 80-45' E. 554.5 feet to the place of BEGINNING.

SHARE No. 45-A, containing 25.000 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 5-F, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 1208.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 919.3 feet to a point, an inner corner of Share 45-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 441.7 feet to a point, for a corner of this share;

THENCE S. 80-45' E. 23.2 feet to an iron pipe, the S. E. corner of Share 46, for a corner of this share;

THENCE N. 9-15' E. 766.4 feet to an iron pipe, the S. W. corner of Share 5-F, for the N. W. corner of this share;

THENCE S. 80-45' E. 890.3 feet to the place of BEGINNING.

SHARE No. 45-B, containing 13.465 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 46, for the N. W. corner of this share;

THENCE S. 80-45' E. 531.3 feet to a point, a corner of Share 45-A, for the upper N. E. corner of this share;

THENCE S. 9-15' W. 441.7 feet to the S. W. corner of Share 45-B, for an inner corner

60

of this share;

THENCE S. 89-45' E. 219.3 feet to an iron pipe, a corner of Share 47, for the lower N. E. corner of this share;

THENCE S. 9-15' W. 468.8 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 750.6 feet to an iron pipe, an inner corner of Share 47, for the S. W. corner of this share;

THENCE N. 9-15' E. 910.5 feet to the place of BEGINNING.

SHARE No. 46, containing 13.419 acres.

BEGINNING at an iron pipe, the N. W. corner of Share 45-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 1054.6 feet to an iron pipe, the N. E. corner of Share 44, for the N. W. corner of this share;

THENCE S. 80-45' E. 554.5 f et to an iron pipe, a corner of Share 43, for the N. E. corner of this share;

THENCE S. 9-15' W. 1054.6 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 554.5 feet to the place of BEGINNING.

SHARE No. 47, containing 220.802 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N . W. corner of Share 42-B, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 2668.5 feet to an iron pipe, the S. W. corner of Share 43, for the N. W. corner of this share;

THENCE S. 80-45' E. 2815.5 feet to an iron pipe, the lower S. E. corner of Share 43, for a corner of this share;

THENCE S. 9-15' W. 953.1 feet to an iron pipe, the S. W. corner of Share 45-B, for an inner corner of this share;

THENCE S. 80-45' E. 750.6 feet to an iron pipe, the S. E. corner of Share 45-B, for an inner corner of this share;

THENCE N. 9-15' E. 468.8 feet to an iron pipe, a corner of Share 45-B, for a corner of this share;

THENCE S. 80-45' E. 700.0 feet to an iron pipe on the East line of Porcion 82, the S. E. corner of Share 45-A, for an N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 2304.2 feet to an iron pipe, the N. E. corner of Share 52, for the S. E. corner of this share;

THENCE N. 80-45' W. 2876.2 feet to an iron pipe, the N. W. corner of Share 48, for a corner of this share;

THENCE N. 9-15' E. 120.0 feet to an iron pipe, the N. E. corner of Share 42-B, for an inner corner of this share;

THENCE N. 80-45' W. 1000.0 feet to the place of BEGINNING.

SHARE No. 48, containing 11.116 acres.

BEGINNING at an iron pipe, on the South line of Share 47, a N. W. corner of Share 52, for the N. E. corner of this share;

THENCE S. 9-15' W. 5.8.9 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 951.5 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 508.9 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 951.5 feet to the place of BEGINNING.

61

SHARE No. 49-A, containing 5.386 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 48, for the N. W. corner of this share;

THENCE S. 80-45' E. 750.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 312.8 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 750.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 312.8 feet to the place of BEGINNING.

SHARE No. 49-B, containing 4.614 acres

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 55-B, for the N. W. corner of this share;

THENCE S. 48-37' E. 483.5 feet to an iron pipe, the N. W. corner of Share 50-B, for the N. E. corner of this share;

THENCE S. 23-08' W. 489.0 feet to a point in center of High-way for the S. E. corner of this share;

THENCE N. 58-16' W. 316.0 feet to a point on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 611.0 feet to the place of BEGINNING.

SHARE No. 50-A, containing 11.000 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 49-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 750.0 feet to an iron pipe, the S. E. corner of Share 49-A, for the N. E. corner of this share;

THENCE S. 9-15' W. 638.9 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 750.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 638.9 feet to the place of BEGINNING.

SHARE No. 50-B, containing 1.051 acres.

BEGINNING at a point, the N. E. corner of Share 49-B for the N. W. corner of this share;

THENCE S. 49-51' E. 207.5 feet to a point for the N. E. corner of this share;

THENCE S. 25-27' W. 209.0 feet to a point, the N. E. corner of Share 64-A, for the S. E. corner of this share;

THENCE N. 65-12' W. 190.1 feet to the N. W. corner of Share 64-A, for the S. W. corner of this share;

THENCE N. 23-08' E. 264.0 feet to the place of BEGINNING.

SHARE No. 50-C, containing 17.976 acres.

BEGINNING at an iron pipe on the North line of Share 93, the S. E. corner of Share 91, for the S. W. corner of this share;

THENCE N. 9-15' E. 783.0 feet to an iron pipe, the S. W. corner of Share 57-B, for the N. W. corner of this share;

THENCE N. 80-45' E. 1000.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 783.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 1000.0 feet to the place of BEGINNING.

SHARE No. 51, containing 8.000 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 50-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 750.0 feet to an iron pipe for the N. E. corner of this share;

62

THENCE S. 9-15' W. 464.6 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 750.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 464.6 feet to the place of BEGINNING.

SHARE No. 52, containing 143.333 acres.

BEGINNING at an iron pipe on the North line of Share 65, the S. E. corner of Share 69 for the S. W. corner of this share;

THENCE N. 9-15' E. 755.5 feet to an iron pipe, the N. E. corner of Share 69 for the inner corner of this share;

THENCE N. 80-15' W. 157.8 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 1416.3 feet to an iron pipe, the N. E. corner of Share 49-A, for a corner of this share;

THENCE S. 80-45' E. 201.5 feet to the S. E. corner of Share 48, for an inner corner of this share;

THENCE N. 9-15' E. 508.9 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 1974.7 feet to an iron pipe on the East line of Porcion 8P, the S. E. corner of Share 47, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 3417.7 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 61-53' W. 1018.7 feet to a point for a corner of this share;

THENCE N. 59-10' W. 1099.1 feet to the place of BEGINNING.

SHARE No. 53-A, containing 2.000 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 54, for the S. W. corner of this share;

THENCE N. 9-15' E. 396.4 feet to an iron pipe, the S. W. corner of Share 51, for the N. W. corner of this share;

THENCE S. 80-45' E. 200.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 475.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 59-10' W. 215.1 feet to the place of BEGINNING.

SHARE No. 53-B, containing 5.105 acres.

BEGINNING at an iron pipe, on the South line of Share 55, the N. W. corner of Share 58-A, for the N.E. corner of this share;

THENCE S. 25-30' W. 426.3 feet to the N. E. corner of Share 60, for the S. E. corner of this share;

THENCE N. 49-51' W. 599.3 feet to the S. E. corner of Share 57-A, for the S. W. corner of this share;

THENCE N. 21-54' E. 331.9 feet to the N. E. corner of Share 56, for the N. W. corner of this share;

THENCE S. 59-10' E. 604.8 feet to the place of BEGINNING.

SHARE No. 54, containing 21.651 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 42-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 1000.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 1134.8 to the S. W. corner of Share 53-A, for the S. E. corner of this share;

THENCE N. 5 9-10' W. 798.9 feet to a point for a corner of this share;

THENCE N. 68-53' W. 262.7 feet to a point on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 786.9 feet to the place of BEGINNING.

SHARE No. 55-A, containing 0.785 acres.

BEGINNING at a point on the South line of Share 65, the N. W. corner of Share 56, for the N. E. corner of this share;

THENCE S. 33-15' W. 265.5 feet to the S. W. corner of Share 57-A, for the S. E. corner of this share;

THENCE N. 48-37' W. 81.6 feet to a point, the S. E. corner of Share 55-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 263.2 feet to a point for the N. W. corner of this share;

THENCE S. 68-53' E. 37.1 feet to a point, for a corner of this share;

THENCE S. 59-10' E. 154.0 feet to the place of BEGINNING.

SHARE No. 55-B, containing 1.000 acres.

BEGINNING at a point on the North line of Share 49-B, the S. W. corner of Share 55-B, for the S. E. corner of this share;

THENCE N. 48-37' W. 276.7 feet to a point on the West line of Porcion 82, the N. W. corner of Share 49-B, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 182.9 feet to a point for the N. W. corner of this share;

THENCE S. 68-53' E. 196.2 feet to the N. W. corner of Share 55-A, for the N. E. corner of this share;

THENCE S. 9-15' W. 263.2 feet to the place of BEGINNING.

SHARE No. 56, containing 1.000 acres;

BEGINNING at a point on the South line of Share 65, the N. W. corner of Share 53-B, for the N. E. corner of this share;

THENCE, S. 21-54' W. 139.6 feet to the N. E. corner of Share 57-A, for the S. E. corner of this share;

THENCE N. 59-10' W. 322.5 feet to the N. W. corner of Share-A for the S. W. corner of this share;

THENCE N. 33-15' E. 138.0 feet to the N. E. corner of Share 55-A, for the N. W. corner of this share;

THENCE S. 5 9-10' E. 295.0 feet to the place of B GINNING.

SHARE NO. 57-A, containing 1.222 acres.

BEGINNING at a point the S. E. corner of Share 56 for the N. E. corner of this share;

THENCE S. 21-54' W. 192.3 feet to the S. W. corner of Share 53-B, for the S. E. corner of this share;

THENCE N. 49-51' W. 189.0 feet to the N. W. corner of Share 50-B;

THENCE N. 48-37' W. 175.0 feet to the S. E. corner of Share 55-A, for the S. W. corner of this share;

THENCE N. 33-15' E. 127.5 feet to the S. W. corner of Share 56, for the N. W. corner of this share;

THENCE S. 59-10' E. 322.5 feet to the place of BEGINNING.

SHARE NO. 57-B, containing 11.93 acres.

BEGINNING at an iron pipe, the N. W. corner of Share 50-C, for the S. W. corner of this share;

THENCE N. 9-15' E. 649.7 feet to the S. W. corner of Share 83, for the N. W. corner of this share;

**64**

THENCE S. 80-45' E. 800.0 feet to a point for the N. E. corner of this share;

THENCE S.9-15' W. 649.7 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 89-45' W. 800.0 feet to the place of BEGINNING.

SHARE NO.58-A, containing 9.343 acres.

BEGINNING at an iron pipe, on the South line of Share 65, the N. E. corner of Share 53-B, for the N. W. corner of this share;

THENCE S. 59-10' E. 576.8 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 28-09' W. 598.0 feet to the N. E. corner of Share 59, for a corner of this share;

THENCE N. 64-18' W. 86.9 feet to the N. W. corner of Share 59, for an inner corner of this share;

THENCE S. 25-42' W. 123.6 feet to center of High-way, the S. W. corner of Share 59, for a corner of this share;

THENCE N. 64-18' W. 294.1 feet to the N. E. corner of Share 76;

THENCE N. 63-49' W. 167.5 feet to the S. E. corner of Share 60 for the S. W. corner of this share;

THENCE N. 24-34' E. 354.3 feet to the S. E. corner of Share 53-B;

THENCE N. 25-30' E. 426.3 feet to the place of BEGINNING.

SHARE No. 58-B, containing 5.129 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 66-C, for the N. W. corner of this share;

THENCE S. 80-45' E. 964.2 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 231.7 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 231.7 feet to the place of BEGINNING.

SHARE No. 59, containing 0.227 acres.

BEGINNING at a point on the West line of Share 66-A, a corner of Share 58-A, for the N. E. corner of this share;

THENCE N. 64-18' W. 80.0 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 25-42' W. 123.6 feet to a point in center of High-way, the lower S. E. corner of Share 58-A for the S. W. corner of this share;

THENCE S. 64-18' E. 80.0 feet to a point in center of High-way, the S. W. corner of Share 66-A, for the S. E. corner of this share;

THENCE N. 25-42' E. 123.6 feet to the place of BEGINNING.

SHARE No. 60, containing 1.726 acres.

BEGINNING at a point in center of High-way, the S. W. corner of Share 58-A for the S. E. corner of this share;

THENCE N. 63-49' W. 191.8 feet to a point;

THENCE N. 60-05' W. 30.6 feet to the S. E. corner of Share 61, for the S. W. corner of this share;

THENCE N. 29-55' E. 389.0 feet to the N. E. corner of Share 61, for the N. W. corner of this share;

THENCE S. 49-51' E. 192.7 feet to the S. E. corner of Share 53-B, for the N. E. corner of this share;

THENCE S. 24-34' W. 354.3 feet to the place of BEGINNING.

SHARE No. 61, containing 1.726 acres.

BEGINNING at a point in center of High-way, the S. W. corner of Share 60, for the S. E. corner of this share;

THENCE N. 60-05' W. 185.5 feet to the S. E. corner of Share 62, for the S. W. corner of this share;

THENCE N. 30-03' E. 422.5 feet to the N. E. corner of Share 63, for the N. W. corner of this share;

THENCE S. 49-51' E. 187.6 feet to the N. W. corner of Share 60, for the N. E. corner of this share;

THENCE S. 29-55' E. 389.0 feet to the place of BEGINNING.

SHARE No. 62, containing 0.879 acres.

BEGINNING at a point in center of High-way, the S. W. corner of Share 61 for the S. E. corner of this share;

THENCE N. 58-16' W. 161.0 feet to a point, the S. E. corner of Share 64-A, for the S. W. corner of this share;

THENCE N. 25-27' E. 213.8 feet to the S. W. corner of Share 63, for the N. W. corner of this share;

THENCE S. 64-03' E. 178.6 feet to the S. E. corner of Share 63, for the N. E. corner of this share;

THENCE S. 30-03' W. 232.5 feet to the place of BEGINNING.

SHARE No. 63, containing 0.919 acres.

BEGINNING at a point on the West line of Share 61, the N. E. corner of Share 62, for the S. E. corner of this share;

THENCE N. 64-03' W. 178.6 feet to the N. W. corner of Share 62, for the S. W. corner of this share;

THENCE N. 25-27' E. 242.0 feet to the N. E. corner of Share 50-B, for the N. W. corner of this share;

THENCE S. 49-51' E. 200.5 feet to the N. W. corner of Share 61, for the N. E. corner of this share;

THENCE S. 30-03' W. 190.0 feet to the place of BEGINNING.

SHARE No. 64-A, containing 1.003 acres.

BEGINNING at a point in center of High-way, the S. W. corner of Share 62, for the S. E. corner of this share;

THENCE N. 58-16' W. 182.0 feet to the S. E. corner of Share 49-B, for the S. W. corner of this share;

THENCE N. 23-08' E. 225.0 feet to the S. W. corner of Share 50-B, for the N. W. corner of this share;

THENCE S. 63-12' E. 190.1 feet to a point for the N. E. corner of this share;

THENCE S. 25-27' W. 246.8 feet to the place of BEGINNING.

SHARE No. 64-B, containing 5.997 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 58-B, for the N. W. corner of this share;

Thence S. 80-45' E. 964.2 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 270.9 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

66

THENCE N. 9-15' E. 270.9 feet to the place of BEGINNING.

SHARE No. 65, containing 9.750 acres.

BEGINNING at a point on the West line of Porcion 82, the N. W. corner of Share 55-B, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 102.2 feet to an iron pipe, the S. W. corner of Share 54, for the N. W. corner of this share;

THENCE S. 68-53' E. 262.7 feet to a point for a corner of this share;

THENCE S. 59-10' E. 2874.3 feet to a point for a corner of this share;

THENCE S. 61-53' E. 1018.7 feet to an iron pipe on the East line of Porcion 82, the S. E. corner of Share 52, for the N. E. corner of this share;

THENCE S. 8-59' W. 105.8 feet to an iron pipe, the N. E. corner of Share 67 for the S. E. corner of this share;

THENCE N. 61-53' W. 1055.9 feet to a point for a corner of this share;

THENCE N. 59-10' W. 2868.3 feet to a point for a corner of this share;

THENCE N. 68-53' W. 233.3 feet to the place of BEGINNING.

SHARE No. 66-A, containing 18.073 acres.

BEGINNING at an iron pipe on the South line of Share 65, the N. E. corner of Share 58-A, for the N. W. corner of this share;

THENCE S. 59-10' E. 1182.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 30-50' W. 819.0 feet to a point in center of High-way for the S. E. corner of this share;

THENCE N. 64-18' W. 1156.5 feet to a point, the S. E. corner of Share 59, for the S. W. corner of this share;

THENCE N. 25-42' E. 123.6 feet to the N. E. corner of Share 59;

THENCE N. P8-09' E. 598.0 feet to the place of BEGINNING.

SHARE No. 66-B, containing 44.510 acres.

BEGINNING at a point on the West line of Porcion 82, the N. W. corner of Share 66-C, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 2240.0 feet to a point for the N. W. corner of this share;

THENCE S. 58-16' E. 659.0 feet to a point in center of High-way for a corner of this share;

THENCE S. 60-05' E. 50.0 feet to the N. W. corner of Share 79 for a corner of this share;

THENCE S. 9-15' W. 252.5 feet to the S. W. corner of Share 79, for an inner corner of this share;

THENCE S. 80-45' E. 140.3 feet to an iron pipe, the S. E. corner of Share 79, for an inner corner of this share;

THENCE N. 9-15' E. 199.6 feet to a point in center of High-way, the N. E. corner of Share 79, for a corner of this share;

THENCE S. 60-05' E. 16.1 feet to a point for a corner of this share;

THENCE S. 63-49' E. 160.0 feet to a point in center of High-way, the N. W. corner of Share 78, for the N. E. corner of this share;

THENCE S. 9-15' W. 1865.1 feet to the N. E. corner of Share 66-C, for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to the place of BEGINNING.

SHARE No. 66-C, containing 10.000 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the N. W. corner of Share 58-B, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 451.8 feet to the S. W. corner of Share 66-B for the N. W. corner of this share;

THENCE S. 90-45' E. 964.2 feet to the S. E. corner of Share 66-B, for the N. E. corner of this share;

THENCE S. 9-15' W. 451.8 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to the place of BEGINNING.

SHARE No. 67, containing 13.425 acres.

BEGINNING at an iron pipe, on the South line of Share 65, the N. E. corner of Share 66-A, for the N. W. corner of this share;

THENCE S. 59-10' E. 45.5 feet to a point;

THENCE S. 61.53' E. 1055.9 feet to an iron pipe on the East line of Porcion 82, for the N. E. Corner of this share;

THENCE S. 8-59' W. with Porcion line, 191.9 feet to the N. E. corner of Share 68, for a corner of this share;

THENCE N. 80-45' W. 200.0 feet to the N. W. corner of Share 68 for an inner corner of this share;

THENCE S. 9-15' W. 233.0 feet to a point in center of High-way for a corner of this share;

THENCE N. 71-31' 321.2 feet to a point for a corner of this share;

THENCE N. 70-18' W. 403.1 feet to a point;

THENCE N. 67-32' W. 350.2 feet to a point;

THENCE N. 64-18' W. 18.3 feet to an iron pipe, the S. E. corner of Share 66-A, for the S. W. corner of this share;

THENCE N. 30-50' E. 618.0 feet to the place of BEGINNING.

SHARE No. 68, containing 1.145 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, a corner of Share 67, for the N. E. corner of this share;

THENCE S. 8-59' W. with Porcion line, 265.1 feet to a point in center of High-way for the S. E. corner of this share;

THENCE N. 71-31' W. 202.6 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 233.0 feet to an inner corner of Share 67, for the N. W. corner of this share;

THENCE S. 80-45' E. 200.0 feet to the place of BEGINNING.

SHARE No. 69, containing 10.514 acres.

BEGINNING at an iron pipe on the North line of Share 65, the S. W. corner of Share 52, for the S. E. corner of this share;

THENCE N. 59-10' W. 761.2 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 475.5 feet to an iron pipe, the N. E. corner of Share 53-A, for the N. W. corner of this share;

THENCE S. 80-45' E. 707.8 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 755.5 feet to the place of BEGINNING.

SHARE No. 70-A, containing 0.550 acres.

BEGINNING at a nail, in center of big stone on the East line of Porcion 82, the lower

68

N. E. corner of Share 73, for the S. E. corner of this share;

THENCE N. 80-45' W. 86.8 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 283.4 feet to a point in center of High-way for the N. W. corner of this share;

THENCE S. 71-31' E. 88.0 feet to a point on the East line of Porcion 82, for the N. E. Corner of this share;

THENCE S. 8-59' W. with Porcion line, 269.3 feet to the place of BEGINNING.

SHARE No. 70-B, containing 26.754 acres.

BEGINNING at an iron pipe, on the East line of Porcion 82, the S. E. corner of Share 118-B, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 1130.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 800.0 feet to an iron pipe, for the lower S. W. corner of this share;

THENCE N. 9-15' E. 686.6 feet to an iron pipe for an inner corner of this share;

THENCE N. 80-45' W. 500.0 feet to an iron pipe for the upper S. W. corner of this share;

THENCE N. 9-15' E. 522.8 feet to the S. W. corner of Share 115, for the N. W. corner of this share;

THENCE S. 80-45' E. 500.0 feet ton the S. E. corner of Share 115, for a corner of this share;

THENCE S. 9-15' W. 79.3 feet to the S. W. corner of Share 118-B, for an inner corner of this share;

THENCE S. 80-45' E. 800.0 feet to the place of BEGINNING.

SHARE No. 71-A, containing 1.720 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 70-A, for the S. E. corner of this share;

THENCE N. 8--45' W. 246.8 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 323.5 feet to a point in center of Highway for the N. W. corner of this share;

THENCE S. 71-31' E. 250.0 feet to the N. W. corner of Share 70-A, for the N. E. corner of this share;

THENCE S. 9-15' W. 283.4 feet to the place of BEGINNING.

SHARE No. 71-B containing 8.280 acres.

BEGINNING at an iron pipe on the East line of Share 110, the S. W. corner of Share 109, for the N. W. corner of this share;

THENCE S. 80-45' E. 601.1 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 600.0 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 601.1 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 600.0 feet to the place of BEGINNING.

SHARE No. 72, containing 0.620 acres.

BEGINNING at an iron pipe on the West line of Share 71-A, a corner of Share 73, for the S. E. corner of this share;

THENCE N. 80-45' W. 133.2 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 213.6 feet to a point in center of Highway for the N. W. corner of this share;

THENCE S. 71-31' E. 135.0 feet to a point, the N. W. corner of Share 71-A, for the N. E. corner of this share;

tTHENCE S. 9-15' W. 192.0 feet to the place of BEGINNING.

SHARE No. 73, containing 19.590 acres.

BEGINNING at a nail on a big stone on the East line of Porcion 82, the S. E. corner of Share 70-A, for the lower N. E. corner of this share;

THEMCE S. 9-15' W. with Porcion line 537.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1089.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15 E. 1004.2 feet to a point in center of High-way for the N. W. corner of this share;

THENCE S. 67-32' E. 180.5 feet;

THENCE S. 70-18' E. 403.1 feet;

THENCE S. 71-31' E. 50.8 feet to the N. W. corner of Share 72, for a corner of this share;

THENCE S. 9-15' W. 213.6 feet to an iron pipe for a corner of this share;

THENCE S. 80-45' E. 133.2 feet to an iron pipe for a corner of this share;

THENCE S. 9-15' W. 131.5 feet to an iron pipe for a corner of this share;

THENCE S. 80-45' E. 333.6 feet to the place of BEGINNING.

SHARE No. 74, containing 6.530 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 73, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 261.2 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1089.1 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 261.2 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 1089.1 feet to the place of BEGINNING.

SHARE No. 75, containing 18.964 acres.

BEGINNING at an iron pipe on the North line of Share 84, the S. E. corner of Share 81, for the S. W. corner of this share;

THENCE N. 9-15' E. 1209.5 feet to a point in center of High-way for the N. W. corner of this share;

THENCE S. 64-18' E. 613.0 feet to a point;

THENCE S. 67-32' E. 169.7 feet to an iron pipe, the N. W. corner of Share 73, for the N. E. corner of this share;

THENCE S. 9-15' W. 995.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 753.4 feet to the place of BEGINNING.

SHARE No. 76, containing 8.665 acres.

BEGINNING at an iron pipe on the East line of Share 66-B, the N. W. corner of Share 80, for the S. W. corner of this share;

THENCE N. 9-15' E. 302.2 feet to an iron pipe for the lower N. W. corner of this share;

**70**

THENCE S. 80-45' E. 406.2 feet to an iron pipe for an inner corner of this share;

THENCE N. 9-15' E. 201.4 feet to a point in center of High-way for the upper N. W. corner of this share;

THENCE S. 64-18' E. 711.3 feet to the N. W. corner of Share 75, for the N. E. corner of this share;

THENCE S. 9-15' W. 270.0 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1089.7 feet to the place of BEGINNING.

SHARE NO. 77, containing 1.000 acres.

BEGINNING at an iron pipe, an inner corner of Share 76, for the S. E. corner of this share;

THENCE N. 80-45' W. 215.6 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 232.8 feet to a point in center of High-way for the N. W. corner of this share;

THENCE S. 63-49' E. 224.8 feet to a point for the N. E. corner of this share;

THENCE S. 9-15' W. 201.4 feet to the place of, BEGINNING.

SHARE No. 78, containing 1.146 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 77, for the S. E. corner of this share;

THENCE N. 80-45' W. 190.6 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15 E 290.8 feet to a point in center of High-way for the N. W. corner of this share;

THENCE S. 63-49' E. 199.3 feet to the N. W. corner of Share 77, for the N. E. corner of this share;

THENCE S. 9-15' W. 230.8 feet to the place of BEGINNING.

SHARE No. 79, containing 0.729 acres.

BEGINNING at a point in center of High-way, a corner of Share 66-B for the N. W. corner of this share;

THENCE S. 60-05' E. 150.0 feet to a point in center of High-way, for the N. E. corner of this share;

THENCE S. 9-15' W. 199.6 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 140.3 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' 252.5 feet to the place of BEGINNING.

SHARE No. 80, containing 7.029 acres.

BEGINNING at an iron pipe, on the East line of Share 66-B, the S. W. corner of Share 76, for the N. W. corner of this share;

THENCE S. 80-45' E. 603.9 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 507.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 603.9 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 507.0 feet to the place of BEGINNING.

SHARE No. 81, containing 10.019 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 80, for the N. E. corner of this share;

THENCE S. 80-45' E. 485.8 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 939.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 439.7 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 432.5 feet to an iron pipe, the N. E. corner of Share 82, for an inner corner of this share;

THENCE N. 80-45' W. 46.1 feet to an iron pipe for a corner of this share;

THENCE N. 9-15' E. 507.0 feet to the place of BEGINNING.

### SHARE No. 82, containing 5.020 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 80, for the N. W. corner of this share;

THENCE S. 80-45' E. 650.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 336.4 feet to a point for the S. E. corner of this share;

THENCE N. 80-45' W. 650.0 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 336.4 feet to the place of BEGINNING.

### SHARE No. 83, containing 13.746 acres.

BEGINNING at a point on the East line of Share 66-B, the S. W. corner of Share 82, for the N. W. corner of this share;

THENCE S. 80-45' E. 650.0 feet to a point, the S. E. corner of Share 81, for the N. E. corner of this share;

THENCE S. 9-15' W. 363.6 feet to an iron pipe, for an inner corner of this share;

THENCE S. 80-45' E. 150.0 feet to an iron pipe, for a corner of this share;

THENCE S. 9-15' W. 458.5 feet to a point, the N. E. corner of Share 57-B, for the S. E. corner of this share;

THENCE N. 80-45' W. 800.0 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 822.1 feet to the place of BEGINNING.

### SHARE No. 84, containing 8.763 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 81, for the N. W. corner of this share;

THENCE S. 80-45' E. 628.8 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 713.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 478.8 feet to the N. W. corner of Share 88, for the S. W. corner of this share;

THENCE N. 9-15' E. 445.9 feet to an iron pipe for an inner corner of this share;

THENCE N. 80-45' W. 150.0 feet to an iron pipe for a corner of this share;

THENCE N. 9-15' E. 267.5 feet to the place of BEGINNING.

### SHARE __ 85, containing 8.686 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 84, for the S. W. corner of this share;

THENCE N. 9-15' E. 713.4 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 564.3 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 497.1 feet to an iron pipe, for a corner of this share;

THENCE N. 80-45' W. 111.8 feet to an iron pipe, the N. E. corner of Share 87, for an inner corner of this share;

THENCE S. 9-15' W. 216.3 to an iron pipe for the S. E. corner of this Share;

THENCE N. 80-45' W. 452.5 feet to the place of BEGINNING.

### SHARE No. 86, containing 5.595 acres.

72

BEGINNING at an iron pipe on the East line of Porcion 82, the N. E. corner of Share 87, for the S. E. corner of this share;

THENCE N. 80-45' W. 1089.1 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' 226.8 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 1089.1 feet to an iron pipe on the East line of Porcion 83, for the N. E. corner of this share;

THENCE S. 9-15' W. 226.8 feet to the place of BEGINNING.

SHARE No. 87, containing 82.446 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 86, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line 2990.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 1200.9 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 2990.5 feet an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 1200.0 feet to the place of BEGINNING.

SHARE No. 88, containing 8.686 acres.

BEGINNING at an iron pipe on the West line of Share 87, the N. E. corner of Share 89, for the S. E. corner of this share;

THENCE N. 80-45' W. 931.3 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 406.3 feet to the S. W. corner of Share 84, for the N. W. corner of this share;

THENCE S. 80-45' E. 931.3 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 406.3 feet to the place of BEGINNING.

SHARE No. 89, containing 18.619 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 88, for the N. E. corner of this share;

THENCE S. 9-15' W. 1039.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 731.3 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 783.0 feet to the N. E. corner of Share 50-C, for an inner corner of this share;

THENCE N. 80-45' W. 200.0 feet to an iron pipe for a corner of this share;

THENCE N. 9-15' E. 256.0 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 931.3 feet to the place of BEGINNING.

SHARE No. 90, containing 6.525 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 64-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 964.2 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 294.4 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 294.4 feet to the place of BEGINNING.

SHARE No. 91, containing 19.778 acres.

BEGINNING at an iron pipe, on the West line of Porcion 82, the S. W. corner of Share

90 for the N. W. corner of this share;

THENCE S. 80-45' E. 964.2 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 577.3 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 964.2 feet to an iron pipe on the East line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line 577.3 feet to the place of BEGINNING.

SHARE No. 92, containing 18.621 acres.

BEGINNING at an iron pipe on the West line of Porcion 82, the S. W. corner of Share 91, for the N. W. corner of this share;

THENCE S. 80-45' E. 677.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 1198.1 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 677.0 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 1198.1 feet to the place of BEGINNING.

SHARE No. 93, containing 18.621 acres.

BEGINNING at an iron pipe the N. E. corner of Share 92, for the N. W. corner of this share;

THENCE S. 80-45' E. 677.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 1198.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 80-45' W. 677.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 1198.1 feet to the place of BEGINNING.

SHARE No. 94, containing 18.620 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 93, for the N. W. corner of this share;

THENCE S. 80-45' E. 677.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 1198.1 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 677.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 1198.1 feet to the place of BEGINNING.

SHARE No. 95, containing 18.620 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 94, for the N. W. corner of this share;

THENCE S. 80-45' E. 664.5 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 1328.9 feet to an iron pipe, the S. W. corner of Share 87, for the S. E. corner of this share;

THENCE N. 80-45' W. 114.1 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 130.8 feet to an iron pipe, the N. E. corner of Share 96, for an inner corner of this share;

THENCE N. 80-45' W. 550.4 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 1198.1 feet to the place of BEGINNING.

SHARE No. 96, containing 13.698 acres.

BEGINNING at an iron pipe, on the North bank of the Rio Grande River, the S. W. corner of Porcion 82, for a corner of this share;

THENCE N. 9-15' E. with Porcion line 328.9 feet to an iron pipe the S. W. corner

74

of Share 92, for the N. W. corner of this share;

THENCE S. 80-45' E. 741.5 feet to the N. W. corner of Share 97, for the N. E. corner of this share;

THENCE S. 9-15' W. 935.0 feet to the S. W. corner of Share 97, for the S. E. corner of this share;

THENCE N. 80-45' W. 422.6 feet to an iron pipe on the bank of River, for a corner of this share;

THENCE N. 18-30' W. 684.9 feet to the place of BEGINNING.

SHARE No. 97, containing 25.905 acres.

BEGINNING at an iron pipe on the North line of Share 110, the S. W. corner of Share 99, for the S. E. corner of this share;

THENCE N. 80-45' W. 1206.9 feet to the S. E. corner of Share 96, for the S. W. corner of this share;

THENCE N. 9-15' E. 935.0 feet to the N. E. corner of Share 96, for the N. W. corner of this share;

THENCE S. 80-45' E. 1206.9 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 935.0 feet to the place of BEGINNING.

SHARE No. 98, containing 7.028 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 97, for the N. W. corner of this share;

THENCE S. 80-45' E. 633.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 483.7 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 633.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 483.7 feet to the place of BEGINNING.

SHARE No. 99, containing 1.757 acres.

BEGINNING at an iron pipe the S. W. corner of Share 98, for the N. W. corner of this share;

THENCE S. 80-45' E. 169.6 feet to a point for the N. E. corner of this share;

THENCE S. 9-15' W. 451.3 feet to a point for the S. E. corner of this share;

THENCE N. 80-45' W. 169.6 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 451.3 feet to the place of BEGINNING.

SHARE No. 100, containing 5.271 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 98, for the upper N. E. corner of this share;

THENCE S. 9-15' W. 147.1 feet to an iron pipe, for an inner corner of this share;

THENCE S. 80-45' E. 300.0 feet to an iron pipe for the lower N. E. corner of this share;

THENCE S. 9-15' W. 231.2 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 116.1 feet to the N. W. corner of Share 102, for a corner of this share;

THENCE N. 9-15' E. 32.0 feet to an iron pipe, for an inner corner of this share;

THENCE N. 80-45' W. 320.0 feet to an iron pipe, for an inner corner of this share;

THENCE S. 9-15' W. 105.0 feet to an iron pipe, the N. E. corner of Share 110, for a corner of this share;

THENCE N. 80-45' W. 327.3 feet to the S. E. corner of Share 99, for the S. W. corner of this share;

THENCE N. 9-15' E. 451.3 feet to the N. E. corner of Share 99, for the N. W. corner of this share;

THENCE S. 80-45' E. 463.4 feet to the place of BEGINNING.

SHARE No. 101, containing 9.910 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 104, for the lower S. W. corner of this share;

THENCE N. 9-15' E. 279.2 feet to an iron pipe for a corner of this share;

THENCE N. 80-45' W. 165.0 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 370.0 feet to an iron pipe, for a corner of this share;

THENCE N. 80-45' W. 300.0 feet to an iron pipe for the upper S. W. corner of this share;

THENCE N. 9-15' E. 500.0 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 469.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 500.0 feet to an iron pipe, for a corner of this share;

THENCE S. 80-45' E. 131.0 feet to an iron pipe, for a corner of this share;

THENCE S. 9-15' W. 164.4 feet to an iron pipe, for a corner of this share;

THENCE S. 80-45' E. 100.0 feet to an iron pipe, for the lower N. E. corner of this share;

THENCE S. 9-15' W. 484.8 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 235.0 feet to the place of BEGINNING.

SHARE No. 102, containing 0.370 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 100, for the N. E. corner of this share;

THENCE S. 9-15' W. 133.8 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 116.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-45' E. 138.8 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 116.1 feet to the place of BEGINNING.

SHARE No. 103, containing 16.620 acres.

BEGINNING at an iron pipe, the upper N. E. corner of Share 101, for the N. W. corner of this share;

THENCE S. 80-45' E. 846.0 feet to an iron pipe on the East line of Porcion 82, the S. E. corner of Share 87, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 1104.3 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 615.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 439.9 feet to an iron pipe, for a corner of this share;

THENCE N. 80-45' W. 100.0 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 164.4 feet to an iron pipe for a corner of this share;

THENCE N. 80-45' W. 131.0 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 500.0 feet to the place of BEGINNING.

SHARE No. 104, containing 5.111 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 101, for the S. E. corner of this share;

76

THENCE N. 80-45' W. 601.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 450.0 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 320.0 feet to an iron pipe, for the upper N. E. corner of this share;

THENCE S. 9-15' W. 170.8 feet to an iron pipe, for an inner corner of this share;

THENCE S. 80-45' E. 281.1 feet to an iron pipe, for the lower N. E. corner of this share;

THENCE S. 9-15' W. 279.2 feet to the place of BEGINNING.

SHARE No. 105, containing 6.572, acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the S. E. corner of Share 103, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 466.7 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 615.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 466.7 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 615.0 feet to the place of BEGINNING.

SHARE No. 106, containing 7.187 acres.

BEGINNING at an iron pipe, on the East line of Porcion 82, the S. E. corner of Share 105, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 593.2 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 500.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 450.0 feet to an iron pipe, for an inner corner of this share;

THENCE N. 80-45' W. 115.0 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 143.2 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 615.0 feet to the place of BEGINNING.

SHARE No. 107-A, containing 2.00 acres.

BEGINNING at an iron pipe, on the East line of Share 71-B, a corner of Share 107-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 248.0 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 350.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 248.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 350.0 feet to the place of BEGINNING.

SHARE No. 107-B, containing 9.864 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 107-A, for the N. E. corner of this share;

THENCE S. 9-15' W. 201.1 feet to an iron pipe, for a corner of this share;

THENCE N. 80-45' W. 100.0 feet to an iron pipe for a corner of this share;

THENCE S. 9-15' W. 200.0 feet to an iron pipe for a corner of this share;

THENCE N. 80-45' W. 400.0 feet to an iron pipe for an inner corner of this share;

THENCE S. 9-15' W. 326.6 feet to an iron pipe for the lower S. E. corner of this share;

THENCE N. 80-45' W. 313.9 feet to an iron pipe, the S. E. corner of Share 110, for the S. W. corner of this share;

THENCE N. 9-15' E. 526.6 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 663.9 feet to an iron pipe, for a corner of this share;

THENCE N. 9-15' E. 201.1 feet to an iron pipe for a corner of this share;

THENCE S. 80-45' E. 350.0 feet to the place of BEGINNING.

77

SHARE No. 108, containing 1.000 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 71-B, for the S. E. corner of this share;

THENCE N. 80-45' W. 300.0 feet to an iron pipe for the S. W. corner of this share;
THENCE N. 9-15' E. 145.2 feet to an iron pipe, for the N. W. corner of this share;
THENCE S. 80-45' E. 300.0 feet to an iron pipe, for the N. E. corner of this share;
THENCE S. 9-15' W. 145.2 feet to the place of BEGINNING.

SHARE No. 109, containing 7.784 acres.

BEGINNING at an iron pipe, the N. W. corner of Share 71-B, for the S. W. corner of this share;

THENCE N. 9-15' E. 415.0 feet to an iron pipe, for the N. W. corner of this share;
THENCE S. 80-45' E. 836.1 feet to an iron pipe for the N. E. corner of this share;
THENCE S. 9-15' W. 565.0 feet to an iron pipe, for the S. E. corner of this share;
THENCE N. 80-45' W. 235.0 feet to an iron pipe for a corner of this share;
THENCE N. 9-15' E. 295.2 feet to an iron pipe, for an inner corner of this share;
THENCE N. 80-45' W. 300.0 feet to an iron pipe, for an inner corner of this share;
THENCE S. 9-15' W. 145.2 feet to an iron pipe, for a corner of this share;
THENCE N. 80-45' W. 301.1 feet to the place of BEGINNING.

SHARE No. 110, containing 40.533 acres.

BEGINNING at an iron pipe, on the South line of Share 97, the N. E. corner of Share 111, for the N. W. corner of this share;

THENCE S. 80-45' E. 1016.5 feet to an iron pipe, for the N. E. corner of this share;
THENCE S. 9-15' W. 1361.0 feet to an iron pipe, the S. W. corner of Share 71-B, for a corner of this share;
THENCE N. 80-45' W. 62.8 feet to an iron pipe, for a corner of this share;
THENCE S. 9-15' W. 526.6 feet to an iron pipe for the S. E. corner of this share;
THENCE N. 80-45' W. 553.7 feet to an iron pipe, for a corner of this share;
THENCE N. 9-15' E. 300.0 feet to an iron pipe, for an inner corner of this share;
THENCE N. 80-45' W. 400.0 feet to an iron pipe, for the upper S. W. corner of this share;
THENCE N. 9-15' E. 1587.6 feet to the place of BEGINNING.

SHARE No. 111, containing 73.600 acres.

BEGINNING at an iron pipe on the South line of Share 97, the N. W. corner of Share 110, for the N. E. corner of this share;

THENCE S. 9-15' W. 1587.6 feet to an iron pipe for a corner of this share;
THENCE N. 80-45' W. 380.2 feet to the N. W. corner of Share 112, for an inner corner of this share;
THENCE S. 9-15' W. 997.0 feet to an iron pipe, for a corner of this share;
THENCE S. 80-45' E. 580.2 feet to an iron pipe, a corner of Share 117-B, for a corner of this share;
THENCE S. 9-15' W. 250.0 feet to an iron pipe, for a corner of this share;
THENCE N. 80-45' W. 500.0 feet to an iron pipe, for a corner of this share;
THENCE S. 9-15' W. 698.4 feet to the S. W. corner of Share 117-C, for a corner of this share;
THENCE S. 80-45' E. 1203.6 feet to an iron pipe for a corner of this share;
THENCE S. 9-15' W. 560.6 feet to the S. W. corner of Share 123, for the S. E. corner

of this share;

THENCE N. 80-45' W. 1548.4 feet to an iron pipe, on the bank of the Rio Grande River, for the S. W. corner of this share;

THENCE meandering the bank of the Rio Grande River as follows: No. 10-14' W. 277.8 feet; N. 1-40' E. 416.7 feet; N. 10-41' W. 180.5 feet; N. 7-06' E. 23-5.9 feet; N. 14-12' E. 347.7 feet; N. 21-28' E. 305.6 feet; N. 3-02' E. 359.0 feet; N. 18-41' E. 347.2 feet; N. 33-12' E. 361.1 feet; N. 4-42' E. 222.2 feet; N. 9-00' W. 486.1 feet; N. 28-18' W. 138.9 feet; N. 14-53' W. 555.5 feet N. 18-30' W. 52.9 feet to an iron pipe, a corner of Share 96, for the N. W. corner of this share;

THENCE S. 80-45' E. 1109.9 feet to the place of BEGINNING.

SHARE No. 112, containing 8.928 acres.

B
BEGINNING at an iron pipe, an inner corner of Share 110, for the N. E. corner of this share;

THENCE S. 9-15' W. 498.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 780.2 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 498.5 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 780.2 feet to the place of BEGINNING.

SHARE No. 113, containing 8.928 acres.

BEGINNING at an iron pipe the S. E. corner of Share 112, for the N. E. corner of this share;

THENCE N. 9-15' W. 498.5 feet to an iron pipe for the S. E. corner of this share;

THENCE N. 80-45' W. 780.2 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 498.5 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 780.2 feet to the place of BEGINNING.

SHARE No. 114, containing 12.283 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 113, for the S. W. corner of this share;

THENCE N. 9-15' E. 697.0 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 767.6 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 697.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 767.6 feet to the place of BEGINNING.

SHARE No. 115, containing 2.000 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 114, for the N. W. corner of this share;

THENCE S. 80-45' E. 500.0 feet to an iron pipe, for the N. E . corner of this share;

THENCE S. 9-15' W. 174.2 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 500.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 174.2 feet to the place of BEGINNING.

SHARE No. 116, containing 2.000 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 115, for the lower S. corner of this share;

THENCE N. 80-45' W. 200.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 326.6 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 400.0 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 108.8 feet to an iron pipe for a corner of this share;

THENCE N. 80-45' W. 200.0 feet to an iron pipe, the N. W. corner of Share 117-A,

for an inner corner of this share;

THENCE S. 9-15' W. 217.8 feet to the place of BEGINNING.

SHARE No. 117-A, containing 1.000 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 115, for the S. W. corner of this share;

THENCE N. 9-15' E. 217.8 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 200.0 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 217.8 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 200 feet to the place of BEGINNING.

SHARE No. 117-B, containing 9.767 acres.

BEGINNING at an iron pipe, the N. W. corner of Share 119, for the N. E. corner of this share;

THENCE S. 9-15' W. 500.0 feet to an iron pipe for the upper S. E. corner of this share;

THENCE N. 80-45' W. 400.0 feet to an iron pipe, for an inner corner of this share;

THENCE S. 9-15' W. 85.4 feet to the N. E. corner of Share 117-C, for a corner of this share;

THENCE N. 80-45' W. 600.0 feet to the N. W. corner of Share 117-C, for the S. W. corner of this share;

THENCE N. 9-15' E. 355.4 feet to an iron pipe, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 500.0 feet to an iron pipe, for an inner corner of this share;

THENCE N. 9-15' E. 250.0 feet to an iron pipe, for the upper N. W. corner of this share;

THENCE S. 80-45' E. 500.0 feet to the place of BEGINNING.

SHARE No. 117-c, containing 5.000 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 120, for the S. E. corner of this share;

THENCE N. 80-45' W. 600.0 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 363.0 feet to the S. W. corner of Share 117-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 600.0 feet to a corner of Share 117-B, for the N. E. corner of this share;

THENCE S. 9-15' W. 363.0 feet to the place of BEGINNING.

SHARE No. 118-A, containing 4.909 acres.

BEGINNING at an iron pipe, on the East line of Porcion 82, the S. E. corner of Share 106, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 365.4 feet to the N. E. corner of Share 118-B, for the S. E. corner of this share;

THENCE N. 80-45' W. 600.0 feet to a point for the S. W. corner of this share;

THENCE N. 9-15' E. 365.4 feet to an iron pipe for the N. W. corner of this share;

THENCE S. 80-45' E. 600.0 feet to the place of BEGINNING.

SHARE No. 118-B, containing 7.000 acres.

BEGINNING at an iron pipe on the East line of Porcion 82, the N. E. corner of Share

70-B, for the S. E. corner of this share;

THENCE N. 80-45' W. 800.0 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 253.5 feet to the N. E. corner of Share 115, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 200.0 feet to an iron pipe, for an inner corner of this share;

THENCE N. 9-15' E. 170.2 feet to the S. W. corner of Share 118-A, for the upper N.W. corner of this share;

THENCE S. 80-45' E. 600.0 feet to the S. E. corner of Share 118-A, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 423.7 feet to the place of BEGINNING.

SHARE No. 119, containing 9,513 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 117-B, for the N. W. corner of this share;

THENCE S. 80-45' E. 832.5 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 500.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 832.5 feet to an iron pipe for the S. W. corner of this share;

THENCE N. 9-15' E. 500.0 feet to the place of BEGINNING.

SHARE No. 120, containing 9.513 acres.

BEGINNING at an iron pipe, the S. E. corner of Share 117-C, for the S. W. corner of this share;

THENCE N. 9-15' E. 448.4 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 924.1 feet to an iron pipe, for the N. E. corner of this Share;

THENCE S. 9-15' W. 448.4 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 924.1 feet to the place of BEGINNING.

SHARE No. 121, containing 2.129 acres.

BEGINNING at an iron pipe, the N. E. corner of Share 119, for the N. W. corner of this share;

THENCE S. 80-45' E. 135.1 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 686.6 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 135.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 686.6 feet to the place of BEGINNING.

SHARE No. 122, containing 17.651 acres.

BEGINNING at an iron pipe, on the East line of Porcion 82, the S. E. corner of Share 70-B, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 822.4 feet to an iron pipe for the S. E. corner of this share;

THENCE S. 80-45' W. 935.1 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 822.4 feet to an iron pipe, for the N. W. corner of this share;

THENCE S. 80-45' E. 935.1 feet to the place of BEGINNING.

SHARE No. 123, containing 11.255 acres.

BEGINNING at an iron pipe, the S. W. corner of Share 122, for the S. E. corner of this share;

THENCE N. 80-45' W. 628.9 feet to an iron pipe, for the S. W. corner of this share;

THENCE N. 9-15' E. 560.6 feet to an iron pipe, for the lower N. W. corner of this share;

THENCE S. 80-45' E. 320.5 feet to an iron pipe, for an inner corner of this share;

THENCE N. 9-15' E. 448.4 feet to the N. E. corner of Share 120, for the upper N. W. corner of this share;

THENCE S. 80-45' E. 306.4 feet to an iron pipe for the N. E. corner of this share;

THENCE S. 9-15' W. 1009.0 feet to the place of BEGINNING.

## SHARE No. 124, containing 21.846 acres.

BEGINNING at an iron pipe, on the South line of Share 111, the N. W. corner of Share 125 for the N. E. corner of this share;

THENCE S. 9-15' W. 910.3 feet to an iron pipe on the bank of the Rio Grande River, for the S. E. corner of this share;

THENCE meandering the bank of the Rio Grande River as follows;

N. 70-24' W. 679.3 feet; N. 65-41' W. 388.9 feet; N. 19-39' W. 402.8 feet; N. 3-59' W. 333.3 feet to an iron pipe, the S. W. corner of Share 111, for the N. W. corner of this share;

THENCE S. 80-45' E. 1316.7 feet to the place of BEGINNING.

## SHARE No. 125, containing 48.288 acres.

BEGINNING at an iron pipe on the bank of the Rio Grande River, the S. E. corner of Share 124, for the S. W. corner of this share;

THENCE N. 9-15' E. 910.3 feet to an iron pipe, the N. E. corner of Share 124, for the N. W. corner of this share;

THENCE S. 80-45' E. 1795.7 feet to an iron pipe, on the East line of Porcion 82, the S. E. corner of Share 122, for the N. E. corner of this share;

THENCE S. 9-15' W. with Porcion line, 1379.8 feet to an iron pipe, on the bank of the Rio Grande River, the S. E. corner of Porcion 82, for the S. E. corner of this share;

THENCE meandering the bank of the Rio Grande River, as follows;

N. 68-40' W. 789.2 feet; N. 66-40' W. 555.5 feet; N. 51-31' W. 513.9 feet to the place of BEGINNING.

## SHARE No. 126, containing 8.020 acres.

BEGINNING at a 3/4" iron road, the N. W. corner of Porcion 82, for the N. W. corner of this share;

THENCE S. 80-45' E. with Porcion line, 499.1 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 700.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 499.1 feet to an iron pipe on the West line of Porcion 82, for the S. W. corner of this share;

THENCE N. 9-15' E. with Porcion line, 700.0 feet to the place of BEGINNING.

## SHARE No. 127, containing 10.953 acres.

BEGINNING at an iron pipe, on the North line of Porcion 82, the N. E. corner of Share 126, for the N. W. corner of this share;

THENCE S. 80-45' E. with Porcion line, 680.3 feet to an iron pipe, for the N. E. corner of this share;

THENCE S. 9-15' W. 700.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 680.3 feet to an iron pipe, for the S. W. corner of this share;

82

THENCE N. 9-15' E. 700.0 feet to the place of BEGINNING.

SHARE No. 128, containing 13.019 acres.

BEGINNING at an iron pipe, on the North line of Porcion 82, the N. E. corner of Share 127, for the N. W. corner of this share;

THENCE S. 80-45' E. with Porcion line, 810.1 feet to an iron pipe, a corner of Share 1, for the N. E. corner of this share;

THENCE S. 9-15' W. 700.0 feet to an iron pipe, for the S. E. corner of this share;

THENCE N. 80-45' W. 810.1 feet to an iron pipe, for the S. W. corner of this ahre;

THENCE N. 9-15' E. 700.0 feet to the place of BEGINNING.

FIFTH: Against all other parties to this suit, Anastacia Fuentes de Salinas and husband, Luis E. Salinas, Herlinda Fuentes de Leon and husband, Andres de Leon, Josefa Rivera de Fuentes, a widow, Antonia Fuentes, a single woman, Fernando Fuentes and wife, Marcela V. de Fuentes, Manuel Fuentes, Miguel Fuentes, Pablo Fuentes and wife, Felipa C. de Fuentes, Benita Fuentes de Gonzalez and husband, Jose Gonzalez, Juana Fuentes de Morin and husband, Pedro Morin are found adjudged to be the owners in severalty of Tract Number One, containing 97.470 acres and also against all other parties to this suit, Medardo Hinojosa, Josefa M. Hinojosa, Eudaldo Hinojosa, Maria Hinojosa de Trevino, wife of Abundio Trevino, Felicitas H. de Pena, wife of Samuel Pena, and Josefina Hinojosa are found and adjudged to be the owners in severalty of Tract Number Two containing 270.000 acres. —

It is accordingly, ordered, adjudged and decreed that the aforesaid persons, respectively do have and recover of and from all of the parties to this suit, the title and possession of the said Tracts numbered One and Two so set apart and adjudged to them, and that all other parties other than themselves be and they are hereby forever enjoined and restrained from setting up or asserting any right, title, interest or claim in, to or against the same or any part thereof, save and except the parties, hereinafter adjudged to be the owners of certain valid and existing oil, gas and mineral leases upon the said Tracts numbered One and Two. The description of said Tracts by metes and bounds, as corrected and amended in the Report of Commissioners of Partition is as follows:

### TRACT ONE

Beginning at the S. E. Corner of Share No. 85 of the Partition of Porcion No. 81;

Thence with the E. line of said Share No. 85 the E. line of Porcion No. 81, and the W. line of Porcion No. 82, N. 9-08' E. 877.8 ft. to a point;

Thence S. 80-5?' E. 209.1 ft. to the W. corner and beginning point of this survey;

Thence with fence N. 45-26' E. 1013.4 ft. to a corner hereof;

Thence N. 44-49' E. 396 feet to a point for the N. W. corner hereof;

Thence with the Meanders of the North fence, as follows: S. 79-04' E. 136.5 feet S. 52-27' E. 80 feet; S. 75-43' E. 83.5 feet; S. 77-04' E. 800 feet; S. 76-13' E. 1225 feet; S. 39-12' E. 329 feet to a point for the N. E. corner hereof;

Thence with fence S. 39-40' W. 1471 feet to a point for a S. E. corner hereof;

Thence with fence N. 84-36' W. 1453 feet to a corner hereof;

Thence with fence N. 52-19' W. 1361 feet to the place of beginning, and containing 97.470 acres.

### TRACT TWO

Beginning at a point in fence, in the East line of Porcion 82 and West line of Porcion 83, for the S. E. corner hereof; said point being N. 8-59' E. 22734, ft. from the inter-

section of the East line of Porcion 82 and West line of Porcion 83 with the Center Line of Rail Road.

Thence with fence N. 75-10' W. 305.5 ft. to a point for a corner hereof;

Thence with fence S. 74-25' W. 1837.0 ft. to a point for a corner hereof;

Thence with fence S. 21-05! E. 198.0 ft. to a point for a corner hereof;

Thence with fence N. 80-47' W. 400.00 ft. a point for a corner hereof;

Thence with fence N. 62-05' W. 1328.0 ft. to a point for the S. W. corner hereof;

Thence with fence N. 7-48' E. 1102.0 ft. to a point in the South line of a 50 acre, tract for a corner hereof;

Thence with the South line of 50 acre tract S. 80-45' E. 593.9 ft. to a corner of said 50 acre tract for a corner hereof.

Thence with the East line of said 50 acre tract N. 9-15' E. 2595.7 ft, to a corner of said 50 acre tract for a corner hereof;

Thence S. 80-45' E. 561.4 ft. to corner of fence for a corner hereof;

Thence with fence S. 84-36' E. 1453.0 ft. to a corner of fence for a corner hereof;

Thence S. 80-45' E. 921.7 ft. to a point in the East line of Porcion 82 and West of Porcion 83, for the N. E. corner hereof;

Thence with the East line of Porcion 82 and West line of Porcion 83, S. 8-59' W. 3331.4 ft. to the place of beginning and containing 270.000 acres.

Tract No. 1 is subject to the oil, gas and mineral lease to Lloyd Stiernberg, recorded in Volume 95, pages 509-515 of the Deed Records of Starr County, Texas, and to all assignments of any portion of said lease to the following named persons; K. U. Caul, Trustee, S. Finley Ewing; Clayton Pritchard; Lester Whipole; A. J. Rabel; Howard L. Stagns, Dan Ahearn; Roy Sadler; L. H. Goff, and Santos Pena.

Tract No. 1 is subject to the judgment lien of Lynch Davidson Lumber Company, abstracted in Volume B, page 63, of the Judgment Records of Starr County, Texas.

Tract No. 2 is subject to the mineral reservation made and contained in that certain warranty deed from Anna M. Kelsey to Medardo Hinojosa, which deed is recorded in Volume 94, pages 475-476 of the Deed Records of Starr County, Texas.

Tract No. 2 is subject to the oil, gas and mineral lease to Homer P. Lee, recorded in Volume 87, pages 128-133, of the Deed Records of Starr County, Texas, which lease is now owned and held by Panal Oil Company, and to the oil, gas and mineral lease to Howard L. Bass, et al., recorded in Volume 110, pages 285-289, of the Deed Records of Starr County, Texas, and which is now owned and held by Panal Oil Company.

Tract No. 2 is subject to the mineral deed and royalty transfer to Tom Vessels, Jr., recorded in Volume 97, pages 495-497, Deed Records of Starr County, Texas, to the extent of the purchase made by Medardo, Hinojosa, from Pantaleon Fonseca by deed recorded in Volume 111, page 27, Deed Records of Starr County, Texas, and to the royalty and mineral interest acquired by George H. Coates as assignee of Tom Vessels, Jr.,

SIXTH: The court finds that each and all oil, gas and mineral leases owned and held by Panal Oil Company, as indicated in and under various of the shares described in Paragraph Third, are valid, existing, oil, gas and mineral leases, according to their terms and conditions upon the acreage contained in such shares; and that such leases and each of them have been perpetuated by production of oil in commercial quantities as defined in said leases; and that said leases and each of same are now in good and current condition with no rental due thereon, by reason of the production had under same.

It is accordingly, ordered, adjudged and decreed by the Court that each and all of

84

said leases so found to be owned and held by Panel Oil Company, are hereby in all things confirmed and adjudicated as valid existing oil, gas and mineral leases in good standing against the acreage of each and all of said Share and against the acreage alloted in said Shares to each allottee in said Shares and against the successors and assigns of said allottee or allottees.

SEVENTH: The map made and certified by J. H. May, Surveyor, a copy of which is attached to the Report of Commissioners of Partition, as the same was amended by order of this court entered on the 27th day of March 1944, is hereby made a part of this decree, and is hereby adopted in aid of the description of the various shares into which Porcion 82 is herein divided, Said map, which appears at the end of this decree, is designated as follows:

"Map of Porcion 82, Nicolas Vela, Grantee, Ancient Jurisdiction of Camargo, Starr County, Texas, showing partition in Cause No. 2082, District Court, Starr County, Texas.".

EIGHTH: In connection with Share 125, the Commissioners of Partition made known to the Court that 6.148 acres were added to the land awarded in the preliminary decree to all of the persons therein named, which addition represents the accumulation of errors made in surveying the share upon the ground. The action of the Commissioners is hereby adopted and confirmed; and the owners of said Share No. 125 are hereby charged Five Dollars ($5.00) per acre for the land so added, said amount to be charged to them on the court costs herein taxed against them, as a reasonable compensation therefor.

NINETH: All of the Shares set out in Paragraph THREE above are set aside to the person or persons indicated in kind, with the exception of Shares 18,31,48,86,81,90,106,123, 122, and 125, which the Court here and now finds to be incapable of partition in kind and orders sold for the purpose of partition.

For the purpose of selling Shares Nos. 18,31,48,86,81,90,106,123,122,124 and 125 and securing confirmation of such sales as provided for in this paragraph, J. A. Hinojosa, a resident of Star County, Texas, and a disinterested person is hereby appointed Receiver by this Court, and directed to qualify as such by taking the oath and giving bond as required by law in the sum of One Thousand ($1000.00) Dollars, which said bond is to be approved by the Court. And after qualifying as such Receiver, the said J. A. Hinojosa shall duly advertise for sale at the door of the Court House, the shares herein ordered sold, once a week for three consecutive weeks prior to the first Tuesday in any month, and after so advertising said shares for sale, and selling same to the highest bidder for cash, he shall report this action to this Court for confirmation. If and when such sale or sales are approved by the Court, the Receiver shall make a deed or deeds of conveyance to the purchaser or purchsers conveying to them the shares purchased, which said deed or deeds when made in accordance with this decree, shall pass good, fee simple title as against each and every party to this suit, and the purchaser or purchasers at such sale shall be placed in possession by the Receiver, and the officers of this Court, shall upon demand be entitled to a writ of possession.

Upon confirmation of such sale or sales as herein provided, the Receiver is hereby directed to pay the proceeds thereof to the allottee or allottees of the share or shares so sold, less costs of partition and sale in the proportion that the acreage of each such allottee bears to the entire acreage in the share. In the event the owners of the shares so sold may not be found for the purpose of paying to them their proportionate part of the proceeds of such sales, the Receiver is hereby ordered and directed to deposit such proceeds in the First State Bank & Trust Company of Rio Grande City, Texas, together with a list of the persons entitled thereto, and the amount owing to each, and said proceeds or funds shall there remain on deposit to be paid to the rightful owner or owners thereof upon demand and proper showing that the claimant is entitled thereto.

The receiver shall be allowed a reasonable compensation for his services, to be deducted as costs from the proceeds of the sales herein provided for.

TENTH: Shares No. 22,23,17,15,16 24 and 25-A are traversed by the county road, commonly known as The Old Corpus Christi Road and Shares No. 49-B, 64-A, 62,61,60,58-A, 59, 66-A, 67, 68, 79, 66-B, 78, 77, 76, 75, 73, 72, 71-A and 70-A are traversed by State Highway No. 4; said Shares are hereby declared and adjudged to be subject to an easement for road purposes for the benefit of the public insofar as said shares are now traversed by the roads indicated.

ELEVENTH: The present decree shall vest title to each of the Shares described in Paragraph FOURTH hereof in the person or persons to whom such share has been allotted and set apart in Paragraph THIRD hereof, as well as in the persons named as the owners of Tracks Nos. 1 and 2, as against each and all of the other parties to this suit, their heirs, executors, administrators, and assigns as fully and effectually as the deed of such parties could vest the same; and this decree shall have, and is hereby given the same force and effect as a full warranty deed of conveyance from each and all of the other parties to this suit and decree in favor of the allottee or allottees of such share, subject only to such life estates, right-of-way, easements, servitudes, mineral rights, oil and gas leases, liens and other incumbrances and restrictions as have been heretofore specifically found, established and decreed against each such share, or any part thereof.

TWELFTH: The persons to whom allotments are made in Paragraph THIRD hereof, are, together with the owners of the life estates, oil and gas lease, and liens therein enumerated, the sole and only owners and persons who have any interest in or to the porcion No. 82, and said persons are hereby awarded title to and possession of, the whole of said Porcion 82, as against all other parties to this suit, plaintiffs, defendants and intervenors; and they and each of them in the respective proportions set out in Paragraph THIRD hereof are hereby quited in their respective titles and interests as therein set out against the claims of each and every other party to this suit.

THIRTEENTH: That there be and there is hereby awarded to each person or persons to whom any share is allotted and set apart in Paragraph THIRD hereof, and to the persons who are awarded in this cause the title to Tracts Nos. 1 and 2, and to each person to whom the right of possession, use or entry of, in and upon any of said land has been hereinbefore adjudged and decreed, his writ of possession, same to be issued by the Clerk of this Court on demand at any time hereafter made, commanding the Sheriff or any Constable of Starr County, Texas, to place such allottee or allottees in possession of his share, or tract, or of land to which his rights aforesaid have been so established and decreed.

Provided, however, that leave be and it is hereby given all parties to this suit owning fences or other improvements on any part of Porcion 82, not included in the shares set apart to them respectively, to remove their said fences and other improvements from the land now and hereafter belonging to others, which removal shall be completed on or before the period of five (5) months from the date of the entry of this decree, and if any party hereto fails to remove his fences or other improvements within the period of time herein specified, then such right of removal shall lapse and said fences and other improvements shall be considered and become a part of the real estate on which they are now situated, and the same decree in that event to be the property of the owner of the share or shares on which they are now situated and left after the date herein mentioned.

Provided further, that all parties having now, on the date of the entry of this decree, any crops, actually planted, upon any lands not included in the shares set apart to them respectively, shall be and they are hereby allowed such time as is proper and necessary

86

for havesting the particular crops so planted, and for this purpose the respective parties, so having said crops, shall have and they are hereby granted the right of ingress and egress into and over any such shares now belonging to other parties.

FOURTEENTH: All riparian rights incident to and belonging to any of the land in Porcion 82, prior to this partition are hereby expressly recognized and perpetuated, and this decree shall not have the effect of abrogating or destroying such riparian rights apourtenant to land now embraced within shares which do not front on the Rio Grande River.

FIFTEENTH: The following expenses of partition and of suit are now and here allowed and decreed and taxed as a part of the costs herein;

1. Compensation of Vernon B. Hill, attorney at law, and guardian ad litem, as per allowence made heretofore in preliminary decree entered in this suit ............................................... $  :600.00

2. Compensation of Eugene N. Catlett, attorney at law, and attorney ad litem, as per allowance heretofore made in preliminary decree entered in this suit ............................................... $  600.00

3. Compensation of Chas. E. Thompson, attorney at law and attorney ad litem, as per allowance made hereto in preliminary decree entered in this suit ............................................... $  300.00

4. Compensation of the Commissioners of Partition:

   J. H. May ............................................... $  125.00
   Demetrio Garcia ............................................... $  75.00
   Geo. B. Marsh ............................................... $  75.00

5. Cost of printing copies of petition and citation ................. $  100.00

6. Cost of family tree and abstracts ................................ $ 1420.80

7. Compensation of J. H. May, Surveyor, in connection with resurvey of Porcion 82, location of improvements thereon, running out of partition lines, surveying of shares, and tracts and preparing maps, field notes etc.............................................. $ 3592.15

8. Reporter's charge for making Statement of Facts ................. $  125.00

9. County Clerk's fees for recording Final Decree in the Real Estate Records of Starr County, Texas ................................... $  78.00

10. Miscellaneous other Court costs, as per Bill of Costs rendered by the Clerk of this Court ............................................. $ 2937.87

11. Interest allowed parties advancing costs in this suit, including interest payable on Ad Interim Certificates held by First State Bank and Trust Company of Rio Grande City, Texas ................. $  783.69

                              Total Court Costs .................... $10,872.31

SIXTEENTH: That all of the costs of this suit, including the costs and expenses set forth in the last preceding paragraph of this decree, be and they are hereby taxed against those persons to whom shares or tracts have been allotted in fee, and set apart by Paragraph THIRD hereof and Paragraph FIFTH hereof, in the proportion that the acreage set apart to each

of such fee owners bears to the entire acreage in Porcion 83, Except as hereinafter provided, however, no costs are taxed against those allottees of said share, who being non-residents of this State, were cited by publication only and have not appeared voluntarily in this suit.

For the amount of costs so taxed against the parties above set forth, execution may issue at the request of any party entitled to said costs at any time from and after sixty days subsequent to the date of this decree.

SEVENTEENTH: All costs of this suit, including the costs and expenses set forth in Paragraph FIFTEENTH hereof, be and they are hereby taxed against each share into which Porcion 82 is hereby divided, and against Tracts Nos. 1 and 2, in the proportion that the acreage in each share and tract bears to the entire acreage in said porcion, and a lien is hereby established and foreclosed in and upon each share described in Paragraph FOURTH and Paragraph FIFTH hereof, and for the amount of costs taxed against such share or tract, and the owner or owners thereof as aforesaid, and in the event the allottee or allotees of any such share or tracts shall fail to pay within sixty days after the date of the entry of this decree, the amount of costs taxed against each respective share or tract, the Clerk of this Court on demand of any interested party made after the expiration of said sixty day period, shall issue an order or orders of sale directed to the Sheriff or any Constable of Starr County, Texas, commanding him to seize and sell as under execution, the whole of such share, or so much thereof as may be necessary to make the amount of the costs so taxed, with legal interest, and the costs of sale. The surplus, if any, shall be paid by the officer making such sale, to the owner or owners of the share or shares so sold, or he may the same into the registry of the Court for the benefit of such owner or owners, in which event the Clerk is hereby ordered and directed to deposit such surplus in the First State Bank & Trust Company of Rio Grande City, Texas, together with a list of the persons entitled thereto, and the amount owing to each, there to remain on deposit to be paid on demand to the rightful owner thereof upon proper showing that the claimant is entitled thereto.

The Sheriff or Constable making the sales herein provided for shall place the purchaser in possession of the premises within thirty days from and after the date of sale, and the deed or deeds of conveyance shall vest title to said share or part of share so sold, in the purchaser thereof as against the allottee or allottees of such share, their heirs and assigns, and against the holders of any oil, gas and mineral leases, mortgage, or other lien thereon, and as against each and every party to this suit, and such purchaser shall be entitled to a writ of possession.

EIGHTEENTH: Any person interested in such costs may have either execution as provided in Paragraph SIXTEENTH hereof, or order of sale as provided in Paragraph SEVENTEENTH hereof, as he may deed proper.

Part of the costs of this suit, enumerated in Paragraph FIFTEENTH hereof have been paid by advancements made by some of the parties to this suit, as also by certain sums of money loaned to the Commissioners of Partition by First State Bank & Trust Company of Rio Grande City, Texas, as evidenced by the two separate Ad Interim Certificates executed by the Commissioners of Partition in favor of said First State Bank & Trust Company of Rio Grande City, Texas, and which Certificates are on file among the papers in this cause; it is accordingly ordered that said Certificates be paid together with the interest provided for therein; and the provisions of Paragraph SIXTEENTH AND SEVENTEENTH hereof are intended for the benefit of the parties so advancing costs, as well as for the benefit of any other persons interested in such costs, to secure then in the repayment of such advancements, and any such parties having advanced costs of the suit are hereby allowed interest on such advancements, at the rate of six per cent per annum, from the date of each such advancement to the date of the entry of this

88

decree. The amount of such interest having been computed, it is hereby fixed in the amount shown in the enumeration of costs in Paragraph FIFTEENTH hereof, and the same is hereby taxed as a part of the costs of this suit.

NINETEENTH: In accordance with the order of this Court heretofore made and entered in this cause, Share No. Two-A, allotted herein to Mary Headley Edgerton, is hereby charged with costs of resurveying and altering the form of said Share, and said costs in the amount shown by the statement of J. H. May, Surveyor, filed among the papers in this cause, is hereby taxed against said Share No. Two-A, which said cost is so taxed against said Share in addition to any and all other costs herein taxed against said Share.

TWENTIETH: The Clerk of this Court is hereby ordered to apply the amount of Five Hundred Forty-six ($546.00) Dollars, which has been heretofore paid into the Registry of the Court by certain parties to this suit, as a credit on the costs to be paid by all those parties to this suit who have been cited by publication and who were minor defendants, not appearing by attorneys of their own selection, but who appeared by attorney ad litem or by guardian ad litem, and it is hereby ordered by the Court that the total costs payable by said parties be reduced by the said sum of Five Hundred Forty-six ($546.00) Dollars.

TWENTY-FIRST: The District Clerk is hereby ordered and directed to promptly file a certified copy of this decree in the office of the County Clerk, of Starr County, Texas, for the purpose of recording the same in the Real Estate Records of Starr County, Texas. The District Clerk is further ordered to tax the cost of recording this decree as herein provided as costs of this suit.

TWENTY-SECOND: All relief prayed for by all parties hereto, plaintiffs, defendants and intervenors, which is not herein expressly granted is hereby denied.

(Signed) L. Broeter
Judge, District Court, Starr County,
Texas

THE STATE OF TEXAS |
COUNTY OF STARR |

I, C. R. Muñoz, Clerk of the District Court of Starr County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Final Decree of Partition of Porcion No. 82, of the former jurisdiction of Camargo, Mexico, now situated in Starr County, Texas, in Cause No. 2082, styled " W.S. Parks, et al., vs. Howard L. Bass, et al.", as the same appears of record in Volume "J", at page 286 et seq., of the District Court Minutes of Starr County, Texas.

To certify which I have hereunto set my hand and seal of office, at office, in Rio Grande City, Texas, on this the 5th day of May, 1944.

( L. S. )

C. R. Muñoz
C. R. Munoz, District Clerk
Starr County, Texas.

Filed for record the 6th day of May A. D. 1944 at 9:31 O'clock A.M. and recorded the 17th., day of May A. D. 1944 at 11:45 O'clock A.M.

By _____ Deputy

LAURO GARZA
COUNTY, Clerk Starr County, Texas

**484**

(L.S.)

J. J. O'Neill, Jr.
Notary Public
El Paso County, Texas.

My commission expires June 1, 1945

THE STATE OF TEXAS
COUNTY OF NUECES

BEFORE ME, the undersigned authority, on this day personally appeared T. C. Wilson, Jr., and wife, Azelie Wilson, known to me to be the persons whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed, and the said Azelie Wilson, wife of T. C. Wilson, Jr., having been examined by me privily and apart from her husband, and having the same fully explained to her, she, the said Azelie Wilson, acknowledged such instrument to be her act and deed and declared that she had willingly signed the same for the purposes and consideration therein expressed and that she did not wish to retract it.

GIVEN under my hand and seal of office this the 29th day of March, A. D. 1944.

(L. S.)

E. G. Floyd
Notary Public, Nueces
County, Texas.

Filed for record the 22nd., day of April, A. D., 1944, at 11:00 o'clock A. M., and recorded the 12th., day of May, A. D., 1944, at 1:20 o'clock F. M.

LAURO GARZA, County Clerk,
STARR COUNTY, TEXAS.

BY _____ DEPUTY.

File No. 21,157

WARRANTY DEED

W. S. PARKS                    -TO-                    AMADO VILLAREAL

-----------------

THE STATE OF TEXAS,
COUNTY OF STARR                KNOW ALL MEN BY THESE PRESENTS:

That I, W. S. Parks, of the County of Willacy State of Texas for and in consideration of the sum of Ten ($10.00) DOLLARS, to me in hand paid by Amado Villareal have Granted, Sold and Conveyed, and by these presents do Grant, Sell and Convey unto the said Amado Villareal of the County of Starr, State of Texas, all that certain

Two (2) acres of land, undivided, in and out of Porcion No. 82, of the former jurisdiction of Camargo, Mexico, now situated in Starr County, Texas.

It is understood and agreed between grantor and grantee that this conveyance is made subject to the terms and conditions of that certain oil, gas and mineral lease executed by J. K. Wells, individually and as Executor of the Estate of Pauline J. Wells, deceased to Sun Oil Company, dated December 26, 1936, recorded in Volume 93, at pages 404-408 of the Deed Records of Starr County, Texas, which lease was subsequently assigned to Pansl Oil Company, by assignment dated May 23, 1939, recorded in Volume 111, at pages 175-176, of the Deed Records of Starr County, Texas.

It is further understood and agreed between grantor and grantee that grantor reserves unto himself, his heirs and assigns, three-fourths of all of the oil, gas and other minerals that may be discovered, saved and produced on and under the land herein and hereby conveyed and that for the purpose of exploring, mining and producing said oil, gas and other minerals, grantor reserves the right of ingress and egress upon said land, and also the right to do any and all things necessary and incident to such exploration, mining and producing said oil, gas and other minerals. If is further understood and agreed by and between grantor and grantee that it shall not be necessary and grantee shall not be required to join in any extension, renewal, or ratification of the above described lease nor in the execution of any